IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LEON WEINGRAD**, individually and on behalf of a class of all persons and entities similarly situated<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**DABELLA EXTERIORS LLC**,<br><br>　　　　Defendant. | Case No. 3:25-cv-396-SI<br><br>**CASE MANAGEMENT SCHEDULE THROUGH DISPOSITIVE MOTIONS** |

**Michael H. Simon, District Judge.**

　　The Court has reviewed the parties' Joint Discovery Plan (ECF 18), considered the parties' comments during the telephonic status conferences held on July 18, 2025, and September 16, 2025, and now sets the following case management schedule:

| | | |
|---|---|---|
| 1. | Sept. 30, 2025 | Deadline for Plaintiffs to amend pleadings and add parties. |
| 2. | March 16, 2026 | Deadline to complete fact discovery. |
| 3. | May 18, 2026 | Deadline to exchange expert disclosures on all issues (liability and damages) as to which a party has the burden of proof. |
| 4. | June 1, 2026 | Deadline to exchange rebuttal expert disclosures. |
| 5. | June 15, 2026 | Deadline to exchange expert disclosure replies. |
| 6. | June 29, 2026 | Deadline to complete expert depositions. |

| | | |
|---|---|---|
| 7. | July 27, 2026 | Deadline for Plaintiffs to file motion for class certification and for any party to file dispositive motions. |

The Court sets the case management schedule through dispositive motions as stated herein.

**IT IS SO ORDERED**.

DATED this 16th day of September, 2025.

*/s/ Michael H. Simon*
Michael H. Simon
United States District Judge