Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone:  503.624.6800
Facsimile:  503.624.6888
Attorneys for Defendant DaBella Exteriors LLC

and

Diane J. Zelmer, *pro hac vice*
BERENSON LLP
4495 Military Trail, Suite 203
Jupiter FL 33458
Phone: (561) 429-4496
Facsimile: (703) 991-2195
E-mail: djz@berensonllp.com
Secondary: hac@berensonllp.com

### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DABELLA EXTERIORS LLC,<br><br>　　　　Defendant.<br>_____ / | Case No. 3:25-CV-00396<br><br>DEFENDANT'S REQUEST FOR JUDICIAL NOTICE |

Pursuant to Federal Rule of Evidence 201, Defendant, DaBella Exteriors LLC ("DaBella" or "Defendant"), respectfully requests this Court to take judicial notice of the following:

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS AND STRIKE - 1
4935-4975-2700

Exhibit 1 – *In the matter of Advanced Methods to Target and Eliminate Unlawful Robocalls, Call Authentication Trust Anchor, Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, and Dismissal of Outdated or Otherwise Moot Robocalls Petitions*, FCC 25-76, adopted October 28, 2025 (in comment phase). Available at https://docs.fcc.gov/public/attachments/FCC-25-76A1.pdf.

Exhibit 1 is an appropriate subject of judicial notice as it is a notice of the proposed rulemaking published by the Federal Communications Commission ("FCC") that is readily available on the FCC's website, the existence of which are not reasonably subject to dispute. Exhibit 1 is relevant to Defendant's Motion to Dismiss as it goes to the legal authority relied upon in the implementation of the FCC's Caller ID rules.

A court may take judicial notice of filings with government agencies, including the FCC. *See, e.g., N.W. Envtl. Advocates v. EPA*, 537 F.3d 1006, 1026-27 (9th Cir. 2008) (taking judicial notice of the contents of EPA's request for public comment); *Telesaurus VPC, LLC v. Power,* No. CV-07-1311-PHX-NVW, *2009 WL 273295*, at *1 (D. Ariz. Feb. 5, 2009), *aff'd in part, rev'd in part on other grounds*, 623 F.3d 998 (9th Cir. 2010) (taking judicial notice of, among other things, an application for an FCC license); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (A court "may take judicial notice of court filings and other matters of public record"); *Unigestion Holding, S.A. v. UPM Tech., INC.*, 3:15-CV-185-SI, 2016 WL 4033976, at *5 (D. Or. July 26, 2016) (taking judicial notice of application filed with FCC). And the exhibit is authentic—as set forth in the Declaration of Diane J. Zelmer. For these reasons, the Court should take judicial notice of Exhibit 1.

Dated: November 25, 2025                    Respectfully submitted,

                                                                  Drew L. Eyman, OSB No. 163762

Snell & Wilmer LLP

-and-

/s/ Diane J. Zelmer, Esq.
Diane J. Zelmer, Esq., *pro hac vice*
BERENSON LLP
4495 Military Trial, Suite 203
Jupiter, Florida 33458
Tel: (561) 429-4496
Fax: (703) 991-2195
Email: djz@berensonllp.com
Secondary Email: hcc@berensonllp.com
*Attorneys for Dabella Exteriors LLC*

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS AND STRIKE - 3
4935-4975-2700

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed and served electronically using CM/ECF, which is served upon all counsel of record on the Service List on this 25th day of November, 2025.

Respectfully submitted,

/s/ Diane J. Zelmer
Diane J. Zelmer, Esq.
Florida Bar No. 27251

## SERVICE LIST

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
T: (215) 225-5529
a@perronglaw.com
*Attorney for Plaintiff*

Anthony Paronich, Esq.
(*Pro Hac Vice* Forthcoming)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
*Attorneys for Plaintiff and proposed class*

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS AND STRIKE - 5
4935-4975-2700