Drew Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
601 SW Second Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone:     503.624.6800
Facsimile:     503.624.6888

Diane J. Zelmer, *pro hac vice*
djz@berensonllp.com
BERENSON LLP
4495 Military Trail, Suite 203
Jupiter, Florida 33458
Telephone:     561.429.4496
Facsimile:     703. 991.2195

*Attorneys for Defendant DaBella Exteriors LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Case No. 3:25-CV-00396<br><br>DECLARATION OF DIANE J. ZELMER IN SUPPORT OF DEFENDANT'S REQUEST FOR JUDICIAL NOTICE |

I, Diane J. Zelmer, declare as follows:

1.     I am an attorney with Berenson LLP, counsel of record to Defendant DaBella Exteriors LLC in this action. I am over the age of 18. I have personal knowledge of the matters stated herein. If called upon to do so, I would testify truthfully as follows.

2.     Attached as Exhibit 1 to the Request for Judicial Notice is a true and correct copy of *In the matter of Advanced Methods to Target and Eliminate Unlawful Robocalls, Call Authentication Trust Anchor, Rules and Regulations Implementing the Telephone Consumer*

Page 1 – ZELMER DECLARATION
4912-6968-9980

SNELL & WILMER
601 SW 2ND AVENUE, SUITE 2000
PORTLAND, OREGON 97204-3229
503.624.6800

*Protection Act of 1991, and Dismissal of Outdated or Otherwise Moot Robocalls Petitions*, FCC 25-76, adopted October 28, 2025 (in comment phase) which I caused to be downloaded from the FCC's website at https://docs.fcc.gov/public/attachments/FCC-25-76A1.pdf.

    I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on November 25, 2025 at Naples, FL.

                                                             */s/ Diane J. Zelmer*
                                                              Diane J. Zelmer

Page 2 – ZELMER DECLARATION
4912-6968-9980

SNELL & WILMER
601 SW 2ND AVENUE, SUITE 2000
PORTLAND, OREGON 97204-3229
503.624.6800