Drew L. Eyman, OSB No. 163762
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone: 503.624.6800
Facsimile: 503.624.6888
Email: deyman@swlaw.com
*Attorneys for Defendant DaBella Exteriors LLC*

and

Diane J. Zelmer, *pro hac vice*
BERENSON LLP
4495 Military Trail, Suite 203
Jupiter FL 33458
Phone: (561) 429-4496
Facsimile: (703) 991-2195
E-mail: djz@berensonllp.com
Secondary: hcc@berensonllp.com
*Attorneys for Defendant DaBella Exteriors LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 3:25-CV-00396-SI |
| Plaintiff, | DEFENDANT'S REQUEST FOR JUDICIAL NOTICE |
| vs. | |
| DABELLA EXTERIORS LLC, | |
| Defendant. | |

Defendant, DaBella Exteriors LLC ("DaBella" or "Defendant"), respectfully requests this

Court to take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence and other

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE-1

applicable law, of certain information identified below and cited in Dabella's Motion for Summary Judgment and Motion to Deny Class Certification ("Motions"), filed contemporaneously herewith.

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, and the applicable authorities relating thereto and cited below, DaBella requests that the Court take judicial notice of the following documents and information filed in support of the Motions:

- **Exhibit 1 – Website for Merlin Home Magic - https://yellow-pages.us.com/oregon/corvallis/merlin-home-magic-b23484619**

- **Exhibit 2 – Website of Merlin Home Magic -** https://www.cylex.us.com/company/merlin-home-magic-29764178.html

- **Exhibit 3 – Merlin Home Magic – Better Business Bureau -** https://www.bbb.org/us/az/prescott/profile/residential-general-contractor/merlin-home-magic-1296-1000105053

- **Exhibit 4 – Merlin Home Magic -** https://www.buzzfile.com/business/Merlin-Home-Magic-503-755-6495

- **Exhibit 5 -** https://www.hotfrog.com/company/1348961898450944/merlin-home-magic/corvallis/home-improvement#google_vignette

- **Exhibit 6 – Federal Trade Commission National Do Not Call Registry FAQs - https://consumer.ftc.gov/articles/national-do-not-call-registry-faqs**

- **Exhibit 7 – Federal Trade Commission Q&A for Telemarketers & Sellers About DNC Provisions in TSR website -** https://www.ftc.gov/tips-advice/business-center/guidance/qa-telemarketers-sellers-about-dnc-provisions-tsr

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE-2

- **Exhibit 8 – FCC Order DA 24-74, January 24, 2024 -**

https://docs.fcc.gov/public/attachments/DA-24-74A1.pdf

## ARGUMENT

Under Fed. Rule Evid. 201(b), the Court may take judicial notice of any matter that is "not subject to reasonable dispute" in that it is either (1) "generally known within the territorial jurisdiction" of the trial court or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be." Such is true in the present case. Indeed, federal courts have long and widely recognized that, "[w]hen ruling on a [Fed. R. Civ. P. 12(b)(6)] motion to dismiss, proper subjects of judicial notice include legislative history reports, court ***documents already in the public record*** or filed with other courts, and ***publicly accessible websites***." *Lindora LLC v. Limitless Longevity LLC,* 2016 WL 6804443, at *2 (S.D. Cal. Sept. 29, 2016) (citations omitted) (***emphasis*** added); *see also Towantic Energy, L.L.C. v. Gen. Elec. Co.*, 2004 WL 1737254, at *1 (N.D. Cal. Aug. 2, 2004) (taking judicial notice of "facts set forth on Plaintiff's website"); *Johnson v. Torres Enterprises LP,* 2019 WL 285198, at *3 (N.D. Cal. Jan. 22, 2019) ("The Ninth Circuit has taken judicial notice of Google's maps and satellite images as a source whose accuracy cannot be reasonably be questioned."), *citing U.S. v. Perea-Rey*, 680 F.3d 1179, 1182 n.1 (9th Cir. 2012); *McPhatter v. M. Callahan & Assocs., LLC*, 2013 WL 3981106, at *1 (E.D.N.Y. Aug. 2, 2013), *report and rec. adopted*, 2013 WL 5209926 (Sept. 13, 2013) (taking judicial notice of party's phone number on the website for the Better Business Bureau).

Here, the Exhibits are from publicly available websites, and are capable of accurate and ready determination by sources whose accuracy cannot be reasonably questioned. This is especially true where, as here, Plaintiff cannot question that his number is publicly available and advertised to for the public to call him. Therefore, it is properly the subject of judicial notice. *Spy

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE-3

*Optic, Inc. v. Alibaba.Com, Inc*., 163 F. Supp. 3d 755, 762–63 (C.D. Cal. 2015) (citing *O'Toole v. Northrop Grumman Corp*., 499 F.3d 1218, 1225 (10th Cir.2007) (citations omitted) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web."); *Victaulic Co. v. Tieman*, 499 F.3d 227, 237 (3d Cir.2007) (internal quotation marks omitted) ("private corporate websites, particularly when describing their own business, generally are not the sorts of sources whose accuracy cannot reasonably be questioned.").

## CONCLUSION

For all the reasons stated above and as may be further presented to the Court, DaBella respectfully requests that the Court take judicial notice, under Fed. R. Evid. 201(b), of the Exhibits identified above, and the information contained therein, when ruling on the Motions.

Dated:  February 10, 2026               Respectfully submitted,


/s/ *Diane J. Zelmer*
Diane J. Zelmer, Esq. (*pro hac vice*)
FL Bar No: 27251
BERENSON LLP
4495 Military Trail, Suite 203
Jupiter FL 33458
Phone: 561-429-4496
E-mail: djz@berensonllp.com
Secondary: hcc@berensonllp.com
*Counsel for Defendant DaBella Exteriors LLC*

Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone:  503.624.6800
Facsimile:  503.624.6888
*Counsel for Defendant DaBella Exteriors LLC*

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE-4