Home > Oregon > Corvallis Directory > Construction Companies > Merlin Home Magic

# Merlin Home Magic

**Construction Company** in Corvallis

CLOSED  Today 10:00 AM - 05:00 PM

3590 SW Par Place Corvallis OR, 97333

📞 (503) 

🌐 WEBSITE    SUGGEST EDIT

## General Description

I offer a wide variety of construction and landscaping services in Benton, Linn, Polk, and Lane counties in Oregon.

## Business Hours

| Day | Open | Close |
| --- | --- | --- |
| Sunday | 10:00 AM | 05:00 PM |
| Monday | 07:30 AM | 08:00 PM |
| Tuesday | 07:30 AM | 08:00 PM |
| Wednesday | 07:30 AM | 08:00 PM |
| Thursday | 07:30 AM | 08:00 PM |
| Friday | 07:30 AM | 08:00 PM |
| Saturday | 10:00 AM | 05:00 PM |

## Location & Map

**Merlin Home Magic**
3590 SW Par Place
Corvallis, OR 97333
(503) 

🧭 DRIVING DIRECTIONS

---

### General contractor **company**

Sponsored · https://www.ab**construction**pdx.com/
AB **Construction** LLC - Strong, stylish, and built to protect year-round. Protect windows from sun, storms, and break-ins.

---

📍 **Chateau Management**
2305 NW Monroe Ave Corvallis OR
Construction Company
📞 (541) 752-4000

📍 **Thayer Design Build**
5472 Philomath Boulevard #140 Corvallis OR
Construction Company
📞 (541) 714-3620

📍 **Bob Grant Construction**
Corvallis OR
Construction Company
📞 (541) 752-9484

📍 **Metolius Construction Inc**
4430 SW Golf View Dr Corvallis OR
Construction Company
📞 (541) 908-6301

Exhibit 1
Page 1 of 2

### Green Builder
**Corvallis OR**
Construction Company

📞 (541) 753-7607

**FIND MORE CONSTRUCTION COMPANIES NEARBY**

Yellow-Pages.us.com - Yellow Pages and Business Directory - Hiplex LLC - <u>About</u> - <u>Privacy</u> - <u>Terms</u> - All Rights Reserved.



© 2025