[Corvallis , OR](#) > [Construction & Contractors](#) > [Contractors](#)

## Merlin Home Magic, Corvallis, OR

**JustAnswer**
**Call or Chat With an Expert**



**Merlin Home Magic**

📍 3590 SW Par Place, Corvallis, OR 97333

📞 (503) - Main

🌐 [http://www.merlinhomemagic.com](http://www.merlinhomemagic.com)

✉️ joe@merlinhomemagic.com

**asktech.support**
**Call or Chat With an Expert**

updated more than 2 years ago

⭐ WRITE REVIEW   🔄 REQUEST A QUOTE   📝 REPORT INCORRECT DATA ▾   🔗 SHARE ▾

### 🕐 OPENING HOURS

**Closed now,** opens in 4 hours

| | |
|---|---|
| Saturday | 10:00 AM - 5:00 PM |
| Sunday | 10:00 AM - 5:00 PM |
| Monday | 7:00 AM - 8:00 PM |
| Tuesday | 7:00 AM - 8:00 PM |
| Wednesday | 7:00 AM - 8:00 PM |
| Thursday | 7:00 AM - 8:00 PM |
| Friday | 7:00 AM - 8:00 PM |

### ⭐ REVIEWS

**Be the first to write a review for Merlin Home Magic!**
Share your experience!

Rating ⭐⭐⭐⭐⭐

```
• Your words are a reflection of you
• Aim for constructive feedback
• Describe your personal experience, provide accurate and detailed information
• Be critical, but not unkind
• Do not use any personal information or links
• Do not create duplicate content
```

📤 SUBMIT REVIEW

### ℹ️ DESCRIPTION

I offer a wide variety of construction and landscaping services in Benton, Linn, Polk, and Lane counties in Oregon.

**Categories & Keywords**

| Contractor | Designer |
|---|---|

Landscape Designers
Kitchen Remodeler
Craftsmenship

Construction Company
Bathroom Remodeler

**Products & Services**

general construction
landscape design and installation

handyman services

**Available payment methods**

American Express

Cash

MasterCard

PayPal

Visa

Invoice

## OFFICIAL DATA

YEAR OF INCORPORATION
1998

## GALLERY



## SOCIAL MEDIA

## NEARBY SIMILAR COMPANIES

| 1 | **T P I**  0.84 mi | 6725 SW Philomath Blvd  97333 Corvallis  (541) 929-2334 |
|---|---|---|
| 2 | **Columbia Concrete Sawing Co**  1.04 mi | 5462 Sw Philomath Blvd  97333 Corvallis  (541) 758-5069 |
| 3 | **Jiffy Fix**  1.04 mi | 275 Sw Avery Ave # B  97333 Corvallis  (541) 757-9611 |
| 4 | **Superior Electric**  1.31 mi | 155 SE Lilly Ave  97333 Corvallis  (541) 757-1638 |
|   | **NorthWest AeroBarrier Corvallis**  1.31 mi | 640 SW Western Blvd  97333 Corvallis |

Exhibit 2
Page 2 of 3



|   |   |   |
|---|---|---|
| 6 |  **Bob Grant Construction Inc.**  ⚲ 1.44 mi | 2696 SW Third Street  97333 Corvallis  📞 (541) 752-7979 |

    🗺 Map view of similar nearby companies

---

### RELATED SEARCHES

Handyman Corvallis

Contractor Corvallis

Landscapers Corvallis

Landscape Designers Corvallis

Kitchen Remodeler Corvallis

Nearby Bathroom Remodeler

*Merlin Home Magic* is listed in the following categories:

Construction & Contractors in Corvallis, OR
- › Contractors in Corvallis, OR
- › Landscape Contractors in Corvallis, OR
- › Home Improvement in Corvallis, OR
    - › Bathroom & Kitchen Remodeling in Corvallis, OR
    - › Handyman in Corvallis, OR
- › Builders in Corvallis, OR
- › Landscape Architects & Designers in Corvallis, OR

Companies on Southwest Par Place