**Better Business Bureau**®

**BUSINESS PROFILE**  🔗 **Share**

Residential General Contractor

# Merlin Home Magic

🛑 This business is **NOT BBB Accredited.**

Find BBB Accredited Businesses in **Residential General Contractor.**

🗔 Visit Website        📞 (503) ▮▮▮▮▮▮▮

⭐ Write a Review

**ABOUT**   **REVIEWS**   **COMPLAINTS**

Overview | BBB Accreditation & Rating | Business Details | More Resources | Featured Content

## Overview                                                      Own this business?

**Merlin Home Magic**
2590 W Glenshandra Dr
Prescott, AZ 86305

## BBB Accreditation & Rating



**Merlin Home Magic is NOT a BBB Accredited Business.**

To become accredited, a business must agree to **BBB Standards for Trust** and pass BBB's vetting process.

---

https://www.bbb.org/us/az/prescott/profile/residential-general-contractor/merlin-home-magic-1296-1000105053

Exhibit 3
Page 1 of 4

1/4

    Why choose a BBB Accredited Business?

**BBB Rating**

# Not Rated

**Reasons for rating**

- BBB does not have sufficient information to issue a rating on this business.

  How are BBB ratings calculated?

## Business Details

**Local BBB:** BBB Great West + Pacific

**BBB File Opened:** 1/4/2021

**Business Started:** 10/23/2017

**Type of Entity:** Sole Proprietorship

**Business Management:**

Mr. Joseph P Arnold, Owner

**Additional Contact Information**

**Principal Contacts**

Mr. Joseph P Arnold, Owner

**Customer Contacts**

Mr. Joseph P Arnold, Owner

**Additional Websites**

yelp.com/biz/merlin-home-...

**Licensing information**

This business is in an industry that may require professional licensing, bonding or registration. BBB encourages you to check with the appropriate agency to be certain any requirements are currently being met.

**Additional Information**

**Business Categories**

Residential General Contractor, Landscape Design

## More Resources

[BBB Reports On: Known Marketplace Practices →](#)    [Overview of Ratings →](#)

## Featured Content



**BBB Serving Northeast and Central LA and the Ark-La-Tex: Newly Accredited Businesses June 2025**



**BBB Scam Alert: Preparing to travel abroad? Watch out for online passport renewal scams**

---

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period, except for customer reviews. Customer reviews posted prior to July 5, 2024, will no longer be published when they reach three years from their submission date. Customer reviews posted on/after July 5, 2024, will be published indefinitely unless otherwise voluntarily retracted by the user who submitted the content, or BBB no longer believes the review is authentic. BBB Business Profiles are subject to change at any time. If you choose to do business with this company, please let them know that you checked their record with BBB.

As a matter of policy, BBB does not endorse any product, service or business. Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation. BBB charges a fee for BBB Accreditation. This fee supports BBB's efforts to fulfill its mission of advancing marketplace trust.

Exhibit 3
Page 3 of 4

© 2025, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US and Canada, and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.