| Home | My Favorites | Lists | Employers by Major | Employ Veterans | Locations | Blogs |

# Merlin Home Magic

Action ▾

## Contact Information

**Merlin Home Magic**
2590 W GLENSHANDRA DR
Prescott, AZ 86305

**Contact:** Joseph P Arnold
**Title:** Owner
**Phone:** (503) ▮▮▮▮▮▮▮
**Website:**

**Merlin Home Magic** is the only company located at **2590 W GLENSHANDRA DR, Prescott, AZ 86305**

## Map

## Business Description

Merlin Home Magic is located in Prescott, Arizona. This organization primarily operates in the General Remodeling, Single-family Houses business / industry within the Construction - General Contractors & Operative Builders sector. This organization has been operating for approximately 8 years. Merlin Home Magic is estimated to generate $151,821 in annual revenues, and employs approximately 4 people at this single location.

**Sector:** Construction - General Contractors & Operative Builders
**Category:** Single-family Housing Construction
**Industry:** General Remodeling, Single-family Houses
**SIC Code:** 1521
**NAICS Name:** Residential Remodelers
**NAICS Code:** 236118

**Name:** Merlin Home Magic
**Year Founded:** 2017
**Engaged In:**
☐ Manufacturing
☐ Importing
☐ Exporting

**Location Type:** Single
**Revenue:** $ 151,821
**Employees Here:** 4
**Facility Size:** N/A

*Revenue & Employees are estimates*

Demographics for Zipcode 86305



Exhibit 4
Page 1 of 6





| Percentage | Population |
|---|---|
| 96.1 % | White |
| 6.0 % | Hispanic |
| 0.7 % | Black |
| 1.4 % | Asian |
| 1.5 % | Native American |
| 0.3 % | Hawaiian |
| 1.7 % | Other |

**Population**
19,555

**Median Age**
62.5

Female 51.4%
10,001

Male 48.6%
9,554

Female 62.5

Male 62.5

**Merlin Home Magic Employees & Annual Employee Growth Rates at This Location**



Employees at This Location            Year-over-Year Growth

Merlin Home Magic Employees & Annual Employee Growth Rates at This Location

## Questions & Answers

**Q** **How many people work at Merlin Home Magic?**
**A** Merlin Home Magic has approximately **4 employees** at this location.

**Q** **What are the annual sales for Merlin Home Magic?**
**A** Merlin Home Magic generates approximately **$151,821** in annual sales.

**Q** **How big is Merlin Home Magic?**
**A** Merlin Home Magic is estimated to generate **$151,821** in annual revenues, employs approximately **4** people at this location

**Q** **Is Joseph P Arnold the only contact you have for Merlin Home Magic?**
**A** On Buzzfile's **Professional (subscription) Service** we have 2 contacts for Merlin Home Magic

**Q** **What is the phone number for Merlin Home Magic?**
**A** The phone number for Merlin Home Magic is **(503)** ▮

**Q** **Where is Merlin Home Magic located?**
**A** Merlin Home Magic is located at **2590 W GLENSHANDRA DR, Prescott, AZ 86305.** This location is in Yavapai County and the Prescott, AZ Metropolitan Area.

**Q** **How long has Merlin Home Magic been in business?**
**A** Merlin Home Magic has been in business for approximately **8 years**.

**Q** **Is there a key contact at Merlin Home Magic?**
**A** **Joseph P Arnold** is the **Owner** at Merlin Home Magic. You can contact Joseph at **(503)** ▮

## Business Contacts at Merlin Home Magic:

**1 total Contacts**

This information is available to paying subscribers. **Click** to learn about our subscription plans.

## Similar Companies Nearby
(Industry participants & competitors)

| Name | Empl. | Dist. (mil) |
|---|---|---|
| Anastasis, LLC | 1 | 4.2 |
| Sjb Construction | 6 | 4.6 |
| Roundup Renovation | 1 | 5.0 |
| Mortensen Design and Remodeling LLC | 4 | 5.1 |
| Pine Country Remodel, LLC | 4 | 5.4 |
| Neat and Complete Remodeling Restoration | 4 | 5.5 |
| Triple E Construction Inc | 10 | 6.0 |
| A-Nother Quality Home Remodeling Service LLC | 1 | 6.3 |
| Timeless Construction, Inc. | 2 | 6.9 |
| Action Tile and Remodeling, LLC | 2 | 7.0 |

## Statistics for Zipcode 86305

| | |
|---|---|
| Average House Value | $ 482,300 |
| Average Household Income | $ 55,888 |
| Number of Households | 9,217 |
| Persons per Household | 2.09 |
| **Number of Properties** | 1,593 |
| **Number of Businesses** | 660 |
| **Number of Employees** | 5,074 |
| **Land Area (square miles)** | 588.493 |
| **Water Area (square miles)** | 0.022 |

**Buzzfile Media, LLC**

113 Tennent Road, Unit 21
Morganville, NJ 07751-0021
212-913-9151 sales@buzzfile.com

Copyright © 2025 Buzzfile Media LLC.
Terms of Use  |  Privacy Policy  |  Partnerships  |  Remove Company