# Hotfrog

Look for... | in this area... | FIND

 Add Business    Log in

Home  >  Home Improvement  >  Merlin Home Magic

← Back

Claim this business



## Merlin Home Magic

📞 Phone: 503 ▓▓▓▓▓▓▓

💬 Email business

🔗 www.merlinhomemagic.com

---

**Call or Chat With an Expert**
Connect One-on-One with an Expert and Get Your Answer in Minutes, 24/7.

Ad  JustAnswer                                   Open

### Merlin Home Magic
Category: Home Improvement

**Home Improvement Specialist**

Key contact details for Merlin Home Magic

| | |
|---|---|
| Phone | 503 ▓▓▓▓▓▓▓ |
| Email | Email business |
| Website | www.merlinhomemagic.com |
| Address | 3590 SW Par Place, Corvallis Benton, OREGON 97333 |

Show Map

Show me directions to Merlin Home Magic

---

**0 Customer reviews**

Write a review



⚠ **Claim this business**

Is **Merlin Home Magic** in United States your business?

Claim your listing and attract more leads by adding more content, photos and other business details.

⊕ Home renovation services

### Chat w/ an expert Online Now

A Technician Will Answer Your Questions in Minutes. Chat Now.

JustAnswer

⚠ Report a problem with this listing



Sheds In Stock

Abrir  ›



A Technician Will Answer Your Questions in Minutes. Chat Now.

JustAnswer

Open  ›

**Quick links**

> Key contacts

---

Home  >  Home Improvement  >  Merlin Home Magic

⊕ Add Business

### Popular Searches

| | | | |
|---|---|---|---|
| Accommodation | Advertising | Art | Books |
| Building Materials | Business Consulting | Calendar | Car Repair |
| Child Care | Chiropractors | Computer Services | Dentists |
| Film | Financial Services | Florists | Furniture |
| Gift Shops | Graphic Design | Grocery Stores | Health Care |
| Insurance Carriers | Insurance Services | Internet Marketing | Investing |
| Jewelry | Landscape | Landscaping Services | Legal Services |
| Lighting | Locksmith | Locksmiths | Lodging |
| Networking | Osteopaths | Personal Injury | Photographer |
| Photography | Plumbing | Printing | Professional Services |
| Project Management | Real Estate | Restaurants | Roofing |
| Schools | | | |
| Web Dev... | | | |

### Business Owners
- Add Business
- Small Business Hub
- Hotfrog Support
- Jooble

### Hotfrog Links
- Listing Owner Login
- Privacy Policy
- Content Policy
- Terms of Use
- About Us





**Start Chatting 1:1 in Minutes**
Connect 1-on-1 with an Expert for Help and Get Your Answer in Minutes, 24/7. JustAnswer

Open ›

Exhibit 5  
Page 1 of 1