

**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

# Q&A for Telemarketers & Sellers About DNC Provisions in TSR

**Tags:** Advertising and Marketing     Telemarketing

Related Rules: Telemarketing Sales Rule

- Background

- Calls and Organizations Covered by the TSR

- Accessing the Registry

- Registering and Subscribing to the Registry

- Paying for Access

- Downloading Phone Numbers

- Compliance

- Passwords

- Troubleshooting

## Background

### 1. What is the National Do Not Call Registry?

The National Do Not Call Registry is a list of phone numbers from consumers who have indicated their preference to limit the telemarketing calls they receive. The registry is managed by the Federal Trade Commission (FTC), the nation's consumer protection agency. It is enforced by the FTC, the Federal Communications Commission (FCC), and state officials.

### 2. Why was the National Do Not Call Registry created?

Exhibit 7
Page 1 of 38

9/15/25, 4:01 PM

Case 3:25-cv-00396-SI     Document 33-7     Filed 02/10/26     Page 2 of 38
Q&A for Telemarketers & Sellers About DNC Provisions in TSR | Federal Trade Commission

The registry was created in 2003 to offer consumers a choice regarding telemarketing calls. The FTC's decision to create the National Do Not Call Registry was the culmination of a comprehensive, three-year review of the Telemarketing Sales Rule, as well as the FTC's extensive experience enforcing the Rule in the previous seven years. The FTC also held numerous workshops, meetings and briefings to solicit feedback from interested parties, and considered more than 64,000 public comments, most of which favored creating the registry.

# Calls and Organizations Covered by the TSR

## 3. What calls are covered?

The do not call provisions of the TSR cover any plan, program or campaign to sell goods or services through interstate phone calls. This includes calls by telemarketers who solicit consumers, often on behalf of third party sellers. It also includes sellers who provide, offer to provide, or arrange to provide goods or services to consumers in return for some type of payment as part of a telemarketing transaction.

The National Do Not Call Registry covers intrastate telemarketing calls under the FCC's rules. You can find information on the FCC's regulations at fcc.gov.

## 4. What types of calls are not covered by the National Do Not Call Registry?

The do not call provisions do not cover calls from political organizations, charities, telephone surveyors, or companies with which a consumer has an existing business relationship.

## 5. What area codes are included in the National Registry?

The area codes in the National Do Not Call Registry cover the 50 states, the District of Columbia, Puerto Rico, U.S. Virgin Islands, Guam, North Mariana Islands, American Samoa, and toll-free numbers (500, 800, 866, 877, 880, 881, 882, and 888).

## 6. Do the do not call provisions of the TSR cover calls soliciting money for charities?

Exhibit 7
Page 2 of 38

Q&A for Telemarketers & Sellers About DNC Provisions in TSR | Federal Trade Commission

Charities that are calling on their own behalf to solicit charitable contributions are not covered by the requirements of the national registry. However, if a third-party telemarketer is calling on behalf of a charity, a consumer may ask not to receive any more calls from or on behalf of that specific charity. If a third-party telemarketer calls again on behalf of that charity, the telemarketer may be subject to a fine of up to $53,088.

## 7. Do the do not call provisions of the TSR cover tax-exempt organizations?

Entities that have been granted tax-exempt status under the Internal Revenue Code are not necessarily Exempt Organizations for purposes of the National Do Not Call Registry.

The FTC has successfully challenged the status of purported nonprofit organizations whose role in fact was simply to generate leads for other firms which then charged consumers thousands of dollars in fees for their services.

## 8. Do the do not call provisions of the TSR cover political solicitations?

No. Political solicitations are not covered by the TSR at all, since they are not included in its definition of "telemarketing."

## 9. If a call includes a telephone survey and a sales pitch, is it covered?

Yes. Callers purporting to take a survey, but also offering to sell goods or services, must comply with the do not call provisions. But if the call is for the sole purpose of conducting a survey, it is exempt.

## 10. How does the established business relationship provision work for a consumer whose number is on the registry?

A company with which a consumer has an established business relationship may call for up to 18 months after the consumer's last purchase or last delivery, or last payment, unless the consumer asks the company not to call again. In that case, the company must honor the request not to call. If the company calls again, it may be subject to a fine of up to $53,088.

Exhibit 7
Page 3 of 38

If a consumer makes an inquiry or submits an application to a company, the company can call for three months. Once again, if the consumer makes a specific request to that company not to call, the company may not call, even if it has an established business relationship with the consumer.

A consumer whose number is not on the national registry can still prohibit individual telemarketers from calling by asking to be put on the company's own do not call list.

## 11. What is an Exempt Organization?

In general, your organization may access as an Exempt Organization if it is not required to access the National Do Not Call Registry because either (1) it is a nonprofit organization; or (2) an organization that only makes telephone calls that are in one or more of the categories described below.

The determination of whether your organization is exempt may require careful assessment of your specific business practices. Therefore, in making this decision, you may wish to consult with an attorney.

If you are not an Exempt Organization and you have nevertheless subscribed to the registry as an Exempt Organization, you may be subject to civil and/or criminal penalties. If you subscribed as an Exempt Organization by mistake, and wish to withdraw your subscription, please contact the HELPDESK at tmhelp@donotcall.gov.

### Nonprofit Organizations

To qualify for this type of exemption, an organization must be truly nonprofit. That is, it must not be organized to conduct business for its own profit or the profit of its members. Please note that an organization that has been incorporated as a nonprofit or recognized by the IRS as tax-exempt is not necessarily an Exempt Organization for purposes of the National Do Not Call Registry. An organization that purports to be a nonprofit is not exempt if the organization is, in fact, operated for the profit of its members, officers, or affiliated for-profit companies.

### Organizations That Only Make Telephone Calls That Fall Within Exempt Categories

A for-profit organization may register as an exempt organization if ALL of the telephone calls that it makes fall within one or more of these categories:

Exhibit 7
Page 4 of 38

- **Informational messages:**
  The Telemarketing Sales Rule applies to calls that are made as part of "a plan, program, or campaign which is conducted to induce the purchase of goods or services . . . ." The Rule does not apply to calls to deliver purely informational messages that are not delivered to induce purchases. For example, a message from an airline that contains only information about a flight cancellation is an informational message. However, telephone calls that combine information with a direct or indirect solicitation for goods or services are not exempt, and a for-profit organization that makes such calls is not an exempt organization.

- **Surveys or political polls:**
  If calls are being made for the sole purpose of conducting a survey or poll, they are exempt. But purported survey calls are not exempt if they are also part of a plan, program or campaign to induce purchases of goods or services. Organizations placing such telemarketing calls must comply with the Do Not Call provisions and are not Exempt Organizations.

- **Promoting a political party or candidate:**
  If calls are being made solely for a political purpose and are not part of a plan, program or campaign to induce purchases of goods or services, the calls are exempt.

- **Business-to-Business Calls:**
  Most phone calls to a business made with the intent to solicit sales from that business are exempt from the Do Not Call provisions.

- **Solicitations for charitable contributions:**
  Calls that solicit a contribution, donation or gift of money or other thing of value are exempt from the National Do Not Call Registry requirements even if the calls are made by a for-profit organization. (Nevertheless, for-profit organizations soliciting contributions must honor call recipients' request to be placed on an entity-specific do not call list.)

