# PUBLIC NOTICE

**Federal Communications Commission**
**45 L Street NE**
**Washington, DC 20554**

News Media Information 202 / 418-0500
Internet: **https://www.fcc.gov**
TTY: 1-888-835-5322

---

**DA 24-74**
**Released: January 25, 2024**

### CONSUMER AND GOVERNMENTAL AFFAIRS BUREAU PROVIDES ADDITIONAL GUIDANCE FOR USERS OF THE REASSIGNED NUMBERS DATABASE

**CG Docket No. 17-59**

With this Public Notice, the Consumer and Governmental Affairs Bureau supplements previous guidance on the Reassigned Numbers Database to reiterate that the permanent disconnection reporting rule[1] requires every service provider to file a monthly report even if it does not have permanent disconnections to disclose.

In the 2018 *Reassigned Numbers Order*, the Commission addressed the problem of unwanted calls to consumers with numbers reassigned from a previous consumer; it did so by establishing a single, comprehensive Reassigned Numbers Database.[2] Callers can now check the database to ensure they reach consumers that expect their calls and avoid calling consumers with reassigned numbers who may not wish to receive the call.[3]

To ensure the database is up-to-date, the Commission required service providers to report each month permanent disconnections of numbers assigned to them.[4] The permanent disconnection reporting requirements took effect on April 15, 2021.[5] Section 64.1200(l) of the rules states that, as of that date, and "on the 15th day of each month thereafter," service providers "shall . . . report to the Administrator the most recent date each NANP telephone number . . . was permanently disconnected."[6] The rule is obligatory (as indicated by the word "shall") and does not include any exceptions to the monthly reporting requirement. The *Reassigned Numbers Order* used similar obligatory language in describing this

---

[1] 47 CFR § 64.1200(l)(2).

[2] *Advanced Methods to Target and Eliminate Unlawful Robocalls*, CG Docket No. 17-59, Second Report and Order, 33 FCC Rcd 12024 (2018) (*Reassigned Numbers Order*).

[3] *Id.* at 12025, para. 3; *see also* Press Release, FCC, FCC Announces Launch of Reassigned Numbers Database on November 1, 2021 to Reduce Unwanted Calls (Oct. 25, 2021), https://www.fcc.gov/document/fcc-host-webinar-upon-launch-reassigned-numbers-database-nov-1.

[4] *Reassigned Numbers Order*, 33 FCC Rcd at 12038, para. 39; 47 CFR § 64.1200(l)(2).

[5] *Consumer and Governmental Affairs Bureau Announces Compliance Date for Remaining Reassigned Numbers Database Rule Regarding Reporting of Disconnect Data*, CG Docket No. 17-59, Public Notice, 36 FCC Rcd 1441, 1441-42 (CGB 2021) (*Reporting PN*). Small service providers had an additional six months, until October 15, 2021, to comply with the reporting requirement. *Reassigned Numbers Order*, 33 FCC Rcd at 12038, para. 43; *Reporting PN*, 36 FCC Rcd at 1441-42. The Consumer and Governmental Affairs Bureau published technical specifications describing the format for the report on January 15, 2021. *Consumer and Governmental Affairs Bureau Announces Technical Specifications for Reassigned Numbers Database Reporting*, CG Docket No. 17-59, Public Notice, DA 21-67 (CGB 2021).

[6] 47 CFR § 64.1200(l)(2).

Exhibit 8
Page 1 of 2

requirement: "We require providers to report data to the Administrator on the 15th day of each month."[7] It is thus clear that, under this requirement, providers must submit a report each month, without exception, even when no new permanent disconnections occurred during the most recent month. Indeed, guidance provided by the database Administrator in the Submit User Guide confirms that"[i]f there are no permanently disconnected [telephone numbers] to report for a monthly period, the user must report no disconnected telephone numbers in order to be in compliance."[8]

Notwithstanding this background and in an abundance of caution, to the extent that some providers have interpreted the rule's monthly filing obligation to not apply during months where the provider had no disconnections, we reiterate that a provider must submit a report even when it has no disconnections to report in a given month. More specifically, for months in which service providers have zero permanent disconnections, service providers should report no disconnections per longstanding guidance from the Administrator.[9] Without a zero-disconnection report, the Commission and the Administrator would not be able to discern if the lack of a filing was because there were no disconnections during that month or because the provider was in violation of the rule by not reporting that month's disconnections.

*People with Disabilities.*  To request materials in accessible formats for people with disabilities (Braille, large print, electronic files, audio format), send an e-mail to fcc504@fcc.gov or call the Consumer & Governmental Affairs Bureau at 202-418-0530 (voice).

*Additional Information.*  For further information, contact Rebecca Maccaroni of the Consumer and Governmental Affairs Bureau at (202) 418-7603 or Rebecca.Maccaroni@fcc.gov.

**- FCC -**

---

[7] *Reassigned Numbers Order*, 33 FCC Rcd at 12038, para. 39.

[8] *Reassigned Numbers Database*, Submit User Guide, p.11, https://www.reassigned.us/sites/default/files/resources/userguides/Submit_User_Guide_1.pdf (last visited Jan. 8, 2024).

[9] *Id*. In addition, in monthly correspondence, the database Administrator instructs providers with no disconnections to report to either use the "No Disconnect Data" button or upload a report stating there is no reportable disconnection data.  Email from support@reassigned.us to registered service providers (Jan. 8, 2024).