Drew Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
601 SW Second Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone:    503.624.6800
Facsimile:    503.624.6888

Diane J. Zelmer, *pro hac vice*
djz@berensonllp.com
BERENSON LLP
4495 Military Trail, Suite 203
Jupiter, Florida 33458
Telephone:    561.429.4496
Facsimile:    703. 991.2195

*Attorneys for Defendant DaBella Exteriors LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DABELLA EXTERIORS LLC,<br><br>　　　　Defendant. | Case No. 3:25-CV-00396<br><br>DECLARATION OF JOSIAH MCMILLAN IN SUPPORT OF PARTIAL MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S FIRST CLAIM AND MOTION TO DENY CLASS CERTIFICATION OR STRIKE CLASS |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

CASE NO. 3:25-cv-00396-SI

LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,

      Plaintiff,

vs.

DABELLA EXTERIORS LLC,

      Defendant.

_____/

## DECLARATION OF JOSIAH MCMILLAN

## FOR DABELLA EXTERIORS, LLC

Josiah McMillan declares, pursuant to 28 U.S. Code § 1746, as follows:

    1. My name is Josiah McMillan and I am the Senior Demand Generation Manager of DABELLA EXTERIORS, LLC ("DaBella"). I am familiar with certain corporate records of the company, and have personal knowledge of the facts set forth herein or incorporated by reference.

    2. I have reviewed the Class Action Complaint filed in this matter, and the corporate records and information of DaBella.

    3. DaBella's records show that lead data containing Plaintiff's telephone number 503-▓▓▓▓▓ was input on the website https://searchrenovation.us. DaBella received an express submission of consent for DaBella to call Plaintiff's telephone number. The consent form included Plaintiff's address and telephone number, under the name of "Robert Bronson." A copy of the consent form is attached as **Exhibit "A."**

    4. On February 6, 2025 at 11:16:45 a.m. EST, the following information for the lead was submitted on the registration form at the website located at https://searchrenovation.us:
            First Name:  Robert
            Last Name:  Bronson
            Email:  ▓▓▓▓▓▓▓▓▓@hotmail.com
            Address:  ▓▓▓▓▓▓▓▓▓



State: ■
City: ■
Mobile/Phone 503■

5. The Plaintiff's lead information is identified as having received input from the source IP address ■ 153, and the user is identified as using Windows 10 operating system and accessing through the Edge search engine.

6. When the registration form was completed, the user agreed to the following language:

> By clicking Submit, you represent that you are 18+ years of age and agree to the Privacy Policy and Terms & Conditions. By clicking Submit, "you agree by your electronic signature that you give express written consent to receive marketing communications regarding Solar and Home services by automatic dialing system and pre-recorded calls and artificial voice messages and one or more of its Marketing Partners at the phone number and e-mail address provided by you, including wireless numbers, if applicable, even if you have previously registered the provided number on the Do Not Call Registry. SMS/MMS and data messaging rates may apply." Your understand that my consent here is not a condition for buying any goods or services.

Ex. A. DaBella, DaBella Exteriors, DaBella Exteriors LLC, and DaBella Home Improvement are all listed as "Marketing Partners." https://www.searchrenovation.us/legal/

7. Any outbound communications made by DaBella to Plaintiff were made after DaBella obtained express written consent to call his telephone number.

8. Any and all outbound communications made from DaBella to Plaintiff were made under a good faith belief that Plaintiff submitted his express written consent, and identified an interest to be contacted by DaBella.

9. Plaintiff confirmed his interest in DaBella's products on a call placed by DaBella on February 7, 2025 at 11:50 a.m. The agent for DaBella asked Plaintiff if she was "speaking with Robert." Plaintiff responses "Yes." DaBella stated:

> Hi Robert I was just reaching out to you in regards to a windows inquiry that we had received. It looks like you were needing some assistance. Do you know about how many of those windows you were looking into?

Plaintiff responded: "Um I think it was um, it was 10."

10. DaBella asked whether there is "anyone else should be present to make decisions on the home or again just you, Robert?" Plaintiff responded "just me."

11. On the call, Plaintiff further verified his address at "▮▮▮▮▮▮▮▮" Plaintiff verified that the house is a "▮▮▮▮▮▮▮▮▮" on a "▮▮▮▮▮▮" and that the color of the home is "▮▮▮▮" Plaintiff indicates that he "owns [the home] alone" states that he is looking at "10" windows, that there are "draft" issues with the windows that are "wood" and he verifies that the windows are "original to the home." Plaintiff made an appointment with DaBella for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

12. DaBella stated that it has the email address ▮▮▮▮▮▮▮▮▮@hotmail.com and asked Plaintiff whether that is "still a good one" and Plaintiff verifies "Yeah just switch it to the one ▮▮▮▮▮▮▮▮@gmail.com."

13. DaBella maintains a TCPA written policy to ensure, *inter alia*, compliance with the national-do-not-call rules. A composite copy of DaBella's policies are attached as **Exhibit "B."** DaBella posts these policies in every cubicle in its call center.

14. DaBella provides training to its personnel in procedures established pursuant to the national do-not-call rules, as follows:

   a. Provides initial training for any personnel involved in telemarketing; and
   b. Requires employees to sign "DaBella ['s] Telemarketing Policy Adherence".

15. It is DaBella's policy to obtain consent from every number before it calls any person on the National Do Not call registry. DaBella obtains that consent in unique ways, via dozens of unique lead forms and of data sources. The consent forms obtained by DaBella have varying terms of conditions, including arbitration clauses and class action waivers. https://dabella.us/consumer-privacy-texting-and-dispute-resolution-policy/

16. DaBella identifies and lists any individuals who have asked not to be called its internal DNC, by identifying the contact with "DNC" in its software system or on the call log, and maintaining a master DNC database list.

17. DaBella is only aware of a handful of other individuals, out of the hundreds of thousands of calls made per month, that is similarly situated to Plaintiff, who formally contended (via demand letter or lawsuit) that he/she did not submit a consent form that was received by DaBella.

18. On November 1, 2023, DaBella also obtained a prior consent to contact a Joe Arnold at the Plaintiff's telephone number, 503-▮▮▮▮▮▮ DaBella's records reflect that calls placed to telephone number 503-▮▮▮▮▮▮ in November 2023 were answered with a business voicemail that stated "Hi, You've reached Joe at Merlin Home Magic."

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 2026/02/04

_____
Josiah McMillan