

# Certificate of Authenticity for Web Leads

Certificate ID: 50360d7ab8218dfab5bdf5973632deed5d57a3fd

This certificate was issued by TrustedForm.com from ActiveProspect, the independent Internet lead certification authority. It certifies the following information about this lead:

## When did they visit?

| | |
|---|---|
| Visit date: | February 6, 2025 |
| Visit time: | 11:16:45 AM EST |
| Time on page: | 1 minute, 39 seconds |

## Where did they visit?

| | |
|---|---|
| Page URL: | https://searchrenovation.us/ |

## Who visited?

| | |
|---|---|
| Remote IP Address: | █████.153 |
| Geographic Location (Approximate): | ██████████ |
| Browser: | Edge 129.0.0.0 |
| Operating System: | Windows 10 |

## What did they see?

Trustedform captures a copy of the web page viewed by the visitor and the user events that took place on the page including form inputs, mouse movements and clicks. It plays these events back as a session replay of how the user interacted with the page.

**View Session Replay**



▶ ⏭ 0:04 / 01:39

**Our Famous Services**

# Submit Your Application

First Name

Last Name

Email

Address

State

City

Zip Code

Mobile/Phone

© Copyright 2010-2024 ActiveProspect, Inc. All rights reserved.

8

▶ ⏭ 01:04 / 01:39

**Our Famous Services**

# Submit Your Application

First Name

Robert

Last Name

Bronson

Email

██████@hotmail.com

Address

██████████

State

██

City

████████

Zip Code

Mobile/Phone

© Copyright 2010-2024 ActiveProspect, Inc. All rights reserved.

9



# Event Log

Certificate ID: 50360d7ab8218dfab5bdf5973632deed5d57a3fd

| Date/Timestamp | Event |
| --- | --- |
| 2025/02/06 11:18:25 | submitted form |
| 2025/02/06 11:18:14 | clicked on [start_time] |
| 2025/02/06 11:18:08 | clicked on [homeOwner] |
| 2025/02/06 11:18:04 | typed ▇' in [phone] |
| 2025/02/06 11:18:04 | typed ▇' in [phone] |
| 2025/02/06 11:18:03 | typed 'Backspace' in [phone] |
| 2025/02/06 11:18:02 | typed ▇ in [phone] |
| 2025/02/06 11:18:02 | typed ▇' in [phone] |
| 2025/02/06 11:18:02 | typed ▇ in [phone] |
| 2025/02/06 11:18:02 | typed ▇ in [phone] |
| 2025/02/06 11:18:01 | typed ▇' in [phone] |
| 2025/02/06 11:18:01 | typed ▇ in [phone] |
| 2025/02/06 11:18:00 | typed ▇' in [phone] |
| 2025/02/06 11:18:00 | typed ▇' in [phone] |
| 2025/02/06 11:17:59 | typed ▇ in [phone] |
| 2025/02/06 11:17:59 | started typing in [phone] |
| 2025/02/06 11:17:59 | clicked on [phone] |
| 2025/02/06 11:17:59 | clicked on [phone] |
| 2025/02/06 11:17:50 | changed value to ▇▇▇▇▇▇' in [city] |
| 2025/02/06 11:17:49 | typed ' ' in [city] |
| 2025/02/06 11:17:49 | typed ▇' in [city] |
| 2025/02/06 11:17:48 | typed ▇ in [city] |
| 2025/02/06 11:17:48 | typed ▇ in [city] |
| 2025/02/06 11:17:48 | typed ▇ in [city] |
| 2025/02/06 11:17:48 | typed ▇ in [city] |
| 2025/02/06 11:17:47 | typed ▇' in [city] |
| 2025/02/06 11:17:47 | typed ▇ in [city] |
| 2025/02/06 11:17:47 | typed ▇ in [city] |
| 2025/02/06 11:17:47 | typed ▇' in [city] |
| 2025/02/06 11:17:47 | started typing in [city] |
| 2025/02/06 11:17:47 | clicked on [city] |
| 2025/02/06 11:17:47 | clicked on [city] |
| 2025/02/06 11:17:42 | changed value to 'OR ' in [state] |
| 2025/02/06 11:17:41 | typed ' ' in [state] |
| 2025/02/06 11:17:41 | typed ▇' in [state] |
| 2025/02/06 11:17:41 | typed ▇' in [state] |
| 2025/02/06 11:17:41 | started typing in [state] |

