

# DaBella Telemarketing Policy
Revised: 06/01/2023

# Table of Contents

1  Purpose ........................................................................................................................... 3
2  Lead Generation Standards ........................................................................................... 3
  2.1  Consent Language Requirements ........................................................................... 3
3  Calling Standards ............................................................................................................ 3
  3.1  Oral Disclosures ......................................................................................................... 3
  3.2  Time Period Restrictions .......................................................................................... 4
  3.3  Use of ATDS ................................................................................................................ 4
  3.4  Expression of Interest ............................................................................................... 4
  3.5  Established Business Relationship ......................................................................... 4
4  DNC Policy ....................................................................................................................... 4
  4.1  Policy ............................................................................................................................ 4
  4.2  Procedures .................................................................................................................. 5
  4.3  Posting Requirement ................................................................................................ 5
5  Training ............................................................................................................................ 5
  5.1  Training Content ........................................................................................................ 5
  5.2  Training Frequency ................................................................................................... 6
  5.3  Proof of Training ........................................................................................................ 6
6  Auditing ............................................................................................................................ 6
  6.1  Scope ............................................................................................................................ 6
  6.2  Responsible Party ...................................................................................................... 6
  6.3  Frequency .................................................................................................................... 6

# 1  Purpose

The purpose of the "DaBella Telemarketing Policy" is to ensure DaBella is making efforts to be compliant to the Telephone Consumer Protection Act and similar laws in regards to telemarketing practices to potential consumers. This policy impacts all personnel and authorized agents involved in telemarketing activities.

# 2  Lead Generation Standards

All leads purchased or generated will have an approved proof of consent as defined in section 2.1. Approved proof of consent means (i) consent language has met all requirements; and (ii) proof of consent is given using TrustedForm or Jornaya or similar systems.

## 2.1  Consent Language Requirements

Approved consent language will have (i) have clear articulation how consent is given, (i) "by clicking button above"; (ii) list the telephone number that the consumer will be contacted at, "phone number above" ; (iii) identify "Dabella"; (iv) state use of an Automated Telephone Dialing System (ATDS); (v) state use of text messages or SMS; (vi) defines the scope of the subject matter, "home improvement project"; and (vii) consent is not requires as a condition to purchase goods or services.

"By clicking above, you authorize DaBella, who can help you learn more about Roofing, Siding, Window, Bath and other home remodeling projects, to call and email you at the telephone number(s) and email provided, and you understand that we may use automated telephone dialing system (ATDS) including text messaging to contact you. You understand that your consent is not required to purchase products or services, and you understand that you may revoke your consent at any time by calling DaBella at 855-322-3552.

# 3  Calling Standards

## 3.1  Oral Disclosures

At the beginning of the all outbound telemarketing calls, the caller must (i) state the name of the person calling, (ii) state the calling is made of behalf of DaBella, (iii) explain the purpose of the call, "following up your inquiry for a quote"; (iv) state the call is being recorded, and (v) state that we may use and automated dialer to reach out to them. Before the end of the call, a phone number must be given in which to contact us.

## 3.2  Time Period Restrictions

No calls will be made to private residences before 8:00 a.m or after 9:00 p.m (local time per lead data).

## 3.3  Use of Automated Telephone Dialing System (ATDS)

Due to varying interpretations in the courts of what classifies as an ATDS, DaBella will adopt the perspective that we do in fact use an ATDS even though that may not be the case.

## 3.4  Expression of Interest

If a consumer has expressed some level of interest for our goods or services, we have 90 days in which to telemarket them. If we cannot connect with the consumer within 90 days, we will stop all dialing efforts to them. In the case where they re-submit interest, the time will reset to the last date of interest.

## 3.5  Established Business Relationship

We have an Established Business Relationship with a consumer when they have actually made a purchase from DaBella. With a purchase made, we have 18-months from the date of last payment to telemarket them for other goods or services.

