Drew Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
601 SW Second Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone:   503.624.6800
Facsimile:   503.624.6888

Diane J. Zelmer, *pro hac vice*
djz@berensonllp.com
BERENSON LLP
4495 Military Trail, Suite 203
Jupiter, Florida 33458
Telephone:   561.429.4496
Facsimile:   703. 991.2195

*Attorneys for Defendant DaBella Exteriors LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>DABELLA EXTERIORS LLC,<br><br>        Defendant. | Case No. 3:25-CV-00396<br><br>DECLARATION OF DIANE J. ZELMER IN SUPPORT OF DEFENDANT'S PARTIAL MOTION FOR SUMMARY JUDGMENT AND MOTION TO DENY CLASS CERTIFICATION |

I, Diane J. Zelmer, declare as follows:

1.    I am an attorney with Berenson LLP, counsel of record to Defendant DaBella Exteriors LLC in this action. I am over the age of 18. I have personal knowledge of the matters stated herein. If called upon to do so, I would testify truthfully as follows.

2.    Attached hereto as <u>Exhibit 1</u> is a true and correct copy of excerpts of the August 13, 2025 deposition transcript of Bryan Van Cleave, as well as a true and correct copy of redacted Deposition Exhibit 2.

      3.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of redacted excerpts of the August 18, 2025 deposition transcript of Leon Weingrad, as well as true and correct redacted copies of Deposition Exhibits 4, 5, 6, and 7.

      4.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of an August 22, 2025 email from Bryan Van Cleave to me, with attachment.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on February 10, 2026 at Fort Lauderdale, FL.

                                                                             */s/ Diane J. Zelmer*
                                                                             Diane J. Zelmer