IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, Plaintiff, vs. DABELLA EXTERIORS LLC, Defendant. | ) Case No. 3:25-cv-00396-SI |

VIDEOCONFERENCE DEPOSITION OF
BRYAN VAN CLEAVE

Taken on behalf of Defendant

* * *

BE IT REMEMBERED THAT, pursuant to the Federal Rules of Civil Procedure, the deposition of BRYAN VAN CLEAVE was taken before KIM NERHEIM, a Certified Shorthand Reporter for Oregon and a Certified Court Reporter for Washington, on Wednesday, August 13, 2025, commencing at the hour of 8:00 a.m. PST; the witness responding to questions by videoconference; the questions being propounded and proceedings reported remotely via videoconference.

EXAM INDEX

| Examination by | Page |
|---|---|
| Ms. Zelmer | 4 |
| Mr. Perrong | 33 |

EXHIBIT INDEX

| No. | Item | Page |
|---|---|---|
| Exhibit 1 | Subpoena issued to Bryan Van Cleave | 9 |
| Exhibit 2 | Comcast letter dated May 6, 2025 | 24 |

(Exhibits delivered with transcripts.)

* * *

BRYAN VAN CLEAVE

having first been sworn by the Certified Shorthand Reporter, testified under oath as follows:

EXAMINATION

BY MS. ZELMER:

**Q Good morning, Mr. Van Cleave. My name is Diane Zelmer, and I represent DaBella Exteriors in a case filed by Leon Weingrad in federal court, it's filed in the District Court of Oregon, and the case number is 3:25-cv-00396-SI.**

**It is my understanding that you're appearing here representing yourself and you don't have counsel. Is that correct?**

A Yes. That's correct.

**Q Okay. Could you please state your full name?**

A Bryan Van Cleave.

**Q Have you ever used any other names?**

A My birth name is Bryan Taylor, but I've gone by -- Van Cleave was my stepdad and I've been going by that since the '70s or, you know -- so, yeah. No, Bryan Van Cleave is my name.

**Q Okay.**

A No, no other aliases.

Google?
A Google.
Q Google.
A Usually whatever's on the phone, yes. Or offer -- many I've used to apply for a job, the job I have now. That was three years ago.
Q Okay. So I'll go on to Request Number 2. But you don't remember ever accessing this "searchrenovation.us" --
A No. Never.
Q Is there anybody else in your household who would have access --
A No.
Q -- to your IP address?
No?
A No.
Q So you live alone?
A I live alone.
Q Do you rent or own?
A I rent. It's a fourplex. Yeah.
Q And does your landlord have any access to your IP address?
A Not that I know of.
Q And you live in a townhome or apartment? Is that correct?

A Yes.
Q Do you recall what you were doing on February 6, 2025?
A Probably sleeping and working. That's all I do.
Q Where do you work at?
A I work at Franz Bakery.
Q And what do you do?
A I work in production. We make hamburger and hot dog buns. I work 10 at night to 6 in the morning; I come and then I sleep 10 in the morning to 6 at night.
Q And how long have you been working there?
A November will be three years.
Q Okay. And do you work Mondays through Fridays?
A I have Monday and Thursday off and work the rest of the time.
Q So if this website, "searchrenovation.us," was accessed by your IP address on February 6, 2025, a little after 11 a.m., you would have been sleeping?
A I would have been sleeping, yes. More than likely.
Q And you're not aware of anyone else on that date who would have had access to your IP address; is that correct?
A That's -- that is correct.
Q Can you tell me what your educational background is?
A High school dropout.
Q Okay.

Q Now, you had mentioned that you were hacked to us, before this deposition --
A That's --
Q Do you know for sure that you were hacked?
MR. PERRONG: Objection to form.
A No.
BY MS. ZELMER:
Q Okay.
A No, I don't know. That's -- talking with my little brother is -- he said I was probably hacked. That's where that came from.
Q Okay. Do you recall ever receiving any spam email around February 2025 that you clicked on something, you got a virus, anything like that?
A No.
Q No?
A I would usually not click on -- I would usually just delete them or send them to the trash. I usually don't open if -- if I don't recognize it, I usually don't open it, so -- not that -- not that I know of.
Q Okay. And you haven't done any investigation to see if anyone actually accessed the website --
A No. No, I didn't know I needed to or -- I guess I should have paid a little more attention to this, but I really didn't know -- you know, I'm -- yeah.

A Yes. Yes, I --

Q **Do you access, like, Netflix, YouTube, Disney, Hulu through the Fire Stick, or is that separate?**

A I -- in my bedroom, I use the Fire Stick. On my other TV in my living room, if I want to watch Netflix, I use the TV, because I got a newer smarter, you know, TV with built-in all the apps.

But in the bedroom, I'll -- but I rarely use that when I -- I use it for Sling TV, is -- that's my major streaming, it's what I watch in the mornings and before I go to bed.

Q **Have you ever had interest in purchasing any windows or doors --**

A No.

Q **-- doing any home renovations, really?**

A No. I rent.

Q **Have you ever gone to any websites requesting for a home improvement contractor to contact you?**

A No.

Q **Do you have any idea if you would have used your IP address for the sole purpose of completing an online form to request home renovations?**

A I don't.

