Friday, September 12, 2025 at 09:54:37 Eastern Daylight Time

**Subject:** Court case
**Date:** Friday, August 22, 2025 at 3:37:46 AM Eastern Daylight Time
**From:** bryan vancleave
**To:** Diane Zelmer
**Attachments:** Screenshot_20250822-002636.Boost Mobile.png

This is what I found in my history on the Boost Mobile app. Could not figure out how to attach it to the last email you sent me. I don't think it was activated until about 2 weeks later. But am not sure of this. Will try to get to Boost store later today.

12:26  

← **Order Details** 🗨

# Order Details

## Summary

Order Number 6091-972848-4509
Date             January 30, 2025
Total                      $199.99
Payment Method VISA Ending in ▇▇▇▇
Shipping Address



Billing Address

## Items

**motorola razr 2024**
Gray - 256 GB                    $199.99

---

Shipping                              FREE
Taxes                                 $0.00

---

**Total**                        **$199.99**

Status  

Exhibit 3
Page 2 of 2