Drew Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
601 SW Second Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone:  503.624.6800
Facsimile:  503.624.6888

Diane J. Zelmer, *pro hac vice*
djz@berensonllp.com
BERENSON LLP
4495 Military Trail, Suite 203
Jupiter, Florida 33458
Telephone:  561.429.4496
Facsimile:  703. 991.2195

*Attorneys for Defendant DaBella Exteriors LLC*

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, ,<br><br>Plaintiff,<br><br>v.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Case No. 3:25-CV-00396<br><br>DECLARATION OF DAVID KALAT IN SUPPORT OF PARTIAL MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S FIRST CLAIM AND MOTION TO DENY CLASS CERTIFICATION OR STRIKE CLASS |

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD;<br><br>Plaintiff,<br><br>v.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Case No. 3:25-cv-396-SI<br><br>**DECLARATION OF DAVID KALAT** |

Pursuant to 28 U.S.C. § 1746, I, David Kalat, declare the following is true and correct to the best of my information and belief:

1.  I am a Director in the Economics, Damages, & Investigations practice group at BRG, a leading global strategic advisory and expert services firm. I lead investigations involving information security and data analytics. A true and correct copy of my most recent Curriculum Vitae is attached.[1]

2.  I have been retained by counsel for DaBella Exteriors, LLC ("DaBella" or "Defendant"). My employer Berkeley Research Group, LLC ("BRG") bills for my time at an hourly rate of $640. My compensation is not dependent upon the content of my opinions or outcome of this lawsuit. The analysis described herein is based on my education, training, and professional experiences.

---

[1] See Exhibit 1.

3.  I understand the above-captioned matter involves a dispute regarding telephone calls and text messages that were allegedly sent to telephone number (503) ███████ ("503 Number") on February 6 and 7, 2025.[2]

4.  I conducted an investigation into the history of the 503 Number.

5.  I understand that Plaintiff testified that he was unable to register the 503 Number on the Do Not Call Registry because "it was already registered."[3] I understand that the Do Not Call Registry reports that the 503 Number was registered on August 28, 2021.[4]

> Verify@donotcall.gov <Verify@donotcall.gov>
>
> Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 6495 on August 28, 2021. Most telemarketers will be required to stop calling you 31 days from your registration date.
>
> Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

6.  I understand that the Federal Trade Commission ("FTC") is required to remove telephone numbers from the Do Not Call Registry when those numbers are "disconnected and reassigned."[5]

7.  Thus, the continued presence of the 503 Number on the Do Not Call Registry when Plaintiff attempted to register it indicates that the FTC had either not received or not acted on any notice of disconnection or reassignment pertaining to that number.

---

[2] Complaint par. 15-38.

[3] Deposition of Leon Weingrad at 36:1-13.

[4] Exhibit 6 to the deposition of Leon Weingrad.

[5] See The Do-Not-Call Improvement Act of 2007, Pub. L. No. 110-187, 122 Stat. 633 (2008)(e.s.), and 47 C.F.R. § 64.1200(c) (e.s.). See also *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protect Act of 1991*, CG Docket No. 02-278, FCC 08-147, Report and Order, 23 FCC Rcd. 9779, 9785, ¶¶ 12, 13 (June 11, 2008) (e.s.), and https://consumer.ftc.gov/national-do-not-call-registry-faqs

8.     I understand that Defendant produced a report from Active Prospect documenting the November 1, 2023 submission ("November 1, 2023 Active Prospect Report").[6] An excerpt from that report is set forth below:

| Full name | Joe Arnold |
|---|---|
| Email | ███████@gmail.comgmail.com |
| Phone number | US +1  (503) ███████ |
| Zip code | ███ |
| Street address | ██████████ |

9.     The TLOxp database service offers authorized users of public records data the ability to search highly regulated collections of sensitive personal information.[7]

10.    When I researched TLOxp's records for "Joe Arnold" I found information corroborating that a person by that name lived at ██████████ in ██████████ at the time the November 1, 2023 lead was entered; this person was associated with the telephone number (503) ███████; and this person was associated with the email address ███████@gmail.com.[8] I observe that the fact that all of the personally identifying information shown in the November 1, 2023 Active

---

[6] DABELLA000056-61.

[7] See https://www.tlo.com/about-tloxp. As part of my training as a library and information scientist, and in my professional experience conducting public records-based investigations over thirteen years, I have expertise in conducting both manual and automated batch searches of subscription databases of personally identifying information. BRG has active subscriptions with numerous database vendors including but not limited to TransUnion's TLOxp. BRG's operation of licensed private detective agencies, including the Chicago agency for which I am the agent in charge, is a prerequisite for our access to this data. I have used this database in numerous investigations involving the verification of individual contact information.

