


# DAVID KALAT

BERKELEY RESEARCH GROUP (BRG), LLC
2200 Powell Street, Suite 1200 | Emeryville, California 94608
70 West Madison, Suite 5000 | Chicago, Illinois 60602
Direct: 312.429.7907
dkalat@thinkbrg.com

## SUMMARY

David Kalat is an information scientist, licensed private investigator, and expert in information security, data analytics, and the forensic examination of electronic evidence.

Mr. Kalat has provided expert testimony in civil and criminal matters in both state and US federal courts. He has testified in bench and jury trials, class certification hearings, arbitrations, preliminary injunction hearings, and other proceedings. His case experience includes testimony in matters involving the Telephone Consumer Protection Act (TCPA), Biometric Information Privacy Act (BIPA), Fair Credit Reporting Act (FCRA), and Computer Fraud and Abuse Act (CFAA), among others.

Mr. Kalat is the author of numerous publications on the history of information technologies. He leads the digital forensics labs for BRG's Chicago and San Francisco Bay Area offices.

## EDUCATION

| | |
|---|---|
| MLIS | University of Illinois at Urbana-Champaign, 2011 |
| BA | University of Michigan, 1992 |

## PRESENT EMPLOYMENT

Director, Economics, Damages & Investigations, BRG, 2015–present

## PREVIOUS POSITIONS

Director, Disputes and Investigations, Duff & Phelps, 2011–2015
President, All Day Entertainment, 1997–2008
Operations Manager, DC Post/Interface Media Group, 1996-1997

## PROFESSIONAL AWARDS, RECOGNITION, AND PRIZES

| | |
|---|---|
| 2019– present | *Who's Who Legal*: Consulting Experts – Digital Forensics/Data/Investigations |
| 2023 | *Marquis* Who's Who |
| 2022 | *Lexology* Client Choice Award – Data Expert in USA |

Exhibit 1
Page 1 of 13




## PROFESSIONAL CERTIFICATIONS

| | |
|---|---|
| 2015–present | Licensed Private Detective, State of Illinois (License No. 115.002487) |
| 2018–present | Licensed Private Detective, State of Texas (License No. 52430601) |
| 2013–present | Certified Fraud Examiner (CFE), Association of Certified Fraud Examiners (License No. 621469) |
| 2014–present | Certified Computer Examiner (CCE), International Society of Forensic Computer Examiners (License No. 1666) |
| 2017–present | Certified Information Systems Security Professional, International Information System Security Certification Consortium (ISC)2 (License No. 593527) |
| 2019–present | Certified Telecommunications Analyst (CTA), Telecommunications Certification Organization |

## PROFESSIONAL AFFILIATIONS

### Present

Vice President and Director of Training, Association of Certified Fraud Examiners, Greater Chicago Chapter,
    2017–2017 and 2020–present

Director of Information and Security, Association of Certified Fraud Examiners, San Francisco Bay Area Chapter,
    2025–present

Member, Sedona Conference, 2018–present

# EXPERIENCE

## TESTIMONY

*Ward v. Liberty Mutual Insurance Co.*, No. 1:24cv10526 (D. Mass., 2024)
    On behalf of Defendant in putative TCPA class action, provided expert report regarding integrity of lead generation and the ability to identify records related to Plaintiff's proposed class definition.

*Rivera v. Humana, Inc. and Signify Health, Inc.*, No. 1:24cv03465 (D. Col., 2024)
    On behalf of Defendant in putative TCPA class action, provided expert report on Defendant's procedures for preventing calls to reassigned numbers.

*Wilson v. Nationstar Mortgage LLC*, No. 6:24cv1855 (D. Or., 2024)
    On behalf of Defendant in putative TCPA class action, provided expert report regarding the ability to identify records related to Plaintiff's proposed class definition.

*Shammam v. American Honda Finance Corporation*, No. 3:24cv00648 (S.D. Calif., 2024)
    On behalf of Defendant in putative TCPA and CIPA class action, provided expert report regarding the ability to identify records related to Plaintiff's proposed class definitions.

*Watson v. Hollis Cobb Associates*, No. 1:25cv00682 (N.D. Ga., 2025)
    On behalf of Defendant in putative TCPA class action, provided expert report regarding the ability to identify records related to Plaintiff's proposed class definitions.

Exhibit 1
Page 2 of 13



*Cinner v. Credit Plus*, No. 2:23cv04531 (E.D. Penn., 2023)
    On behalf of Defendant in putative FCRA class action, provided expert report regarding the ability to identify records related to Plaintiff's proposed class definition.