- **Calls to consumers who have an Established Business Relationship with the organization on whose behalf the call is made:**
  Sellers and telemarketers may call a consumer whose number is on the National Do Not Call Registry if the seller on whose behalf the call is made has an established business relationship with the consumer—provided the consumer has not asked to be on the seller's entity-specific do not call list. There are two kinds of established business relationships. One is based on the consumer's purchase, rental, or lease of the seller's goods or services, or a financial transaction between the consumer and seller, within 18 months preceding a telemarketing call. The 18-month period runs

Exhibit 7
Page 5 of 38

from the date of the last payment, transaction, or shipment between the consumer and the seller. The other is based on a consumer's inquiry or application regarding a seller's goods or services, and exists for three months starting from the date the consumer makes the inquiry or application. For more information, please see the <u>Exemptions to the National Do Not Call Registry Provisions</u> section of *Complying with the Telemarketing Sales Rule*.

- **Calls to consumers who have given their written permission to receive telemarketing calls:**
  Sellers and telemarketers are allowed to call a consumer who has given his or her express agreement, in writing, to receive calls from a specific party, even if the consumer's number is in the National Do Not Call Registry, unless the consumer has revoked that consent. The consumer must give express agreement in writing to receive calls placed by—or on behalf of—the seller. The writing must include the number to which calls may be made and the consumer's signature. The signature may be a valid electronic signature, if the agreement is reached online. Sellers making prerecorded calls to consumers must meet additional requirements. First, before obtaining written consent from a consumer, the seller must disclose clearly and conspicuously that the purpose of the agreement is to authorize the seller to place prerecorded calls to the consumer. Second, the seller may not require a consumer to give consent to receive prerecorded calls as a condition of purchasing a good or service. Third, the seller must have obtained express consent directly from the consumer to place the calls. This means that a seller cannot place calls with prerecorded messages to consumers whose information the seller obtained from third-parties. For more information, please see the <u>Exemptions to the National Do Not Call Registry Provisions</u> section and the <u>Telemarketing Calls that Deliver Prerecorded Messages</u> section of *Complying with the Telemarketing Sales Rule*.

* * * * * * *

Whether your organization is exempt is a determination that requires consideration of not only the FTC's regulations, but also regulations enforced by the Federal Communications Commission (FCC). For more information about the FCCs regulations, see the FCC's website at <u>fcc.gov</u>.

## Waiting Period

There is a three day waiting period for exempt Organizations that apply to the National Do Not Call Registry after they have subscribed (and before their Subscription Account Number (SAN) will be issued). The chart below outlines how the waiting period works. The timing of the waiting periods

Exhibit 7
Page 6 of 38

depends on when you create your profile. The waiting period will begin on the NEXT business day after you complete your profile.

You will not necessarily be contacted during or at the end of the waiting period, however if you are contacted and you do not respond adequately, you will be blocked from accessing the Registry. Whether you are contacted or not, it is up to you to ensure that you are complying with the rules.

| If you Create Your Profile on... | Check Your Status for Activation on... |
|---|---|
| Monday | Friday |
| Tuesday | Monday |
| Wednesday | Tuesday |
| Thursday | Wednesday |
| Friday | Thursday |
| Saturday or Sunday | Thursday |

# Accessing the Registry

## 12. Who can access the national registry?

Access to the national registry is limited to sellers, telemarketers and other service providers. Sellers are companies that provide, offer to provide, or arrange for others to provide goods or services to a customer in return for some type of payment as part of a telemarketing transaction. Telemarketers are companies that make telephone calls to consumers on behalf of sellers. Service providers are companies that offer services to sellers engaged in telemarketing transactions, such as providing lists of telephone numbers to call, or removing telephone numbers from the sellers' lists.

Some sellers are exempt from the FTC's rules, but are required to access the registry under the FCC's rules. As explained above, some entities (Exempt Organizations) are exempt from accessing the national registry under both agencies' rules. These Exempt Organizations still may access the registry voluntarily, and do not have to pay a fee for that access. They must, however, submit appropriate certification information to gain access to the registry.

Exhibit 7
Page 7 of 38

## 13. Can I use numbers on the registry for any purpose other than preventing telemarketing calls?

**No.** The registry may not be used for any purpose other than preventing telemarketing calls to the telephone numbers on the registry. Any entity that accesses the national registry will be required to certify, under penalty of law, that it is accessing the registry solely to comply with the TSR or to prevent calls to numbers on the registry. Use of the registry for purposes other than those set forth in the certificate could subject you to legal action.

## 14. How can I access the registry?

The registry can be accessed only through the fully automated and secure website at telemarketing.donotcall.gov. The first time you access the registry, you must set up a profile and provide identifying information about you and your organization. If you are a telemarketer or service provider accessing the registry on behalf of your seller-clients, you will be required to identify your seller-clients and provide their unique Subscription Account Numbers (SANs). After you (or the company telemarketing on your behalf) have accessed the registry and downloaded telephone numbers the first time, you'll have the option of downloading only changes in the data that have occurred since the last time you accessed the registry.

## 15. What information must I provide to access the registry?

The first time you access the system, you will be asked to create a profile and provide certain limited identifying information, such as your company name and address, contact person, and the contact person's telephone number and email address. If you are accessing the registry on behalf of a seller-client, you also will have to identify that seller-client.

## 16. How often must I access the registry and remove numbers from my calling list?

If you are required to use the registry, you must synchronize your lists with an updated version of the registry at least every 31 days.

## 17. How often may I download data from the national registry?

Exhibit 7
Page 8 of 38

You will be able to access data for those area codes that are in your subscription as often as you like during your annual period. However, to protect system integrity, you may download data files from the national registry only once in any 24-hour period.

## 18. What information can I access from the national registry?

The only consumer information that companies will receive from the national registry is registrants' telephone numbers. The numbers will be sorted and available by area code. Companies will be able to access as many area codes as desired (and paid for), by selecting, for example, all area codes within a certain state. Of course, companies also will be able to access the entire national registry.

## 19. Do I need to pay for area codes that change (split)?

Occasionally, area codes will be "split" into other area codes to provide more numbers to a densely populated area. When this occurs, telemarketers who want those numbers will be required to subscribe to the new area code (assuming they have not already) and pay for the new area code if it exceeds their limit of five "no-cost" area codes. If you have subscribed to all area codes (the Global list) you will not be required to pay for the new area code.

## 20. May I check just a few numbers at a time to see if they are registered?

Companies that have provided the required identification information and certification, and paid the appropriate fee (there is no fee to subscribe to five or fewer area codes) will be allowed to check a small number of telephone numbers (10 or less) at a time via interactive Internet pages. This will permit small volume callers to comply with the do not call requirements of the TSR without having to download a potentially large list of all registered telephone numbers within a particular area.

## Registering and Subscribing to the Registry

## 21. When registering, I am asked to select from three Organization Functions. What are these functions and which one should I select?

**The three organization functions are Seller, Telemarketer/Service Provider, or Exempt Organization.**

Exhibit 7
Page 9 of 38

**Seller:** includes any person or business who, in connection with a telemarketing transaction, provides, offers to provide, or arranges for others to provide goods or services to the customer in exchange for consideration.