11

| | |
|---|---|
| 2025/02/06 11:17:41 | started typing in [state] |
| 2025/02/06 11:17:41 | clicked on [state] |
| 2025/02/06 11:17:41 | clicked on [state] |
| 2025/02/06 11:17:36 | changed value to ▇▇▇▇▇▇ ' in [streetAddress] |
| 2025/02/06 11:17:35 | typed ' ' in [streetAddress] |
| 2025/02/06 11:17:35 | typed ▇' in [streetAddress] |
| 2025/02/06 11:17:34 | typed ▇ in [streetAddress] |
| 2025/02/06 11:17:34 | typed▇ in [streetAddress] |
| 2025/02/06 11:17:34 | typed ' ' in [streetAddress] |
| 2025/02/06 11:17:33 | typed ▇' in [streetAddress] |
| 2025/02/06 11:17:33 | typed ▇in [streetAddress] |
| 2025/02/06 11:17:33 | typed ▇' in [streetAddress] |
| 2025/02/06 11:17:33 | typed 'Backspace' in [streetAddress] |
| 2025/02/06 11:17:32 | typed ▇ in [streetAddress] |
| 2025/02/06 11:17:32 | typed ▇' in [streetAddress] |
| 2025/02/06 11:17:32 | typed ' ' in [streetAddress] |
| 2025/02/06 11:17:32 | typed ▇ in [streetAddress] |
| 2025/02/06 11:17:31 | typed ▇in [streetAddress] |
| 2025/02/06 11:17:31 | typed ' ' in [streetAddress] |
| 2025/02/06 11:17:31 | typed ▇' in [streetAddress] |
| 2025/02/06 11:17:31 | typed ▇ in [streetAddress] |
| 2025/02/06 11:17:30 | typed ▇ in [streetAddress] |
| 2025/02/06 11:17:30 | typed ▇ in [streetAddress] |
| 2025/02/06 11:17:30 | started typing in [streetAddress] |
| 2025/02/06 11:17:30 | clicked on [streetAddress] |
| 2025/02/06 11:17:30 | clicked on [streetAddress] |
| 2025/02/06 11:17:22 | typed ▇ in [email] |
| 2025/02/06 11:17:22 | typed ▇in [email] |
| 2025/02/06 11:17:22 | typed 'Backspace' in [email] |
| 2025/02/06 11:17:21 | typed ▇in [email] |
| 2025/02/06 11:17:20 | typed ▇ in [email] |
| 2025/02/06 11:17:20 | typed '.' in [email] |
| 2025/02/06 11:17:20 | typed ▇in [email] |
| 2025/02/06 11:17:20 | typed ▇ [email] |
| 2025/02/06 11:17:19 | typed ▇ in [email] |
| 2025/02/06 11:17:19 | typed ▇ in [email] |
| 2025/02/06 11:17:19 | typed ▇ in [email] |
| 2025/02/06 11:17:19 | typed ▇in [email] |
| 2025/02/06 11:17:19 | typed ▇ in [email] |
| 2025/02/06 11:17:18 | typed '@' in [email] |
| 2025/02/06 11:17:18 | typed 'Backspace' in [email] |
| 2025/02/06 11:17:17 | typed ▇' in [email] |
| 2025/02/06 11:17:17 | typed ▇ in [email] |
| 2025/02/06 11:17:16 | typed ▇' in [email] |
| 2025/02/06 11:17:16 | typed ▇ in [email] |
| 2025/02/06 11:17:16 | typed ▇' in [email] |

| | |
|---|---|
| 2025/02/06 11:17:16 | typed ▮' in [email] |
| 2025/02/06 11:17:16 | typed ▮ in [email] |
| 2025/02/06 11:17:15 | typed▮ in [email] |
| 2025/02/06 11:17:15 | typed ▮ in [email] |
| 2025/02/06 11:17:15 | typed▮ in [email] |
| 2025/02/06 11:17:14 | typed ▮' in [email] |
| 2025/02/06 11:17:14 | typed ▮' in [email] |
| 2025/02/06 11:17:14 | typed ▮' in [email] |
| 2025/02/06 11:17:14 | typed ▮' in [email] |
| 2025/02/06 11:17:13 | typed▮ in [email] |
| 2025/02/06 11:17:13 | started typing in [email] |
| 2025/02/06 11:17:13 | clicked on [email] |
| 2025/02/06 11:17:13 | clicked on [email] |
| 2025/02/06 11:17:04 | typed ' ' in [lastName] |
| 2025/02/06 11:17:04 | typed▮ in [lastName] |
| 2025/02/06 11:17:03 | typed ▮ in [lastName] |
| 2025/02/06 11:17:03 | typed ▮ in [lastName] |
| 2025/02/06 11:17:03 | typed ▮ in [lastName] |
| 2025/02/06 11:17:02 | typed ▮ in [lastName] |
| 2025/02/06 11:17:02 | typed ▮ in [lastName] |
| 2025/02/06 11:17:01 | typed ▮ in [lastName] |
| 2025/02/06 11:17:01 | started typing in [lastName] |
| 2025/02/06 11:17:01 | clicked on [lastName] |
| 2025/02/06 11:17:01 | clicked on [lastName] |
| 2025/02/06 11:16:57 | changed value to ▮t ' in [firstName] |
| 2025/02/06 11:16:57 | changed value to ▮ in [firstName] |
| 2025/02/06 11:16:57 | changed value to ▮' in [firstName] |
| 2025/02/06 11:16:56 | changed value to ▮' in [firstName] |
| 2025/02/06 11:16:55 | typed ' ' in [firstName] |
| 2025/02/06 11:16:55 | typed ▮ in [firstName] |
| 2025/02/06 11:16:54 | typed ▮ in [firstName] |
| 2025/02/06 11:16:54 | typed ▮ in [firstName] |
| 2025/02/06 11:16:54 | typed ▮ in [firstName] |
| 2025/02/06 11:16:54 | typed ▮ [firstName] |
| 2025/02/06 11:16:54 | typed ▮ in [firstName] |
| 2025/02/06 11:16:54 | started typing in [firstName] |
| 2025/02/06 11:16:54 | clicked on [firstName] |
| 2025/02/06 11:16:54 | clicked on [firstName] |
| 2025/02/06 11:16:45 | certificate created |

© Copyright 2010-2024 ActiveProspect, Inc. All rights reserved.

13

# activeprospect | TrustedForm

Back to your account

## Certificate of Authenticity for Web Leads

 Retained

| Certificate | Session Replay | Event Log | **History** |

### History
Certificate ID: 50360d7ab8218dfab5bdf5973632deed5d57a3fd

**February 6, 2025, 11:20:52 AM EST**

Age:     2 minutes, 28 seconds

Reference:     https://app.leadconduit.com/events/67a4e164aeb3d089358da537

Vendor:     Loanbright.com

Share URL:     https://cert.trustedform.com/50360d7ab8218dfab5b...   [Copy Link]

© Copyright 2010-2024 ActiveProspect, Inc. All rights reserved.