# 4  DNC Policy

## 4.1  Policy

**Maintaining an Internal Do-Not-Call Database.** DaBella maintains an internal DNC list. Residential consumers may submit, via mail or telephone, a request to DaBella asking that we not contact the consumer. To be added to DaBella's do-not-call list, consumers can call **844-322-3552** or send a written request, including name, address and telephone number to **3495 Northeast Aloclek Drive, Hillsboro, OR**. Information placed in the Do-Not-Call database will remain in the database for at least five (5) years. Residential consumers may also make such request to you during an outbound solicitation.

**National Do-Not-Call Registry**.  Every thirty-one (31) days, we will access the National Do-Not-Call registry (maintained by the Federal Trade Commission) and download the information contained in the Registry. Every quarter, we will access state level DNC lists (as applicable) and download the information contained in those registries. All telephone numbers downloaded from the registry (except those numbers belonging to a consumer with whom we have an established business relationship) will be deleted from the calling lists used by DaBella's sales representatives.

## 4.2  Procedures

If the consumer requests to no longer receive any further calls from DaBella, you must note this request by writing the letters "DNC" after the customer's name on the call log or entering that code into our software system.  At the end of every day, data entry reviews all call logs, removes the DNC names, and adds the DNC names into a master DNC database.  The master list is then compared with any new data lists which the company uses in the future.

A copy of these standards and procedures will be made available upon request from any customer or potential customer of DaBella.  You are required to promptly advise your manager or supervisor of any such request, so that we may send to the consumer a copy of this material via pre-paid first class mail.

These procedures are very important to us, as we maintain a list of our DNC requests for a 5-year period from the date the request is first made by the consumer.  It is our goal to provide both our customers and our potential customers with the privacy they request.  We strive to prevent any accidental repeat telephone calls from going out to a consumer who is on our DNC list.  This is why our DNC lists are reviewed daily and cross-referenced with any new consumer data information. As part of our continual quality control procedures, we may choose, from time-to-time, to run test procedures to ensure that our telemarketing staff is properly complying with our policies.

## 4.3  Posting Requirement

The most updated DNC Policy will be posted in a public area wherein it may be viewed by all personnel who are dialing leads or who may in the nature of their work be reasonably excepted to receive a DNC request.

# 5  Training

DaBella will strive to ensure our workforce is properly trained. Training will be conducted at specified intervals based on business needs. Content will be approved by Executive Officer in charge of compliance.

## 5.1  Training Content

Training on the TCPA, related privacy laws, DNC Policy, and Telemarketing Policy is required prior to engaging in any inbound/outbound calling activities. Supervisors and above may be required to attend and pass additional compliance training as a requisite for filling that leadership role.

## 5.2  Training Frequency

All personnel are required to receive initial training per 6.1. Supervisors and above may be required to attend semi-annual compliance training.

## 5.3  Proof of Training

Proof of initial training will be collected through an employee signed "DaBella Telemarketing Policy Adherence" form post initial training. Subsequent compliance training will be recorded using and signed attendance sheet that specifies the nature of the training, date of training, and training administrator. This training and re-certification will be done quarterly.

# 6  Auditing

## 6.1  Scope

The scope of the audit will have no limitations in regards to policies, procedures, and practices in regards to telemarketing activities. Auditing will utilize a standardized checklist of audit items as a minimum but may increase what is covered during that audit.

## 6.2  Responsible Party

The audit will be led by an executive member of DaBella.

## 6.3  Frequency

Findings will be reported to C-Suite on a Quarterly basis.

## 6.4  Recording

Auditing efforts will be recorded as being conducted through a signed document by the responsible party and secondary executive member.

**POSTED
DO-NOT-CALL
STANDARDS AND PROCEDURES**

As you learned in your training course, DaBella is required, in accordance with the federal Telephone Consumer Protection Act and similar federal and state laws regulating telemarketing, to establish certain safeguards for our customers and our potential customers when contacting them over the telephone. These safeguards include the establishment of a "Do-Not-Call" or "DNC" list. The purpose of this form is to remind you of our policies and procedures and to provide you with a simple reference guide should you wish to review our policy at any time.