Q **No one around you you know that was thinking about doing home renovations that may have --**

A No.
Q -- have access to your Wi-Fi?
No?
A No.
Q Have you ever known anyone who has filed suit or made a demand for violation of the Telephone Communication Protection Act at all?
A No.
Q Did you ever have any discussions with any attorneys regarding the Telephone Communication Protection Act?
MR. PERRONG: Objection to form.
A No.
BY MS. ZELMER:
Q Other than your communication with Mr. Perrong and me in this case.
A Yes. Those are the only -- yes.
Q Are you affiliated in any way with any lead generator?
A Any who?
Q A lead generator, which essentially is someone who provides leads to a company like my client, DaBella Exteriors, for persons who are interested in home improvements --
A No.
Q No. Okay.

A No, I am not.
Q Are you affiliated with anyone who has contact with a lead generator of any kind?
A No.
Q Have you ever heard of a company called SBBnet?
A SBV Net.
Q SBB. SBBnet, I think.
A I don't think so.
Q Have you ever heard of a company called Loanbright?
A Loanbright?
Q M-hm.
A No.
Q Do you know if any generator acted to -- scratch that.
Do you know if any --
MR. PERRONG: Diane, I just can't hear you.
MS. ZELMER: Oh, okay.
MR. PERRONG: You're fading in and out.
BY MS. ZELMER:
Q Do you know if it was any lead generator who accessed your IP address on February 6, 2025?
A No. I don't know if anybody did, no.
Q Have you texted or emailed anyone regarding this case at all?
A No. It's -- no. I just -- my little brother. That

A Correct.

Q **Okay. But that information, again, could be accessed either potentially by you or another technical person; is that correct?**

A Yes.

Q **You haven't erased any information from your phone, have you?**

A No.

Q **How long have you had the phone that you have?**

A This phone, I bought, oh, maybe -- maybe six months ago. I'm not sure. Somewhere -- they were having a sale.

When I first got it, it had a bunch of pop-ups all the time, and I ended up -- I had to do a factory reset to it, to get it to work correctly. But once I did the factory reset, I haven't had any problems with it.

Q **Where did you purchase the phone from?**

A I purchased it from Boost Mobile online.

Q **Can you say that again?**

A Through Boost Mobile online.

Q **Boost Mobile.**

A I'm with Boost Mobile.

Q **Okay. Do you know whether you had the current phone that you have back on February 6, 2025?**

A Yes. I do have that phone, yes.

Q **Okay. Do you know if it's the phone you're using now**

CERTIFICATE

I, Kim Nerheim, an Oregon Certified Shorthand Reporter and a Washington Certified Court Reporter, hereby certify that said witness appeared before me by videoconference at the time and place set forth in the caption hereof; that at said time and place I reported in stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were transcribed through computer-aided transcription, under my direction; and that the foregoing pages constitute a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

I further certify review of the transcript was waived.

Witness my hand at Portland, Oregon, this 20th day of August, 2025.

Kim Nerheim
Oregon CSR No. 90-0138
Expires 9/30/2026
Washington CCR No. 0003038
Expires 3/28/2026

EXHIBIT
2
Van Cleave 8/13/2025

COMCAST

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
| --- | --- |
| **Andrew Roman Perrong** | **Comcast Legal Response Center** |
| FAX NUMBER: | DATE & TIME (UTC): |
| **18883290305** | **5/7/2025 2:23:37 PM** |
| | TOTAL NO. OF PAGES INCLUDING COVER: |
| | **2** |
| RE: | |
| **LCV40347** | |

☐ URGENT ☒ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES / COMMENTS:

Attached you will find Comcast's response to the above referenced ticket. If you have any
questions regarding this matter, please contact the Legal Response Center at 866-947-8572.

Sincerely,
Comcast Legal Response Center

1800 BISHOPS GATE BLVD., MOUNT LAUREL, NJ 08054



Law Enforcement & Subscriber Record Center
1800 Bishops Gate Boulevard
Mount Laurel, NJ 08054
866-947-8572 Tel
866-947-5587 Fax

**CONFIDENTIAL**
All documents produced herein are for litigation purposes only

May 06, 2025

Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania (PA) 19038

RE: Leon Weingrad vs. DaBella Exteriors LLC
United States District Court for the District of Oregon, Portland Division
Case No.: 3:25-cv-00396-SI
Order Entered: 04-08-2025
Comcast Case #: LCV40347

Dear Andrew Roman Perrong:

The Court Order dated 04-08-2025 and Subpoena dated 03-21-2025 request Comcast to produce certain subscriber records pertaining to the following IP address: [redacted]153 assigned on 02-06-2025 at 16.16 UTC.

Accordingly, consistent with the Court Order and Subpoena, we provide the following information:

Subscriber Name: BRYAN VAN CLEAVE
Service Address: [redacted]
Telephone #: (503) [redacted]
E-mail User Ids: [redacted]@comcast.net

If you have any questions regarding this matter, please feel free to call the Comcast Law Enforcement & Subscriber Record Center at 866-947-8572.

Respectfully,
Comcast Law Enforcement & Subscriber Record Center