[8] See TLOxp report for "Joe Arnold" attached as Exhibit 2.

Prospect Report could be independently verified indicates that lead was submitted by Mr. Arnold.

11. I also used TLOxp's "Super Reverse Lookup Search" feature to identify all records in TLOxp's systems associating the 503 Number with any persons. This search returned many records identifying "Joseph Patrick Arnold" with the 503 Number from a time period beginning at least as early as December 2017 and continuing through to October 2025.[9] No other person was identified in connection with the 503 Number during that block of time, or at any time after the earliest association between Joe Arnold and the 503 Number.

12. I then conducted a search of the Reassigned Numbers Database ("RND") to identify whether there was a record of a permanent disconnection of the 503 Number after it was submitted by Mr. Arnold on November 1, 2023.[10] The RND's website explains that "[a] permanent disconnection occurs when a subscriber has permanently relinquished a number, or the provider has permanently reversed its assignment of the number to the subscriber. Upon disconnection, providers must report the telephone number to the RND and then age the telephone number for at least 45 days prior to reassigning the number."

13. In order to use the database, a user submits a query consisting of two data points—the telephone number to be queried, and a prior date of known consent to call, such as the date the customer supplied their number to the caller. The RND

---

[9] See TLOxp report for the 503 Number attached as Exhibit 3.

[10] See https://www.reassigned.us/resources/faq. The RND was established by the Federal Communications Commission ("FCC") as a resource for call centers to avoid calling reassigned numbers. The RND is populated with information provided by telecom providers. As stated at the RND's website, "[e]very service provider that obtains North American Numbering Plan US geographic telephone numbers from the North American Numbering Plan Administrator (NANPA), including those providers that receive their numbering resources indirectly, are required to report permanently disconnected numbers." I have experience querying the RND in multiple cases, including but not limited to my work on *Davis v. Capital One N.A.*, No. 1:22cv00903 (E.D. Va., 2022).

then identifies whether it has a record of a disconnection for that telephone number between the provided reference date and the date the query was run. If the system has no record of a disconnection the provided reference date, it will report "No."



14. If the system does have a record of a disconnection since the provided reference date, it will report "Yes."



15. I queried the RND for the 503 Number, using several reference dates as shown below. Each query returned a "No," indicating the official FCC's master repository of telephone number status has no record of any permanent disconnection of the 503 Number since the time that Mr. Arnold provided it to Defendant.[11]

| Ph | Date | | Comment |
|---|---|---|---|
| 503 | 11/1/2023 | no | Number provided on November 1, 2023 lead for Joe Arnold |
| 503 | 10/16/2024 | no | Number associated with Joseph Arnold in TLO records |
| 503 | 1/1/2025 | no | Arbitrary midpoint point between Joe Arnold usage and presumed use by Leon Weingrad |
| 503 | 2/6/2025 | no | Number provided on February 6, 2025 lead |
| 503 | 10/1/2025 | no | Most recent date of association to Joseph Arnold reported in TLO |

16. Based on the observations enumerated above, the most reasonable conclusion is that Mr. Arnold was in possession and use of the 503 Number as of

---

[11] See RND Query result attached as Exhibit 4.

December 2017; registered the 503 Number on the Do Not Call Registry on August 28, 2021; and provided the 503 Number to Defendant using their webform on November 1, 2023. Mr. Weingrad apparently obtained the 503 Number at some point subsequent to November 1, 2023 that is not designated in any of the available records discussed above.

17. In summary, when Mr. Weingrad obtained the 503 Number for his use, the following events were supposed to have happened, but did not: a) the telecommunication provider(s) responsible for the 503 Number are required to wait 45 days before reassigning the number to a new user; b) the disconnection of 503 Number should have been reported to the Reassigned Number Database; b) the 503 Number should have been removed from the National Do Not Call Registry; c) Mr. Weingrad would have been required to register the 503 Number on the National Do Not Call Registry himself if he wished to have it on that list; d) and ideally, Mr. Weingrad's use of the 503 Number would start to be reflected in third-party records such as those available through TLOxp.

18. I observe that both the RND and the Do Not Call Registry are authoritative third-party data sources established by the U.S. Government for the purpose of facilitating call centers' compliance with the TCPA. I also observe that neither of these authoritative third-party data sources provided any indication that the 503 Number was ever used by any person other than the person who supplied it to Defendant. The information provided by the RND and the Do Not Call Registry support the conclusion that calls and texts made by Defendant to the 503 Number would be expected to be received by a consumer who was seeking information about their services.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 9th Day of February 2026, in San Rafael, California.

_____
David Kalat
Director at BRG