*Choreo v. Lors, et al.*, No. 4:25cv00077 (S.D. Iowa, 2025)
    Provided written report and deposition testimony regarding forensic examination of electronic data sources on behalf of Plaintiff in alleged theft of trade secrets dispute.

*Edwards and Edwards v. Genesco*, No. 1:25cv115 (N.D. Fla., 2025)
    On behalf of Defendant in putative TCPA class action, provided declarations regarding SMS telecommunications technology.

*Jackson v Papa John's International, Cognizant Technology Solutions, et al*, 3:23cv01933 (N.D. Calif., 2023)
    On behalf of Defendants in lawsuit alleging violation of California Invasion of Privacy Act, provided expert report and deposition testimony regarding VoIP and other telecommunications technology characteristics.

*Zhou and Qiao v. Youbi Capital (Cayman) GP*, Index No. 62808/2021 (Westchester Cnty. Sup. Ct., NY, 2021)
    On behalf of Plaintiffs in dispute alleging breach of fiduciary duty, provided expert report and deposition testimony rebutting Defendant's expert's analysis of electronic data sources associated with the Plaintiffs.

*In Re: Estate of Wesley J. Metcalfe, Deceased*, Cause No. 503,109-401 (Probate Court No. 1, Harris County, Texas, 2025)
    On behalf of Defendants in probate action, provided expert report and deposition testimony rebutting Plaintiff's expert's forensic analysis of electronic data sources associated with the decedent.

*Espanol v Capital Vision Services, LLC d/b/a MyEyeDr.*, No. 6:24cv01024 (M.D. Fla., 2024)
    On behalf of Defendant in putative TCPA and FTSA class actions, provided expert report rebutting Plaintiff's expert's identification of putative class members.

*Beal v Credit Plus*, No. 2:24cv01462 (E.D. Penn., 2024)
    On behalf of Defendant in FCRA dispute, provided expert report regarding the analysis of bankruptcy records to identify putative class members.

*Wilson v Altria Group Distribution Company*, No. 1:24cv01917 (E.D. Va., 2024)
    On behalf of Defendant in putative TCPA class action, provided expert report regarding data records pertaining to identification of putative class members.

*Certeza v Southern Industries Home Improvements, LLC*, No. 2:24cv03020 (S.C., 2024)
    On behalf of Defendant in putative TCPA class action, provided expert report regarding data records pertaining to identification of putative class members.

*Ahmad v Fathom Realty FL, LLC*, No. 0:24cv61491 (S.D. Fla., 2024)
    On behalf of Defendant in putative TCPA class action, provided expert report regarding data records pertaining to identification of putative class members.

*Breitenbach v SageStream*, No. 2:24cv00893 (E.D. Penn., 2024)
    On behalf of Defendant in FCRA dispute, provided expert report, deposition, and oral testimony at arbitration regarding the use of deceased indicators to detect fraud and identity theft. The Arbitrators ruled in favor of the Defendant.

*Springstubbe v. Magic Window Company*, No. 2:23cv12816 (E.D. Mich., 2023)
    On behalf of Defendant in putative TCPA class action, provided expert report regarding data records pertaining to identification of putative class members.

Exhibit 1
Page 3 of 13



*Trump Media & Technology Group Corp. v ARC Global Investments II*, No. 2024-CA-001061-NC (Sarasota Cnty. Cir. Ct., 2024)
> Provided written report and oral testimony at hearing on behalf of Defendant regarding completeness of disputed document production.

*Curriculum Associates, LLC v Huston*, No. 2024-210794-CZ (Oakland Cnty. Cir. Ct., 2024)
> Provided written testimony regarding forensic examination of electronic data sources on behalf of Plaintiff in alleged theft of trade secrets dispute.

*Stachewicz v. Certegy Payment Solutions*, No. 1:23cv01258 (C.D. Ill., 2023)
> On behalf of Defendant in putative FCRA class action, provided expert report and deposition testimony regarding the ability to identify records related to Plaintiff's proposed class definitions.

*Johnson v. United Healthcare Services, Inc*., No. 5:23cv522 (M.D. Fla., 2023)
> On behalf of Defendant in putative TCPA class action, provided expert report and deposition testimony regarding data records pertaining to identification of putative class members.

*Oil-Dri Corporation of America v. McPherson, et al.,* No. 1:23cv15900 (E.D.Ill., 2023)
> Provided written testimony regarding forensic examination of electronic data sources on behalf of Plaintiff in alleged theft of trade secrets dispute.