- A Seller also may be a Telemarketer, if it is calling on its own behalf, or if it retains one or more Telemarketers to place calls for it. In either case, you should register as a "Seller".

- Every Seller should subscribe to area codes, pay the appropriate fee, and agree to the certification requirements in order to receive a Subscription Account Number (SAN) from the National Do Not Call Registry. A Seller may direct a Telemarketer to complete the online subscription process on their behalf, but the Seller must have its own subscription and SAN, separate from the Telemarketer's subscription and SAN.

**Telemarketer (TM):** includes any person or business who, in connection with telemarketing, initiates or receives telephone calls to or from a customer.

- If a Telemarketer is accessing the registry through a Seller's account, (the Seller by definition is the Telemarketer's Client) the Seller must have its own subscription with the Registry. The Telemarketer may access the Registry on behalf of the Seller at no additional charge if the Telemarketer is authorized by the Seller to use the Seller's SAN. Any applicable fees should be paid by the Seller, or by the Telemarketer on that Seller's behalf. The Telemarketer may use the data it downloads only for that Seller. Telemarketers should understand that every Seller must have its own subscription to the Registry. At the direction of a Seller, a Telemarketer may complete the online subscription process and obtain a SAN for the Seller.

- If a Telemarketer accesses the registry on its own behalf as well as accessing the registry through a client's account, it may obtain its own SAN by subscribing to area codes for itself and paying its own access fee and agreeing to the certification requirements. However, a Telemarketer may not use Registry data to place calls on behalf of more than one Seller unless each Seller has its own subscription and a SAN. That is, a Telemarketer cannot purchase the list once and then provide the data to all of its Clients who have not paid the appropriate fees to access the Registry.

**Service Provider (SP):** includes any person or business that provides assistance to sellers or telemarketers to engage in telemarketing, such as list brokers and service bureaus.

- If a Service Provider accesses the registry through a client's account, the client must have its own subscription with the Registry. The Service Provider may access the

Exhibit 7
Page 10 of 38

Registry on behalf of the client at no additional charge if the Service Provider is authorized by the client to use the client's SAN. Any applicable fees should be paid by the client, or by the Service Provider on that client's behalf. The Service Provider may use the data it downloads only for that client. Service Providers should understand that every client must have its own subscription to the Registry. At the direction of a client, a Service Provider may complete the online subscription process and obtain a SAN for the client.

- If a Service Provider accesses the registry on its own behalf as well as accessing the registry through a client's account, it may obtain its own SAN by subscribing to area codes for itself and paying its own access fee and agreeing to the certification requirements. However, a Service Provider may not use Registry data to place calls on behalf of more than one Seller unless each Seller has its own subscription and a SAN. That is, a Service Provider cannot purchase the list once and then provide the data to all of its Clients who have not paid the appropriate fees to access the Registry.

## 22. What is an EIN and how is it used by the National Do Not Call Registry?

An Employer Identification Number (EIN) is a number assigned by the Internal Revenue Service to companies and organizations. You are required to enter your organization's EIN to create a profile, unless you are the sole owner or proprietor of the company or organization. An EIN has the format nn-nnnnnnn.

## 23. My company is located outside of the US. Do I need to have an EIN to complete my profile?

Organizations who wish to create a profile on the registry are required to obtain an EIN from the Internal Revenue Service (IRS). The National Do Not Call Registry does not provide EINs. Before registering on the National Do Not Call Registry, a company located outside the US must first contact the IRS to obtain an EIN.

International applicants can contact the IRS to apply for their EIN by calling (267) 941-1099 (Not a toll-free number).

After your organization has obtained an EIN from the IRS, you can create a new profile by using the REGISTER NEW USERS button at https://telemarketing.donotcall.gov.

Exhibit 7
Page 11 of 38

## 24. What is an SSN and how is it used by the National Do Not Call Registry?

A Social Security Number (SSN) is a number assigned to an individual by the Social Security Administration. If you do not have an Employer Identification Number (EIN) because you are the organization's sole owner or proprietor, then you must enter your Social Security Number to create a profile. The SSN has the format nnn-nn-nnnn.

## 25. Once I register, how do I activate my account?

Once you have completed your profile, you will be issued an Organization ID which will be displayed on the Profile Created page. A confirmation email will be sent to the Authorized Representative email address you provided. This email will include your Representative and Downloader passwords. You should receive the email shortly after finishing your profile. (If you don't see it, check your spam or junk mail folder.) If you haven't received it within 15 minutes, please contact the Help Desk by email at tmhelp@donotcall.gov. Make sure to include your Organization ID.

When you receive the confirmation email, click on the link in the email to activate your account. It will take you back to the registry Log in page. Once there, log in with your Organization ID and Representative password to activate your account.

After your account has been activated you should not use the confirmation email to access the registry. From this point forward you should always go to https://telemarketing.donotcall.gov directly, then click on "Existing Users – Log in" to access the registry.

Once you have activated your account, your next step will be to subscribe to area codes.

## 26. Why should I subscribe to area codes?

You must subscribe to area codes to gain access to the data on the National Do Not Call Registry, and to have a Subscription Account Number (SAN) issued to your organization.

## 27. How do I subscribe to area codes for the first time?

1. From https://telemarketing.donotcall.gov, click LOG IN CURRENT USERS and log in with the Representative password.

Exhibit 7
Page 12 of 38

2. Click the GREEN button for CREATE NEW SUBSCRIPTION. (The GREEN button always takes you to Subscription Information).

3. Click SUBSCRIBE TO AREA CODES OR ADD AREA CODES TO YOUR CURRENT SUBSCRIPTION.

4. Under SUBSCRIBE TO AREA CODES on the bottom right side of the page, choose one of the following options:

   1. Select ALL AREA CODES IN THE US to order every available area code and click SUBMIT.

   2. Select ALL AREA CODES WITHIN A STATE to order all of the area codes in one or more states and click SUBMIT. A list of states, territories, and Toll-Free numbers will appear. Select the appropriate check box(es). Then click CONTINUE (or CANCEL to return to the previous page).

   3. Select AREA CODES BY AREA CODE NUMBER to order individual area codes from one or more states and click SUBMIT. USE THIS OPTION TO SUBSCRIBE TO FIVE OR FEWER AREA CODES OR TO SELECT INDIVIDUAL AREA CODES. A list of individual area codes will appear. The area codes are sorted by area code number lowest to highest, left to right across the page. To group them by state, click SORT BY STATE. To return to the original sort click SORT BY AREA CODE. If you selected some area codes, but want to start over, click CLEAR SELECTIONS. Click on the applicable check box(es) for the area codes you want in your subscription. When complete click CONTINUE (or CANCEL to return to the previous page).

5. A confirmation page will appear. If you are satisfied with the area codes that you have selected, click CONTINUE to submit your order (or CHANGE to return to the previous page).

6. If you ordered five or fewer area codes it will take up to one business day to process your order. Your SAN will not be issued until your subscription finishes processing, and you won't be able to download phone numbers or add area codes to your current subscription until then. You can check the progress of your subscription by going to MANAGE/RENEW SUBSCRIPTIONS then CHECK STATUS (click SUBMIT for the CURRENT time frame). The PAYMENT STATUS will display as INPROCESS until processing has finished. If successful, the PAYMENT STATUS will change to COMPLETED and your Subscription Account Number (SAN) will be displayed.