*Maintaining an Internal Do-Not-Call Database.* DaBella maintains an internal DNC list. Residential consumers may submit, via mail or telephone, a request to DaBella asking that we not contact the consumer. To be added to DaBella's do-not-call list, consumers can call 844-322-3552 or send a written request, including name, address and telephone number to 3495 Northeast Aloclek Drive, Hillsboro, OR. Information placed in the Do-Not-Call database will remain in the database for at least five (5) years. Residential consumers may also make such request to you during an outbound solicitation.

*National Do-Not-Call Registry.* Every thirty one (31) days, we will access the National Do-Not-Call registry (maintained by the Federal Trade Commission) and download the information contained in the Registry. Every quarter, we will access state level DNC lists (as applicable) and download the information contained in those registries. All telephone numbers downloaded from the registry (except those numbers belonging to a consumer with whom we have an established business relationship) will be deleted from the calling lists used by DaBella's sales representatives.

*Established Business Relationship.* When a residential consumer has listed his or her residential telephone number on the Registry, we may still contact that consumer if DaBella has an established business relationship with the consumer. The company typically has an established business relationship with a consumer when:

(1) The consumer has made a purchase or engaged in another transaction with DaBella within eighteen (18) months immediately preceding the date of the solicitation; or (2) The consumer has made an inquiry or sent an application regarding products or services DaBella offers within three (3) months immediately preceding the date of the solicitation; provided that the business relationship has not been previously terminated. Some states have different rules, so please see any accompanying state addendum for additional restrictions or compliance requirements.

## STEPS YOU MUST BE AWARE OF AND FOLLOW

1.  You must not initiate any telephone solicitation before 8:00 a.m. or after 9:00 p.m., local time for the consumer. In some states these times are even more restrictive, especially on Sunday, so please see any accompanying state addendum for additional restrictions or compliance requirements.

2.  At the beginning of all outbound telemarketing calls, the caller must (i) state the name of the person calling, (ii) state the call is made on behalf of DaBella, (iii) explain the purpose of the call, such as "following up your inquiry for a quote"; (iv) state the call is being recorded, and (v) state that we may use an automated dialer to reach out to them. Before the end of the call, a phone number must be given in which to contact us (844-322-3552).

3.  If the consumer requests not to receive any further calls from DaBella, you must disposition the consumer as "DNC" into our software system. If the consumer states that they do not remember giving consent for us to call them, state that we are responding to an inquiry that they may have submitted online and will put them on our "Do-Not-Call" list, provide our contact number 844-322-3552 and end the call. The "DNC" disposition will be used in our software system as a database for our "Do-Not-Call" list.

4.  **A copy of these standards and procedures will be made available upon request from any customer or potential customer of DaBella. You are required to promptly advise your manager or supervisor of any such request, so that we may send to the consumer a copy of this material via pre-paid first class mail.**

These procedures are very important to us, as we maintain a list of our DNC requests for a 5-year period from the date the request is first made by the consumer. It is our goal to provide both our customers and our potential customers with the privacy they request. We strive to prevent any accidental repeat telephone calls from going out to a consumer who is on our DNC list. This is why our DNC lists are reviewed daily and cross-referenced with any new consumer data information. As part of our continual quality control procedures, we may choose, from time-to-time, to run test procedures to ensure that our telemarketing staff is properly complying with our policies.

*I acknowledge I have received training and a copy of DaBella's Do-Not-Call policy and will abide by this policy during my tenure as a company employee.*

*Employee Name: _____*

*Employee Signature: _____*

*Date: _____*

*Version Date: 06012023*

# DNC And Telemarketing Policy Training Acknowledgement



I, _____, attended the DNC and telemarketing training administered by _____, (Trainer) on _____ (Date). I understand and will adhere to DaBella's DNC Policy, which was Covered in the Training.

_____     _____     _____
Employee Signature              Employee Name                    Date

Initial _____

DNC and Telemarketing Policy Training Acknowledgement

1

23

Exhibit B
Page 9 of 9