*Powell v. Success Systems*, 1:23cv00291 (S.D. Ala., 2023)
> On behalf of Defendant in putative TCPA class action, provided expert report investigating origin and authenticity of consumer consent records.

*Mason v. Patriot Growth Insurance Services*, 3:23cv00386 (M.D. Fla., 2023)
> On behalf of Defendant in putative TCPA and FTSA class action, provided expert report investigating origin and authenticity of consumer consent records.

*State of Texas v. Meta Platforms f/k/a Facebook, Inc.,* Cause No. 22-0121 (Harrison Cnty. Cir. Ct., 2022)
> On behalf of defendant Meta Platforms in first ever action brought under Texas' Capture and Use of Biometric Information Act, provided expert report and deposition testimony regarding data privacy and data security issues related to Meta's use of facial recognition technology.

*Bobo v. Clover Network, LLC,* No. 2023CH000168 (Dupage Cnty. Cir. Ct., 2023)
> On behalf of defendant in putative TCPA class action, provided declaration identifying settlement class members.

*Bold Ltd. V Rocket Resume LLC*, No. 5:22cv1045 (N.D. Calif., 2022)
> On behalf of defendant in matter alleging copyright infringement, submitted expert report, rebuttal report, and deposition testimony regarding data analysis of linguistic similarity between copyrighted material and previously published works.

*Faucett v. Move Inc.*, No. 2:22cv04948 (C.D. Calif., 2022)
> On behalf of defendant in putative TCPA class action, provided declarations regarding data records pertaining to identification of putative class members, and regarding the types of electronic evidence that can be used to forensically investigate a person's online activity.

*Moore et al v. Compass Group USA Inc.*, 4:18cv01962 (E.D. Mo., 2018)
> Submitted expert report regarding analysis of database records to rebut plaintiff's damages calculations.

*Indeck Power Equipment Co. v. Wilson and Caldaia Control*s, 2019L011717 (Cook Cnty. Cir. Ct., 2019)
> Provided expert reports, declarations, deposition testimony and oral testimony at the damages hearing regarding forensic examination of electronic data sources, on behalf of plaintiff in case alleging theft of trade secrets. The court ruled for plaintiff for injunctive relief as well as real and punitive damages.

Exhibit 1
Page 4 of 13



*Linhart v. John Hancock Life Insurance Co.*, No. 2:20cv02117 (C.D. Calif., 2020)
>   On behalf of plaintiff in putative class action, provided expert report and deposition testimony regarding use of investigative due diligence and public records for identification of putative class members.

*ONEX Inc. v. Plibrico Company LLC,* No. 1:23cv00186 (W.D. Penn., 2023)
>   On behalf of defendant in alleged theft of trade secret dispute, provided declaration on forensic examination of electronic data sources.

*Hinkel and Noon v. Universal Credit Services,* No. 2:22cv01902 (D. Penn., 2022)
>   On behalf of defendant in putative FCRA class action, provided expert report regarding the ability to identify putative class members.

*Poe v. Northwestern Mutual Life Insurance Co.*, No. 8:21cv2065 (C.D. Calif., 2021)
>   On behalf of plaintiff in putative class action, provided expert report regarding use of investigative due diligence and public records for identification of putative class members.

*Davis v. Capital One N.A.*, No. 1:22cv00903 (E.D. Va., 2022)
>   On behalf of defendant in putative TCPA class action, provided expert report and deposition testimony regarding data records pertaining to identification of putative class members. The court relied on my expert report in ruling for the defendant to exclude the opposing expert's testimony and deny class certification.

*Roche Cyrulnik Freedman LLP v. Cyrulnik*, No. 1:21cv1746 (S.D. N.Y., 2021)
>   On behalf of plaintiff in Breach of Fiduciary Duty dispute, provided expert analysis of manipulated "deep fake" videos.

*Evox Productions v. AOL Inc.*, No. 2:20cv02907 (C.D. Calif., 2020)
>   On behalf of defendant in alleged copyright dispute, provided expert report and deposition testimony regarding data records pertaining to identification of images that could have been viewed during subject time period.

*U.S. Department of Labor v. Packers Sanitation Services Inc.*, No. 4:22cv3246 (D. Nebraska, 2022)
>   On behalf of defendant in investigation by the U.S. Department of Labor, provided a declaration regarding forensic examination of electronic data sources to investigate allegations of evidence spoliation.