7. Once your subscription to five or fewer area codes finishes processing and your Subscription Account Number (SAN) has been issued, you will be able to download phone numbers, and the SUBSCRIBE TO AREA CODES OR ADD AREA CODES TO

Exhibit 7
Page 13 of 38

YOUR CURRENT SUBSCRIPTION link will be enabled so that you can add more area codes to your subscription if you wish.

PLEASE NOTE: YOUR SAN WILL NOT BE SENT TO YOU BY EMAIL. To find your SAN log into the registry and then click the MANAGE/RENEW SUBSCRIPTIONS button (the GREEN button) then either CHECK STATUS or VIEW AREA CODES. It will also be displayed at the top of the Home page once you have logged into your account.

8. If a fee is due, click CONTINUE at the bottom of the page to make the required payment. Follow the prompts to enter your payment information on that site.

9. If you pay by Direct Debit/Electronic Funds Transfer there will be a waiting period of up to 3 to 5 full business days to allow the payment to clear before your SAN will be issued and you can begin downloading phone numbers.

10. If you pay by credit card, your SAN will be issued immediately and you will be able to download as soon as the transaction is approved, which usually occurs during that same session.

## 28. When does my subscription expire?

Your subscription will expire twelve months after your Subscription Start Date (which is the first day of the month in which your current subscription becomes active). Visit the Manage/Renew Subscriptions page to see your Subscription Expiration Date. The period between your Subscription Start Date and Subscription Expiration Date is referred to as your Annual Subscription Period.

## 29. What is the process for renewing my subscription?

An organization may renew its subscription no earlier than 30 days before its subscription expires. Organizations are notified of their renewal eligibility by email 30 days before their subscription will expire. If an organization renews during this early period, their new Annual Subscription Period will start on the first day of the following month. The current subscription will remain in effect until then. There is no overlap. Subscriptions can also be renewed after they have expired. A new 12-month Annual Subscription Period will run from the first day of the month in which an organization renews.

## 30. Can I renew my subscription early?

Exhibit 7
Page 14 of 38

As noted above, organizations may renew their subscription up to 30 days before their subscription expires. If you do this, your new subscription will start the day after your current subscription expires. There is no overlap.

If you add new or different area codes to your upcoming subscription, you will not be able to download them until your new subscription becomes active. Adding area codes to your current subscription does not extend the length of the Annual Subscription Period.

The Manage/Renew Subscription page will change when you become eligible to renew your subscription:

1. When you are eligible for early renewal, you will see two links at the top of this page :
   - RENEW YOUR SUBSCRIPTION TO AREA CODES
   - SUBSCRIBE TO AREA CODES OR ADD AREA CODES TO YOUR CURRENT SUBSCRIPTION (EXPIRES: DD MMM YYYY)

2. If you are not yet eligible for early renewal, you will only see the current subscription option link:

3. SUBSCRIBE TO AREA CODES OR ADD AREA CODES TO YOUR CURRENT SUBSCRIPTION (EXPIRES: DD MMM YYYY)

(If you select this link you will be adding area codes to your current subscription period and they will expire on the date shown).

3. If your subscription has expired, you will also see the current subscription option, but no expiration date will be displayed:
   - SUBSCRIBE TO AREA CODES OR ADD AREA CODES TO YOUR CURRENT SUBSCRIPTION

(If you renew now, you will start a new subscription with a new twelve-month expiration date).

## 31. What happens if I don't renew early?

You may renew at any time once you are within 30 days of your Subscription Expiration Date, but if your current subscription expires, you will not be able to download area codes again until you renew.

Exhibit 7
Page 15 of 38

## 32. What is the easiest way to renew my subscription to the same area codes?

After you click on RENEW YOUR SUBSCRIPTION TO AREA CODES use the Select Area Codes from Last Subscription button on the Order Area Codes – Step 2 page to automatically select all area codes from your last subscription. You may add or remove area codes before continuing.

## 33. Is there a way to see what area codes were in a previous, or are in my current or upcoming subscription? Can I also review the Subscription Account Numbers (SANs) that have been issues for those subscriptions?

You can go to MANAGE/RENEW SUBSCRIPTIONS then select either CHECK STATUS or VIEW AREA CODES to view your organization's subscription information (or your client's subscription information) in the following time periods:

- **Previous:** Your expired subscription.

- **Current:** Your currently active subscription. This is the only subscription you can download area codes from.

- **Upcoming:** Your future subscription, created during the early renewal period.

Only one subscription is active at a time. Subscriptions always remain current until their Subscription Expiration Date, they never end earlier. When your current subscription expires, it becomes your previous subscription, and your upcoming subscription **becomes** your current subscription.

## 34. Will I be issued a new SAN with my new subscription?

Your Subscription Account Number (SAN) expires when your current subscription expires, so you will be issued a new Subscription Account Number (SAN) to identify that new subscription. You must distribute your new SAN to any Telemarketers or Service Providers that work on your behalf if you want them to continue working for you.

To help you manage the SANs that your organization may have obtained over a number of years, your new SAN will have the subscription start year appended to the end. For example, 11111234-567890-11 is a SAN that started in 2011.

Exhibit 7
Page 16 of 38

## 35. Will I need a new Organization ID and password for my new SAN?

You do not need to create a new profile (and be issued a new Organization ID) in order to renew your subscription

Passwords on the registry expire every 90 days regardless of your subscription status. If your Representative password has expired before you begin your renewal transaction, you'll need to reset it before you'll be able to log in and renew. See below for information on changing your passwords.

## 36. How can a Client/Seller share their Subscription Account Number (SAN) with a Telemarketer / Service Provider (TM/SP)?

As noted in the DEFINITION section above, "Every Seller should subscribe, pay the appropriate fee, and agree to the certification requirements to receive a Subscription Account Number (SAN) with the National Do Not Call Registry." If that Seller then procures some type of telemarketing services from a Telemarketer/Service Provider (TM/SP) — for example, purchasing a list, scrubbing a list, or making telemarketing calls on the Seller's behalf — the Seller must share it's SAN with that TM/SP. Sharing the SAN gives the TM/SP access to the Seller's profile information (read only) and their subscription to area codes. Exempt Organizations (EOs) can also share their SANs with a TM/SP.

The TM/SP can then use the following steps to add their clients SANs to their Client List.

1. Obtain the client's SAN and Organization ID from the client.

2. Click on MANAGE CLIENTS.

3. Click on ADD A CLIENT'S SAN.

4. Enter the client's SAN in the CLIENT SAN field.

5. Enter the client's Organization ID in the Organization ID field.

6. Click Add. The ADD CLIENT-REVIEW page will appear which will display the client's Name, Address, and SAN. Confirm that the information is correct and click Submit.

7. If the information is not correct, click Cancel. The registry will return to the previous page so corrections can be made.

8. Once Submit has been clicked, the ADD CLIENT – COMPLETE page will appear, which acknowledges that the organization has been added to the Client List.