*Rowan v. Brock Pierce*, No. 3:20cv01648 (D. Puerto Rico, 2020)
>   On behalf of defendant in putative TCPA class action, provided multiple declarations, expert reports, and deposition testimony regarding data records pertaining to identification of putative class members.

*Calhoun v FLRish*, No. 3:19cv8212 (N.D. Calif., 2019)
>   On behalf of defendant in putative TCPA class action, provided expert report regarding data records from third-party communications vendors pertaining to identification of putative class members.

*Dumas v. Paradise Exteriors*, No. 9:22cv80356 (S.D. Fla., 2022)
>   On behalf of defendant in putative TCPA class action, provided declaration and rebuttal regarding the ability to reliably identify putative class members from the available records.

*Young v. Certegy Payment Solutions and Complete Payment Recovery Services*, No. 1:21cv11037 (D. Mass., 2021)
>   On behalf of defendant in putative FCRA class action, provided expert report and deposition testimony regarding the ability to identify discrete data sets related to Plaintiff's proposed class definitions.

*AEG Holdco, LLC v Vazquez et al.*, No. 2:21cv05290 (C.D. Calif., 2022)
>   Provided expert report regarding forensic examination of various electronic data sources on behalf of plaintiff regarding alleged theft of trade secrets.

Exhibit 1
Page 5 of 13



*Rowan v. United Enrollment Services and Adroit Health Group*, No. 9:22cv80235 (S.D. Fla., 2022)
>   On behalf of defendant in putative TCPA class action, provided expert report on the database records systems used by defendants to manage and track customer communications.

*Cole v. Sierra Pacific Mortgage Co.*, No. 3:18cv01692 (N.D. Calif., 2018)
>   On behalf of defendant in putative TCPA class action, provided expert report on the technical capacity and functionality of the communication platform allegedly used by the Defendant's third-party vendor. The Court ruled in Defendant's favor on summary judgment and dismissed plaintiff's claims.

*Hovanky and Jackson v. RealPage, Inc.*, No. 3:20cv586 (E.D. Va., 2020)
>   Provided expert report on public records-based investigations into criminal records and database design analysis on behalf of a defendant in a putative class action seeking claims under the FCRA.

*Petruss Media Group v. Advantage Sales & Marketing LLC*, AAA Case 1-19-0002-7532 (A.A.A., 2019)
>   On behalf of Respondent and Counter-Claimant in a post-acquisition dispute, provided written expert report, deposition testimony, and trial testimony on the accuracy, reliability, and functionality of a database of consumer contact information intended for use in digital marketing.

*Rogers v BNSF Railway Company*, No. 1:19cv03083 (N.D. Ill., 2019)
>   On behalf of defendants in putative class action alleging violations of Illinois' Biometric Information Privacy Act, provided written and deposition testimony on potential scope of affected class of truck drivers, and the information security protocols used to protect personal information pertaining to drivers.

*PSSI Holdings LLC v. Calhoun*, No. 5:21cv0080 (E.D. Tex., 2021)
>   Provided written report and testimony at hearing regarding forensic examination of various electronic data sources on behalf of plaintiff in alleged Computer Fraud and Abuse Act violation.

*Tichy, et al. v. Hyatt Corporation, et al.*, No. 1:18cv01959 (N.D. Ill., 2018)
>   On behalf of defendants in putative class action alleging violations of Sherman Act's anti-trust prohibitions, provided testimony on deficiencies in plaintiffs' preservation of electronic search and browsing records.

*Abante Rooter and Plumbing, Inc. v. Total Merchant Services, LLC*, No. 3:19cv05711 (N.D. Calif., 2019)
>   On behalf of defendant in putative TCPA class action, provided expert report on the technical capacity and functionality of the communication platform used by the Defendant.

*Signode Industrial Group LLC v. Rutzky*, No. 2021CH00314 (Cook Cnty. Cir. Ct., 2021)
>   Provided written testimony regarding forensic examination of various electronic data sources on behalf of plaintiff in alleged theft of trade secrets dispute.

*Brown v. RP On-Site, LLC*, No. 1:20cv448 (E.D. Va., 2020)
>   Provided expert report on public records-based investigations into criminal records and sex offender records on behalf of a defendant in a putative class action seeking claims under the FCRA.

*State of Georgia v. Kathryn Schrader*, No. 19-B-03161-5 (Gwinnett Cnty. Sup. Ct., GA, 2019)
>   Testified at criminal jury trial on behalf of defendant Kathryn Schrader, a state court judge accused of felony computer trespass.