Exhibit 7
Page 17 of 38

The TM/SP can then review their Client's List by going back to MANAGE CLIENTS and clicking on MANAGE EXISTING CLIENTS. This page will display all of their clients' Organization Names, SANs, and SAN Expiration Dates, and provides access for them to view their client's Profiles, and the Area Codes in the client's subscription. They can also use this page to remove clients from the Client's List by clicking on DELETE. Once a SAN has been added the TM/SP should also be able to see the SAN on the VIEW AREA CODES page under MANAGE / RENEW SUBSCRIPTIONS.

## 37. How can a Seller/Exempt Organization keep track of the TM/SPs that they have shared their Subscription Account Number (SAN) with?

Once a TM/SP has added a Seller/EO to their Client List, the Seller/EO has the ability to see what Organizations are sharing its SAN in two ways:

1. For the first 90 days that their SAN is being shared, they will see a table on the registry's HOME page which displays the Organization Name of the TM/SP with whom they have shared their SAN, the date/time the SAN was added to the TM/SP's Client's List, and the name of the TM/SP's Authorized Representative.

2. By going to MANAGE / RENEW SUBSCRIPTIONS then VIEW SAN SHARING.

On this page the Seller/EO will see their:

- SAN and SAN Expiration Date;

- the Organization name(s) of the TM/SP(s) with whom their SAN is being shared;

- whether or not that TM/SP has shared their SAN with another TM/SP (and the Organization name of that other TM/SP)

- the date of the last download that was completed by that TM/SP using their SAN

The Seller/EO can also click on the Delete button to remove their SAN from the Client's List of any TM/SP with whom they are no longer affiliated.

Since organizations are required to search the registry at least every 31 days, knowing the date of the last download by the TM/SP allows the Seller/EO to know whether or not that requirement is being met.

Exhibit 7
Page 18 of 38

## 38. What are the guidelines for SAN Sharing by different Organization Functions?

The following chart provides additional information for Sharing SANs:

| Type of Organization | Who Must Pay? | Who Must Complete the Certification? | Who May Download the Information? | Who Owns the Subscription Account Number (SAN)? | May the Organizatio Share the SAN? |
|---|---|---|---|---|---|
| **Seller** who engages in its own telemarketing | Seller | Seller | Seller | Seller | Yes with on or more TM/SP but not with an EO |
| **Seller** who uses Telemarketer (TM) **or** Service Provider (SP) | Either Seller or TM/SP on behalf of Seller | Either Seller or TM/SP on behalf of Seller | Either Seller or TM/SP on behalf of Seller | Seller | Yes, with one or more TM/SP but not with a Seller or an EO |
| **Telemarketer or Service Provider (TM/SP)** that accesses the registry through a clients account | TM/SP or no one (if using existing SAN) | TM/SP | Seller | Seller/Client | Yes, with another TM/SP but not with a Seller or an EO |
| **Telemarketer or Service Provider (TM/SP)** that accesses the registry on its own behalf as | TM/SP and client | TM/SP | TM/SP | TM/SP | Yes, with another TM/SP but not with a Seller or an EO |

Exhibit 7
Page 19 of 38

| Type of Organization | Who Must Pay? | Who Must Complete the Certification? | Who May Download the Information? | Who Owns the Subscription Account Number (SAN)? | May the Organizatio Share the SAN? |
|---|---|---|---|---|---|
| well as accessing the registry through a client's account | | | | | |
| Exempt Organizations (EO) | No payment required or TM/SP if engaging in non-exempt telemarketing activities on behalf of EO | EO or TM/SP on behalf of EO | EO or TM/SP on behalf of EO | EO | Yes with on or more TM/SP |

**Note: A** Covered Seller is subject to the Federal Trade Commission's amended Telemarketing Sales Rule.

# Paying For Access

## 39. How much does it cost to access the registry?

Data for up to five area codes is free. Beginning October 1, 2025, the annual fee will be $82 per area code of data (after five) up to a maximum annual fee of $22,626.

## 40. How often do I have to pay a fee?

The fee must be paid annually. Payment of the fee provides access to the data for an "Annual Subscription Period," which is defined as the twelve months following the first day of the month in

Exhibit 7
Page 20 of 38

which the seller paid the fee. For example, a seller who paid its annual fee on September 15, 2015, has an "Annual Subscription Period" that runs from September 1, 2015 through August 31, 2016.

Organizations will also have to pay if they add new area codes to their current subscription and the number of area codes being added require additional payment. See Question 45 below for more information.

## 41. Who must pay a fee to the registry?

Organizations that subscribe to more than five area codes will be required to pay a fee to access data on the registry, except for Exempt Organizations (who pay no fees). The fee is based on the number of area codes to which the organization subscribes. Fees must be paid online to Pay.gov during the subscription or renewal process. Pay.gov accepts Credit Cards (Visa, MasterCard, American Express, and Discover) and ACH payments.

## The recipient in an ACH Transaction is:
## Federal Trade Commission (FTC)
## 600 Pennsylvania Ave NW
## Washington DC 20580

Pay.gov does not accept Carte Blanche, wire transfers, cashier's checks, or traveler's checks.

## 42. When will I be able to access data on the registry if I pay for my subscription using a credit card?

Immediate access to data on the registry will be granted when an organization pays for its subscription using a credit card, providing that the credit card payment clears during that session.

## 43. When will I be able to access data on the registry if I pay for my subscription by Direct Debit / Electronic Funds Transfer?

If your organization pays for its subscription using direct debit from a bank account (also known as electronic funds transfer by entering the bank ACH number at the Pay.gov), you must wait until after

Exhibit 7
Page 21 of 38

your payment clears before you can begin downloading from the Registry. Generally, payments take between three to five full business days to clear. However, it is possible for payments to take longer before they will clear.

Please note that the length of time you must wait before your payment clears will depend on when you submit your payment for processing. Keep in mind:

- If you submit your payment before 8 PM EST, then your payment will begin processing the next full business day
- If you submit your payment after 8 PM EST, then your payment will begin processing the second full business day
- Waiting periods do NOT include weekends or holidays.

For example, if you submit your payment on a Monday, BEFORE 8 PM EST, and there are no holidays during that week, then your payment will generally clear by close-of-business on Thursday, and you will be able to begin downloading data from the registry on Friday. Alternatively, if you submit your payment on a Monday, AFTER 8 PM EST, and there are no holidays during that week, then your payment will generally clear by close-of-business on Friday, and you will be able to begin downloading data from the registry on the following Monday.

## 44. How do I request a refund?

You can go to MANAGE / RENEW SUBSCRIPTIONS then REQUEST A REFUND to learn the requirements that must be met in order to obtain an automated refund for your payment and to ask for the refund. Refunds are only available for credit card transactions.

## 45. What if I pay for a small number of area codes, and then later in the year expand my business to call more area codes? Will I have to pay twice?

If you need to access data from more area codes than you initially selected, you may do so, but you will have to pay for access to those additional area codes if your total number of area codes exceeds five. Beginning October 1, 2025, obtaining additional data from the registry during the first six months of your annual period will require a payment of $82 for each new area code. During the second six month period, the charge to obtain data from each new area code will be $41. Payment for additional

Exhibit 7
Page 22 of 38

data provides you with access to the additional data for the remainder of your Annual Subscription Period (Please note that adding area codes to your subscription DOES NOT affect your Subscription Expiration Date. New area codes will expire when your current subscription expires).