*Moskowitz v. American Savings Bank*, FSB, No. 1:17-cv-00299 (D. Hawaii, 2017)
>   On behalf of defendant in putative TCPA class action, provided expert report pertaining to forensic analysis of text message communications involving the plaintiff.

*Schaffer and Fabricant v. First Choice Payment Solutions, d/b/a Sekure Merchant Solutions*, No. 8:18cv1981 (C.D. Calif., 2018)
>   On behalf of defendant in putative TCPA class action, provided expert report on the technical capacity and functionality of the communication platform used by the Defendant and the plaintiff's proposed methodology for class member identification.

Exhibit 1
Page 6 of 13



*Laramar Group, LLC v. Steven Boyack*, Arbitration Before JAMS, Ref. No. 1340015694 (JAMS, Chicago, Ill., 2017)
    Provided written testimony regarding forensic examination of various electronic data sources on behalf of defendant in alleged theft of trade secrets dispute.

*Trustwave Holdings, Inc. v. GoSecure, Inc., et al.*, No. 1:19cv05455 (N.D. Ill., 2019)
    Provided written testimony regarding forensic examination of various electronic data sources on behalf of plaintiff in alleged theft of trade secrets dispute.

*Bunnett & Co., Inc. and Energy Feeds Int'l., LLC v. J.D. Heiskell Holdings, LLC, et al.*, No. 3:17cv01475 (N.D. Calif, 2017)
    Provided written reports and testimony before magistrate judge regarding forensic examination of various electronic data sources on behalf of plaintiff in dispute alleging breach of fiduciary duty.

*West Loop Chiropractic & Sports Injury Center v. North American Bancard*, No. 1:16cv05856 (N.D. Illinois)
    On behalf of defendant in putative TCPA class action, provided expert report and deposition testimony regarding analysis of fax logs.

*Gonzalez v. TCR Sports Broadcasting Holding, LLP*, No. 1:18cv20048 (S.D. Fla.)
    On behalf of defendant in putative TCPA class action, provided declaration on use of data analytics to determine class membership.

*Revitch v. Citibank*, No. 3:17cv06907 (N.D. Calif., 2017)
    On behalf of defendant in putative TCPA class action, provided expert report and deposition testimony regarding analysis of dialing technology used by defendant.

*Flowers v. Twilio, Inc.*, No: RG16804363 (Sup. Ct. Cal.)
    On behalf of defendant in putative class action under California Invasion of Privacy Act, provided declaration on use of data analytics to determine class membership.

*Berman v. Freedom Financial Network, LLC*, No. 4:18cv01060 (N.D. Calif., 2018)
    On behalf of defendant in putative TCPA class action, provided expert report regarding analysis of lead generation data.

*Marcheco v. Jo-Ann Stores, LLC*, 1:18cv20564 (S.D. Fla., 2018)
    On behalf of defendant in putative TCPA class action, provided expert report and deposition testimony regarding analysis of dialing technology used by defendant.

*In the Matter of Tokenlot, LLC, Lenny Kugel, and Eli L. Lewitt*, Securities and Exchange Commission Administrative Proceeding File No. 3-18739 (2018)
    On behalf of defendant in SEC administrative proceeding, provided written report regarding destruction of cryptocurrency tokens.

*Kolodziej v. Justice Park District, et al.*, 2014 L 775 (Cook Cnty. Cir. Ct., 2014)
    Testified at jury trial regarding analysis of surveillance video, on behalf of defendant in alleged wrongful death.

*Indeck Energy Services v. DePodesta, et al.*, 14 CH 602 (Lake Cnty. Cir. Ct., 2014)
    Submitted affidavits and written report regarding forensic examination of electronic data sources, on behalf of plaintiff in case alleging theft of trade secrets.

*Braver et al. v. NorthStar Alarm Services, LLC*, 5:17cv00383 (W.D. Okla., 2017)
    On behalf of defendant in putative TCPA class action, provided written report, deposition testimony, and testimony at class certification hearing regarding use of data analytics to determine class membership.

*C.J. Drilling, Inc. v. Welsh*, No. 17 CH 001095 (Kane Cnty. Cir. Ct., 2017)
    Submitted written report on behalf of plaintiff regarding forensic examination of electronic data sources in case alleging theft of trade secrets.

Exhibit 1
Page 7 of 13



*Western Union v. Kula*, 1:17cv00280 (N.D. Ill., 2017)
> Served as neutral in dispute alleging theft of trade secrets; forensic examination of electronic data sources.