## 46. What happens after I pay for access?

After payment is processed, you will be given a unique Subscription Account Number (SAN) and permitted access to the appropriate portions of the registry. You will now be able to download phone numbers from the registry. For more information on downloading see the DOWNLOADING PHONE NUMBERS section of this FAQ that starts at Question 48 below.

## 47. If I'm a Telemarketer or Service Provider (TM/SP) working for a Seller, can I use the Seller's Subscription Account Number (SAN) to access the registry?

A Telemarketer or other Service Provider working on behalf of a Seller may access the registry directly or through the use of its Seller-Client's SAN. If access is gained through its Seller-Client's SAN, the Telemarketer or Service Provider will not have to pay a separate fee for that access. The extent of its access will be limited to the area codes subscribed to by its Seller-Client.

If a Telemarketer or Service Provider is accessing the registry directly — that is, if a Telemarketer or Service Provider decides to obtain the information on its own behalf — it will have to pay a separate fee and comply with all requirements placed on sellers accessing the registry. Such a Telemarketer or Service Provider will be provided a SAN that can be used only by that company. In other words, that SAN is not transferable.

## 48. What if a Seller uses one telemarketer at the beginning of the year and switches to another later in the year? Will the Seller have to pay twice?

No. When you pay for your SAN it is for an Annual Subscription Period that runs from the first day of the month in which your subscription becomes active until 12 months later. (See question 27). Sharing your SAN with a different telemarketer does not require any additional payment.

## Downloading Phone Numbers

Exhibit 7
Page 23 of 38

## 49. I've just completed my registration and my first subscription to 5 or fewer area codes, why can't I download?

Your first order of 5 or fewer area codes will take up to 3 business days to process. Once your order has finished processing you will be able to download files (or use the INTERACTIVE PHONE NUMBER SEARCH)

## 50. What are the options available for accessing telephone numbers?

A Full List Download is a download that contains all the registered telephone numbers within the area codes that are part of your organization's subscription as of the day before you are doing the download.

If you have subscribed to individual area codes, each area code will be available in a single discrete file for downloading. If you have subscribed to all of the area codes in a state, all of the area codes in that state will be combined into a single discrete file for downloading. If you have subscribed to all of the area codes in the US, all of the available area codes will be combined into a single discrete file for downloading. A Change List Download is a download that contains telephone numbers that have been added to or deleted from the National Registry since the last time your organization successfully performed a download. You will be notified by email when the Change List download is ready, which may take up to 24 hours. The Change List Download file is a single discrete file for downloading.

## NOTE: It is recommended that you complete a Full List Download of your subscription at least once every six months to ensure that your lists are accurately synchronized).

## ADDITIONAL NOTE: If you are a Telemarketer/Service Provider downloading on behalf of clients you will be required to certify your compliance with the Telemarketing Sales Rule (TSR) each time you download.

The Interactive Phone Number Search allows you to enter an area code and up to 10 telephone numbers in that area code. For each telephone number entered, the system displays whether the

Exhibit 7
Page 24 of 38

number is Registered or Not Registered. You are only allowed to enter a total of 100 phone numbers in a single web session.

## 51. When are Full Lists updated and available for me to download?

Full area code lists are updated every day and are usually available for download after 8:00 am ET each day.

## 52. What file formats are available for download?

Data is available from the national registry using Internet-based formats and download methods that serve both small and large businesses. Data also is available in three different sets: Full Lists, Change Lists, and the Interactive Phone Number Search (small list look-ups). Full Lists and Change Lists are available as "Flat Text Files or XML tagged data files. With a Web browser, you may access a secure Web page that allows you to select the download set that you prefer. For the Interactive Phone Number Search, you will be asked to enter from one to 10 telephone numbers on an online form. After entering the numbers and clicking a button, the national registry will display the list of numbers you entered and whether each number is registered in the national registry, or not registered.

You will be limited to the numbers in the area code(s) to which you have subscribed. The Full List will contain just 10-digit telephone numbers, with a single number on each line. For the Change List in Flat File Format, each line of the file will contain a telephone number, the date of the download, and an "A" (for Added) or "D" (for Deleted). The Change List data will be displayed in fixed-width fields.

For both Flat Text Files and XML tagged data, if you select a Change List, you will be provided all telephone numbers that have been added to, or deleted from, the registry since the date of your last successful download. Change Lists, for both Flat Text Files and XML tagged data, are available to provide changes on a daily basis (representing the additions and deletions from the day before).

To assist in automating the download process, the national registry offers the option to set up Web services for requesting Change Lists in either Flat Text File or XML tagged data format.

For more information on the file formats, see below.

## 53. If the download files are compressed, what software can I use to uncompress a file?

Download files are compressed or zipped to make downloads faster and more secure. You can use any standard software for uncompressing or unzipping downloaded files. If you do not have this software installed on your computer, you can download it from one of the Web sites that offer such software, for example:

- www.pkware.com for PKZIP

- www.winzip.com for WinZip

Note: The Federal Trade Commission and the National Do Not Call Registry do not endorse any Web sites, vendors or software products. This list is provided simply for your convenience.

## 54. How do I uncompress a file?

Generally, you will need to rename the downloaded file to conform to the conventions required by the decompression software you are using. For example, you may need to rename the file so it has a .ZIP file extension. After you rename the file, then click on it to launch the decompression software. For details, you should consult the documentation for your decompression software.

## 55. How large are the download files? How much disk space do they take?

The Full List will grow larger as more telephone numbers are entered into the National Registry. The size of a Change List depends on how long ago you downloaded a list and how many telephone numbers were added to and deleted from the Registry since that time.

The following table provides estimates of typical file sizes for the Full List, but the sizes of the files you download may be different. The estimates are based on 23 million registered telephone numbers:

| File Name | Uncompressed Size On Disk (MB) | Compressed Download Size (MB) |
|---|---|---|
| Global File (All States) | 4,860 | 616 |
| California | 560 | 69 |

Exhibit 7
Page 26 of 38

| File Name | Uncompressed Size On Disk (MB) | Compressed Download Size (MB) |
|---|---|---|
| Other Large States (TX,FL,NY) | 319 | 40 |
| Average States | 87 | 11 |
| | | |
| Large Area Code | 42 | 5 |
| Average Area Code | 15 | 2 |

## 56. How long will it take to download a file?

The time it takes to download a file depends on the connection speed, Internet traffic and other conditions. The following table is based on the typical file sizes described above:

| File Name | Download Speed in Minutes (2Mbps DSL) |
|---|---|
| Global File (All States) | 43 |
| California | 5 |
| Other Large States (TX,FL,NY) | 3 |
| Average States | 1 |
| | |
| Large Area Code | 0.3 |
| Average Area Code | 0.1 |

## 57. How does downloading work?

Exhibit 7
Page 27 of 38

Downloads work in different ways, depending on your list selection. Remember that before you can download registered telephone numbers, you must agree to the certification requirements of the National Registry.