*Segerdahl Corp. v. Ferruzza, et al.*, 1:17cv03015 (N.D. Ill., 2017)
> Provided written reports and deposition testimony as both expert witness and 30(b)6 witness regarding forensic examination of electronic data sources, on behalf of plaintiff in case involving alleged theft of trade secrets.

*L&W Supply Corp. v. Banks et al.*, CV16-00816 (Washoe Cnty. Dist. Ct., 2016)
> Submitted written report on behalf of plaintiff regarding forensic examination of electronic data sources in case alleging theft of trade secrets.

*Bunnet & Co., Inc. and Energy Feeds International, LLC v. Dores*, 1:15cv1104 (W.D. Texas, 2016); also In *Re: Frank Miranda Dores and Mary Anne Souza Dores*, No. 16-10169-B-13 (Bankr. E.D. Calif.)
> Provided written reports and testimony at bankruptcy hearing regarding forensic examination of various electronic data sources on behalf of plaintiff in dispute alleging breach of fiduciary duty.

*Pro Sapiens LLC v. Indeck Power Equipment Co.*, 14L5730 (Cook Cnty. Cir. Ct., 2015)
> Provided written reports, deposition testimony, and testimony at hearing regarding forensic examination of various electronic data sources on behalf of Indeck Power in dispute alleging data spoliation.

*Geophysical Service Inc. v. Anadarko Petroleum Corp. et al.*, 1201-15228 (Ct. of Queen's Bench of Alberta, 2014)
> On behalf of multiple defendants, provided deposition testimony regarding public records investigation into plaintiff's ability to satisfy a judgment.

# PUBLICATIONS

### ARTICLES

(1) "Why Computers Aren't Patented", BRG *ThinkSet,* April 26, 2021.

(2) "Dispossessed, Beyond Custody, and Out of Control: Where the Stored Communications Act and the Federal Rules of Civil Procedure Meet Modern Communications Technology", *Pratt's Privacy & Cybersecurity Law Report* (LexisNexis A.S. Pratt), Vol. 7, No. 2, February 2021.

(3) "Demystifying Blockchain and Cryptocurrencies", *The Journal of Robotics, Artificial Intelligence & Law*, Vol. 3, No. 6, November/December, 2020.

(4) "The Seven Layer Cake of Information Security: A Technical Guide for the Non-Technical Reader", *Pratt's Privacy & Cybersecurity Law Report* (LexisNexis A.S. Pratt), Vol. 6, No. 3, April 2020.

(5) "They Came to Rob Star Wars", BRG *ThinkSet,* January 9, 2020.

(6) "The Case of the Tasteless T-Shirts That Created the Internet As We Know It", BRG *ThinkSet,* September 5, 2019.

(7) "You Can't Change Your Fingerprints, But Do You Need To? The Evolution of Biometric- and Password-Based Authentication Security", *Pratt's Privacy & Cybersecurity Law Report* (LexisNexis A.S. Pratt), Part I - May 28, 2019; Part II – September 4, 2019.

Exhibit 1
Page 8 of 13




(8) "Why Use Encryption? Because Business Needs A Free Flow Of Ideas", BRG *ThinkSet*, May 16, 2019.

(9) "The Evolution of Intellectual Property Rights: From Punch Cards to Pixels", BRG *ThinkSet*, March 7, 2019.

(10) "How to Recognize Different Types of Dialers From Quite a Long Way Away", *The Consumer Finance Law Quarterly Report*, Vol. 72, No. 2, 2018.

(11) "The History of Passwords and the Case of the First Theft", BRG *ThinkSet*, November 4, 2018.

(12) "Confronting BIPA Liability in the Blink of an Eye", *ThinkBRG Global I Blog*, March 8, 2018.

(13) "Fighting on Today's Front Lines", *InfoSecurity Magazine*, January 3, 2018.

(14) "Outrunning the Lion: Advice for Fighting on the Front Lines of Today's Data Breach Attacks", *Legaltech News*, December 20, 2017.

(15) "Understanding the Challenges of Strong Encryption", *Law360*, April 10 & 11, 2017.

(16) "Dyn and Dash", *SC Media*, 2016.

(17) "Anti-Forensics Gets An Upgrade: The Hidden Traps In Today's Latest Technology", *ThinkBRGTech.com*, 2016.

(18) "The Trouble With Mobile Forensics", *ThinkBRGTech.com*, 2015.

(19) "Day One: The Origin Story of Computer Forensics", *Pratt's Privacy & Cybersecurity Law Report*, (LexisNexis A.S. Pratt), Vol. 1 No. 1, August/September, 2015.