If you choose to download a Full List, you will see a list of links for the files that are available for download. For example, if you subscribed to five individual area codes, you will see a separate link for each area code; if you subscribed to all of the area codes in two different states, you will see a separate link for each state; if you subscribed to all of the area codes in the US, you will see a single link labeled "Global". Click on the applicable link, and then answer the dialog box questions to save the download file to disk. If you have multiple files to download, repeat this process for each file. Be sure you have enough disk space to hold the downloaded files. Once the files are downloaded, you must uncompress them before you'll be able to read them.

If you choose to download a Change List, a custom list of telephone numbers that have been added to and deleted from the National Registry since your last successful download will be generated. When your Change List is ready, you will receive an email at the email address for your Authorized Representative (if you logged in as the Representative to request the list), or the email address for your Downloader (if you logged in as the Downloader to request the list). You should receive the email within 24 hours after you submit your request. Inside the email will be a link which you must click on to start the download. Answer the dialog questions to save it to disk. Be sure you have enough disk space to hold the downloaded files. As noted above, once the Change List is downloaded, you must uncompress it.

For Change Lists, you may also choose to set up a SOAP-based web service to automate downloads of the files using either Flat Text File or XML tagged file format. The compressed XML payload is similar to that of the XML Change files. You must contact the Help Desk to obtain specific technical details and the WSDL specification for this service.

## 58. My download failed. What do I do?

Click on the Download Phone Numbers button again and follow the instructions to retry. If the problem persists, click on the Contact Help Desk button and fill out the form to report this to the Help Desk. Please include any error messages you're getting.

Exhibit 7
Page 28 of 38

## 59. Once I download my subscription, what do the contents of the file look like?

As noted above, the download files come in two different formats: Flat Text Files or XML Tagged Files[PB1] . The sections below describe the contents of these file formats for Full Lists and for Change Lists. A Full List in Flat Text File format looks different from a Change List in Flat Text File format.

**Flat Text File – Full List**

The Full List in a Flat Text File has one three-digit area code, a comma, and a seven-digit telephone number per line, with a linefeed at the end of each line:

123,4567890
123,4567890
123,4567890

**Flat Text File – Change List**

The Change List in a Flat Text File has one record per line, with a linefeed at the end of each line. Each record has a 10-digit telephone number, a date and time stamp, and the transaction type (the letter A if the phone number was added or the letter D if the phone number was deleted).

1234567890,yyyy-mm-ddThh:mm:ss,A
1234567890,yyyy-mm-ddThh:mm:ss,A
1234567890,yyyy-mm-ddThh:mm:ss,D
9876543210,yyyy-mm-ddThh:mm:ss,A
9876543210,yyyy-mm-ddThh:mm:ss,D

**XML Tagged File – Full List**

When you receive the Full List as an XML Tagged File, an element indicates what level and value of data are contained in the file.

For the complete national list, the level is "all" and the value is null (Example 1)

Exhibit 7
Page 29 of 38

For a state list, the level is "state" and the value is a 2 character state abbreviation, such as NY for New York (Example 2)

For an area code list, the level is "ac" and the value is the area code, such as 716 (Example 3)

Note: XML Tagged Files will not contain the extra white space shown below for formatting.

**Example 1: National List**

```
<list type='full' level='all' val='' />
<ac val='123'>
<ph val='4567890' />
<ph val='4567890' />
<ph val='4567890' />
</ac>
<ac val='xxx'>
<ph val='xxxxxxx' />
<ph val='xxxxxxx' />
<ph val='xxxxxxx' />
</ac>
</list>
```

**Example 2: State List**

```
<list type='full' level='state' val='NY' />
<ac val='212'>
<ph val='4567890' />
<ph val='4567890' />
<ph val='4567890' />
</ac>
<ac val='xxx'>
<ph val='xxxxxxx' />
<ph val='xxxxxxx' />
<ph val='xxxxxxx' />
</ac>
</list>
```

Exhibit 7
Page 30 of 38

**Example 3: Single Area Code List**

```
<list type='full' level='ac' val='716' />
<ac val='716'>
<ph val='4567890' />
<ph val='4567890' />
<ph val='4567890' />
</ac>
</list>
```

**XML Tagged File – Change List**

The Change List XML Tagged File has a 7-digit telephone number, a date and time stamp, and the transaction type (the letter A if the phone number was added or the letter D if the phone number was deleted.)

```
<list type='change' />
<ac val='123'>
<ph val='4567890' dt='yyyy-mm-ddThh:mm:ss' tt='A' />
<ph val='4567890' dt='yyyy-mm-ddThh:mm:ss' tt='A' />
<ph val='4567890' dt='yyyy-mm-ddThh:mm:ss' tt='D' />
</ac>
<ac val='987'>
<ph val='6543210' dt='yyyy-mm-ddThh:mm:ss' tt='A' />
<ph val='6543210' dt='yyyy-mm-ddThh:mm:ss' tt='D' />
</ac>
</list>
```

Note: XML Tagged Files will not contain the extra white space shown above for formatting.

# Compliance

# 60. What happens to companies that don't pay for access to the registry?

Exhibit 7
Page 31 of 38

A company that is a seller or telemarketer could be liable for placing any telemarketing calls (even to numbers NOT on the registry) unless the seller has accessed the registry and paid any required fees. Violators may be subject to fines of up to $53,088 per violation. Each call may be considered a separate violation.

## 61. What if I call a number that's not on the registry without checking the registry first?

It's against the law to call (or cause a telemarketer to call) any number on the registry (unless the seller has an established business relationship with the consumer whose number is being called, or the consumer has given written agreement to be called). But it's also against the law for a seller to call (or cause a telemarketer to call) any person whose number is within a given area code unless the seller first has subscribed to and accessed the portion of the registry that includes numbers within that area code, and paid the annual fee, if required.

In addition, it's against the law for a telemarketer, calling on behalf of a seller, to call any person whose number is within a given area code unless the seller has first subscribed to and accessed the portion of the registry that includes numbers within that area code, and paid the annual fee, if required. Telemarketers must make sure that their seller-clients have paid for access to the registry before placing any telemarketing calls on their behalf.

## 62. What's my liability if my company inadvertently calls a number on the registry?

The TSR has a "safe harbor" for inadvertent mistakes. If a seller or telemarketer can show that, as part of its routine business practice, it meets all the requirements of the safe harbor, it will not be subject to civil penalties or sanctions for mistakenly calling a consumer who has asked for no more calls, or for calling a person on the registry. To meet the safe harbor requirements, the seller or telemarketer must demonstrate that:

- it has written procedures to comply with the do not call requirements

- it trains its personnel in those procedures

- it monitors and enforces compliance with these procedures

- it maintains a company-specific list of telephone numbers that it may not call

Exhibit 7
Page 32 of 38

- it accesses the national registry no more than 31 days before calling any consumer, and maintains records documenting this process

- any call made in violation of the do not call rules was the result of an error

# Passwords

## 63. Why are two passwords necessary?

The registry provides an organization with two passwords when it creates its profile. This affords your organization maximum flexibility if you want more than one person in your organization to know how to access the National Do Not Call Registry, and allows you to access the information whenever you need it. **Once you receive your passwords and whenever you change them, you should print and save them in a secure location.**

## 64. What are the two passwords that were issued to my organization?

The two passwords are for the designated Authorized Representative and for the Downloader.