## CONTRIBUTIONS

(1) U.S. Biometric Systems Privacy Primer, The Sedona Conference, (May 14, 2024) (Contributing Editor)

(2) The Federal Judges' Guide to Discovery, Fourth Edition, The Electronic Discovery Institute, (February 17, 2025) (Contributing Author)

## "NERVOUS SYSTEM" ARTICLE SERIES

Between 2018 and 2024, David Kalat contributed a monthly series for *Legaltech News* called "Nervous System." This series approached issues of data privacy and cyber security from the context of history. Individual instalments of this series are itemized below, and all are collected centrally at https://www.thinkbrg.com/insights/publications/kalat-Legaltech-news-nervous-system/

(1) "How Packet Data Built the Internet", *Legaltech News*, 2024

(2) "Who Ya Gonna Call—and Who's Calling You?", *Legaltech News*, 2024

(3) "Honeypots in Space", *Legaltech News*, 2024

(4) "Pretty, Pretty, Pretty Good Privacy", *Legaltech News*, 2024

Exhibit 1
Page 9 of 13

(5) "Dick Pick, GIRLS, and the History of Reality", *Legaltech News*, 2024

(6) "The ELIZA Effect", *Legaltech News*, 2024

(7) "Cybersecurity 1800s Style", *Legaltech News*, 2024

(8) "A Night to Remember", *Legaltech News*, 2024

(9) "The Osborne Effect", *Legaltech News*, 2024

(10) "32-Bit Computers Dancing Backwards in High Heels" ", *Legaltech News*, 2024

(11) "Paying with Your Finger", *Legaltech News*, 2024

(12) "Y2K Revisited", *Legaltech News*, 2023

(13) "The Context of Keywords", *Legaltech News*, 2023

(14) "The First Video Call", *Legaltech News*, 2023

(15) "The Tale of the Tape", *Legaltech News*, 2023

(16) "How to Stuff Cellular Phone Calls in Digital Bubble Wrap", *Legaltech News*, 2023

(17) "When Mobile Telephones Had Steering Wheels", *Legaltech News*, 2023

(18) "How Computers Saved Wall Street", *Legaltech News*, 2023

(19) "The April Fools' Prank That Changed the World", *Legaltech News*, 2023

(20) "The Laws of Thought", *Legaltech News*, 2023

(21) "Formulae for Success", *Legaltech News*, 2023

(22) "The Great Emoji War", *Legaltech News*, 2023

(23) "From Gibberish to Unicode", *Legaltech News*, 2022

(24) "The Strange Case of the Forged Email, the Carphone, and the Woman Who Lost Her Job", *Legaltech News*, 2022

(25) "The Bakery Computer", *Legaltech News*, 2022

(26) "How Trolls Built Big Tech", *Legaltech News*, 2022

(27) "How to Have a Secure Conversation with a Stranger", *Legaltech News*, 2022

(28) "How Lossless Compression Makes Information Skinnier", *Legaltech News*, 2022

(29) "Cybernetics and the Birth of Computer Ethics", *Legaltech News*, 2022

(30) "From a Cry in the Dark to the Forensic Voiceprint", *Legaltech News*, 2022

(31) "The Entropy of Wordle", *Legaltech News*, 2022

Exhibit 1
Page 10 of 13



(32) "iPhone Witness Testimony", *Legaltech News*, 2022

(33) "Knowing Your Place in the World", *Legaltech News*, 2022

(34) "The Computer Crime of the Century", *Legaltech News*, 2022

(35) "The Computer Virus That Wasn't", *Legaltech News*, 2021

(36) "Rethinking Voice Recognition at the Canada Border", *Legaltech News*, 2021

(37) "Engineering the Next Generation of Computer Users with the Alto", *Legaltech News*, 2021

(38) "Dumpster Diving for Fraud and Profit", *Legaltech News*, 2021

(39) "Florida Man, Joe Biden, and the Federal Computer Crimes Act", *Legaltech News*, 2021

(40) "SafeBack in the Day", *Legaltech News*, 2021

(41) "The CPU ARM Race", *Legaltech News*, 2021

(42) "Audrey and the Dragon: The History of Voice Recognition Technology", *Legaltech News*, 2021

(43) "Oliver North and the Origin Story of Legal Technology", *Legaltech News*, 2021

(44) "Computer Crime and Punishment", *Legaltech News*, 2021

(45) "How 'The 414s' Hacking for Video Game High Scores Led to Federal Cyber Law", *Legaltech News*, 2021