The password for Authorized Representative grants access to all functions on this Web site:, Review Profile, Manage/Renew Subscriptions, Manage Clients (if your organization is a Telemarketer or Service Provider (TM/SP), Download Phone Numbers and Contact Help Desk.

The password for Downloader grants access to ONLY the Download Phone Numbers, and Contact Help Desk functions. The Downloader password can be shared with more than one person to give access to telephone numbers on the registry. Keep in mind that only one person can be logged in with either password at any one time.

## 65.What should I do when a password has been entered incorrectly too many times and it says my account has been locked?

If you have tried to log in five times in a 15 minute period and failed all five times, you must send an email to the Help Desk at tmhelp@donotcall.gov to have your account unlocked before you can try to log in again. Make sure the Caps Lock is turned off and be careful when typing upper and lower case letters. You cannot copy and paste the passwords into the password field, they must be typed.

Locking you out the account after five attempts is a security measure designed to prevent one method for automated attacks against the system.

If you still have trouble with the password, your Authorized Representative may obtain a new password by following the steps below (Forgot My Password). This creates a completely new temporary password that is generated automatically. When you get a new password, you'll have to change it immediately before you'll be able to access the system.

## 66. I forgot our Representative password. How do I get a new password?

1. Click "Forgot my password" from the User Log In page.

2. Enter your Organization ID and the phone number associated with your account.

3. Answer the call and press pound on your phone keypad.

4. Enter a new password.

5. Confirm the new password by typing it again on the confirm password field.

6. You will see the "Read and Certify" page.

7. Once you read and can confirm it is accurate, select "Yes, I agree and declare under penalty of perjury that the foregoing is true and correct" and click "Certify and Continue" to successfully login to the site.

If your phone number or email address has changed, and you are unable to complete these steps, please contact the Help Desk by email at tmhelp@donotcall.gov.

## 67. I forgot our Downloader password. How do I get a new password?

If you have forgotten your Downloader password, your Representative can change your password using the steps below.

## 68. How do I change my password?

You can change your password after login into the Telemarketing website. After login in, click the "Change Password" option on the bottom of the page and follow these steps.

Exhibit 7
Page 34 of 38

- Enter your current password

- Enter a new password

- Confirm your new password

- Click "Continue"

You will receive confirmation of your password change. Be sure to update your password lists with the new password as you will need it to access the site on future visits.

## 69. The minimum password length is 16 characters.

- The maximum password length is 64 characters.

- The password cannot include more than three repeating characters (such as aaa or 111)

- The password cannot include more than three sequential characters (such as abc or 123)

- You do not need to include special characters, punctuation, symbols, or numbers in your password. These characters are optional.

- You may include spaces in your password, but they are not required. If you choose to include spaces in your password, note that they cannot appear at the beginning or the end of the password.

Passwords do not expire. If you wish to change your password for any reason, you can do so.

If you forgot your password, follow these steps.

## 70. Can the Help Desk assist me if I have forgotten my Organization ID or changed my Authorized Representative email address but did not update my profile?

Telemarketers requesting the Organization ID or changing the Authorized Representative Email Address will have to send an email to the FTC Do Not Call Registry Help Desk at tmhelp@donotcall.gov and include the following information:

- Your complete Organization Name.

- Your complete Organization Address.

If your organization has changed names or moved since your profile was created, and your profile wasn't updated, please provide your old Organization Name and/or Address.

# Troubleshooting

## 71. What if I have problems when I try to access the national registry?

The website at www.telemarketing.donotcall.gov has an online Help Desk available for email help requests during regular business hours via a secure electronic form. There is a CONTACT HELP DESK link at the top of the page. You'll need to log in with your Organization ID and password to access the Contact Help Desk link.

If you cannot use Contact Help Desk, you can email the Help Desk at tmhelp@donotcall.gov.

**What are the Help Desk hours of operation?**

The Help Desk's operational hours are 8:00 a.m. to 8:00 p.m. Eastern Time, Monday through Friday, except for Federal government holidays, as listed:

New Year's Day

Martin Luther King's Birthday

President's Day

Memorial Day

Independence Day

Juneteenth Independence Day

Labor Day

Columbus Day

Veteran's Day

Thanksgiving Day

Christmas Day

## 72. How quickly can I expect a response from the Help Desk?

During operational hours, the Help Desk will respond to requests for assistance within two hours of receipt. Otherwise, the Help Desk will respond within two hours of the start of normal business hours.

## 73. How does the Help Desk respond?

The Help Desk responds only via email. There is no phone number by which to contact the Help Desk. Leidos provides both Tier 1 and Tier 2 level support. Tier 1 elevates selected problems to Tier 2 or the FTC for guidance and resolution as needed.

## 74. What type of assistance does the Help Desk provide?

The Help Desk provides assistance only to those Telemarketers, Sellers and Exempt Organizations registered on the telemarketing web site. The Help Desk does not provide assistance to consumers or those with questions concerning the consumer do not call web site.

The Help Desk can provide only technical assistance, not legal opinion. For legal advice, you may need to consult with an attorney.

In order to receive information from the Help Desk, visit the Contact Help Desk page and fill out the form. The system assigns a problem case number to the reported problem for tracking purposes. A reply will be sent to the email address entered on the form.

There may be cases when the Help Desk cannot be reached using the Telemarketing web site. In these rare cases an email can be sent directly to tmhelp@donotcall.gov. Please note that for issues

Exhibit 7
Page 37 of 38

reported by email the Help Desk cannot assign a problem case number for tracking purposes.

## 75. Where can I get more information about compliance?

The best source for more information is our comprehensive guide *Complying with the Telemarketing Sales Rule*.

It's important that sellers and others involved in telemarketing recognize that both the FTC and the FCC regulate telemarketing practices. Those involved in telemarketing should review regulations put in place by both agencies. The FCC's regulations may be found at https://www.law.cornell.edu/cfr/text/47/64.1200.

The FTC works for the consumer to prevent fraudulent, deceptive and unfair business practices in the marketplace and to provide information to help consumers spot, stop and avoid them. The FTC manages the National Do Not Call Registry, which gives consumers a choice about getting telemarketing calls at home. To register a number, log on to DONOTCALL.GOV, or call toll-free, 1-888-382-1222; TTY 1-866-290-4236. If your number is registered and you have received an unwanted telemarketing call, you may file a complaint at DONOTCALL.GOV.

[Note: Edited January 2025 to reflect Inflation-Adjusted Civil Penalty Maximums.]

[Note: Edited September 2025, to reflect increase in telemarketer fees for the Do Not Call Registry.]

[Note: Edited May 2023 to clarify the requirements for obtaining consent to deliver calls with prerecorded messages.]

**August 2016**

## Your opportunity to comment

The National Small Business Ombudsman and 10 Regional Fairness Boards collect comments from small businesses about federal compliance and enforcement activities. Each year, the Ombudsman evaluates the conduct of these activities and rates each agency's responsiveness to small businesses. Small businesses can comment to the Ombudsman without fear of reprisal. To comment, call toll-free 1-888-REGFAIR (1-888-734-3247) or go to www.sba.gov/ombudsman.