(46) "Dialing for Dollars", *Legaltech News*, 2021

(47) "The First Major Data Breach: 1984", *Legaltech News*, 2020

(48) "Before the Battle Over 5G, There Was the Battle Over 3G", *Legaltech News*, 2020

(49) "The Sleepy History of the Buffer Overflow Attack", *Legaltech News*, 2020

(50) "The Inventor, the Barbershop Quartet, and the Origin of the Email Attachment", *Legaltech News*, 2020

(51) "The Police Beat Algorithm and Automated Criminal Justice Information Systems", *Legaltech News*, 2020

(52) "The Unexpected History of VoIP", *Legaltech News*, 2020

(53) "Teaching Machines to See Faces", *Legaltech News*, 2020

(54) "The Triumphs of a Lazy Programmer", *Legaltech News*, 2020

(55) "How Punch Cards Brought Us to Our Census", *Legaltech News*, 2020

(56) "UNIVAC Predicts the Next President", *Legaltech News*, 2020

(57) "Alan Turing's Gin Memory", *Legaltech News*, 2020

Exhibit 1
Page 11 of 13

(58) "The Countess of Lovelace, the First Computer Programmer", *Legaltech News*, 2020

(59) "Claude Shannon's Magic Mouse", *Legaltech News*, 2019

(60) "Passwords Become More Secure by Adding a Pinch of Salt", *Legaltech News*, 2019

(61) "How Legal Tech Helped Catch the BTK Killer", *Legaltech News*, 2019

(62) "Clipping the Wings of the Clipper Chip", *Legaltech News*, 2019

(63) "The First Modern Presidential Campaign", *Legaltech News*, 2019

(64) "The Day the NSA Took Down the Military", *Legaltech News*, 2019

(65) "The Great Fixer of Information Coding Errors", *Legaltech News*, 2019

(66) "Think Cryptocurrency Is New? You've Forgotten the '80s", *Legaltech News*, 2019

(67) "The First Social Network", *Legaltech News*, 2019

(68) "Big Brother, the Ghost in LBJ's Computer", *Legaltech News*, 2019

(69) "Remembering the Dawn of Spam", *Legaltech News*, 2019

(70) "The Day Grace Hopper Literally Debugged a Program", *Legaltech News*, 2019

(71) "The Computer That Taught HAL to Sing", *Legaltech News*, 2018

(72) "Taking Biometrics at Face Value", *Legaltech News*, 2018

(73) "What Hollywood Has Taught the US Government about Cybersecurity", *Legaltech News*, 2018

(74) "The Tech Revolution Is Earlier than You Think", *Legaltech News*, 2018

(75) "The Glamour Girl's Secret Privacy Weapon", *Legaltech News*, 2018

(76) "The Small Start of Big Data", *Legaltech News*, 2018

(77) "Just the Fax, Ma'am", *Legaltech News*, 2018

(78) "The Boy Who Could Talk to Computers", *Legaltech News*, 2018

(79) "Evaluating TCPA Liability in the Actual Wild West", *Legaltech News*, 2018

(80) "The Story of the First White Hat Hacker", *Legaltech News*, 2018

## BOOKS ON FILM HISTORY

In addition to writings on information technology and information security, Mr. Kalat has also written books on film and television history.

Exhibit 1
Page 12 of 13



(1) A Critical History and Filmography of Toho's Godzilla Series (McFarland & Co., 1997)

(2) Homicide: Life on the Streets: An Unofficial Companion (Renaissance Books, 1998)

(3) The Strange Case of Dr. Mabuse: A Study of the Twelve Films and Five Novels (McFarland & Co., 2001)

(4) J-Horror: The Definitive Guide to The Ring, The Grudge, and Beyond (Vertical Press, 2005)

(5) A Critical History and Filmography of Toho's Godzilla Series - Second Edition (McFarland & Co., 2010)

(6) Too Funny For Words: A Contrarian History of American Screwball Comedy From Silent Slapstick to Screwball (McFarland & Co., 2019)

Mr. Kalat has also contributed chapters to the following multi-author anthologies.

(1) Fear Without Frontiers: Horror Cinema Across the Globe (FAB Press, 2003)

(2) 101 European Horror Films (British Film Institute, 2007)

(3) Third Person: Authoring and Exploring Vast Narratives (MIT Press, 2009)

(4) The Films of Edgar G. Ulmer (Scarecrow Press, 2009)

Exhibit 1
Page 13 of 13