# Table of Contents

**Subject Information** ............................................................................................................................... 2
**Potential Subject Photos (None Found)** ................................................................................................ 3
**Address Summary (24 Found)** ............................................................................................................. 3
**Address Details (24 Found)** ................................................................................................................. 3
**Cities History (13 Found)** ..................................................................................................................... 6
**Counties History (11 Found)** ............................................................................................................... 7
**Driver's License Information (3 Found)** .............................................................................................. 7

**Important:**

## ONLINE REPORT

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws.   User agrees to having knowledge of all applicable laws pertaining to the usage of data.  User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

## Comprehensive Report

**Comprehensive Report**
**Date:** 10/20/2025
Reference ID: **106357**

**Report Legend**
🅳 - Deceased Person

**Relatives**
\> - 1st Degree of Separation
\>> - 2nd Degree of Separation
\>>> - 3rd Degree of Separation

## Subject Information

**Email Addresses Associated with Subject**
■■■■■@gmail.com (100%)
■■■■■■■■■@hotmail.com (75%)
■■@merlinhomemagic.com (70%)
■■@meyer-landscaping.com (45%)
■■■■■■@gmail.com (41%)
■■■i@gmail.com (0%)

(Best Information for Subject)

**Other Names Associated with Subject**
None found

Name: JOSEPH P ARNOLD III (07/27/2018 to 07/27/2018)
Name: JOSEPH PATRICK ARNOLD (12/31/2010 to 08/02/2025)
Name: JOSPEH P ARNOLD (06/01/2024 to 01/01/2025)
Name: JOE P ARNOLD (07/27/2018 to 07/05/2019)
Name: JOSPEH PATRICK ARNOLD (06/28/2013 to 08/24/2018)
Name: JOSEPH PAUL ARNOLD III (07/27/2018 to 07/27/2018)
Name: JOE PATRICK ARNOLD
Name: JOSPEH BOONE

**Other DOBs Associated with Subject**
None found

**Possible Phones Associated with Subject:**
(928) ■■■■ (MT) (Mobile) (86%)
(503) ■■■■ (PT) (Mobile) (67%)
(928) ■■■■ (MT) (LandLine) (67%)
(928) ■■■■ (MT) (LandLine) (67%)
(360) ■■■■ (PT) (LandLine) (66%)
(828) ■■■■ (ET) (Mobile) (66%)
(828) ■■■■ (ET) (LandLine) (66%)
(360) ■■■■ (PT) (LandLine) (39%)
(360) ■■■■ (PT) (LandLine) (39%)
(360) ■■■■ (PT) (Mobile) (39%)
(828) ■■■■ (ET) (Mobile) (3%)
(363) ■■■■

Date of Birth: **XX/XX/**■■■■ (99%) , Born **67** years ago
Gender: **Male**
SSN: XXX-XX-■■■■  issued in **CALIFORNIA** in **1972**

Other Individuals Observed with shared SSN: **None**

## Potential Subject Photos (None Found)

## Address Summary (24 Found)



▬ COUNTY) (08/2023 to 10/20/2025)
▬ COUNTY) (08/2023 to 10/2024)
▬ COUNTY) (03/2022 to 02/10/2024)
▬ COUNTY) (10/19/2017 to 04/03/2022)
▬ COUNTY) (10/2010 to 11/12/2018)
▬ COUNTY) (08/08/2011 to 09/26/2018)
▬ COUNTY) (04/21/2017 to 07/07/2018)
▬ COUNTY) (01/2010 to 12/10/2017)
▬ COUNTY) (09/1996 to 05/01/2017)
▬ COUNTY) (10/2010 to 01/05/2017)
▬ COUNTY) (09/01/2010 to 12/30/2016)
▬ COUNTY) (06/05/2011 to 06/05/2011)
▬ COUNTY) (09/04/2010 to 09/04/2010)
▬ COUNTY) (09/1996 to 01/2010)
▬ COUNTY) (10/28/2005 to 10/28/2005)
▬ COUNTY) (10/24/1996 to 01/23/2003)
▬ COUNTY) (07/13/2001 to 01/24/2003)
▬ COUNTY) (03/01/1995 to 01/23/2003)
▬ COUNTY) (06/01/1994 to 01/23/2003)
▬ COUNTY) (05/22/1998 to 05/22/1998)
▬ COUNTY) (12/04/1997 to 12/04/1997)
▬ COUNTY) (08/01/1993 to 08/01/1993)
▬ COUNTY)
▬ COUNTY)

## Address Details (24 Found)



▬ COUNTY) (08/2023 to 10/20/2025) [ Back to Summary ]
Subdivision Name: ▬
Current Other Phone at address
  (541)▬ (PT) - **VANWETTER, CATHERINE**
Subject's Phone
  (928)▬ (MT) - **ARNOLD, JOSEPH**
Owners:
  **JOSEPH P ARNOLD** [ View Person Record ]**(67)**
  **CATHERINE J VAN WETTER** [ View Person Record ]**(72)**
Assessed Value: **$190,790**
Living Square Feet: **1,260**
Land Square Feet: **9,148**

▬ CITY COUNTY) (08/2023 to 10/2024) [ Back to Summary ]
Subdivision Name: ▬
Current Other Phones at address
  (775)▬ (PT) - **DIAZ, JOSE**
  (775)▬ (PT) - **DIAZ, ANTHONY**
  (775)▬ (PT) - **MITCHELL, MICHAEL**
  (775)▬ (PT) - **MITCHELL, DIANE**
Owners:

**JOSE DIAZ HERRERA** [ View Person Record ]
**ANTHONY DIAZ** [ View Person Record ]
Purchase Date: **09/19/2024**
Purchase Price: **$375,000**
Assessed Value: **$54,515**
Living Square Feet: **1,799**
Land Square Feet: **6,534**

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ COUNTY) (03/2022 to 02/10/2024) [ Back to Summary ]

Subdivision Name: ▉▉▉▉▉▉▉▉▉
Current Other Phones at address
(714) ▉▉▉▉▉▉ (PT) - KERR, DEBORAH
(714) ▉▉▉▉▉▉ (PT) - KERR, JOSEPH
Owners:
**JOSEPH E KERR** [ View Person Record ]
**DEBORAH ANN KERR** [ View Person Record ]
Purchase Date: **08/14/2023**
Purchase Price: **$493,500**
Assessed Value: **$21,424**
Living Square Feet: **1,713**
Land Square Feet: **42,253**

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ COUNTY) (10/19/2017 to 04/03/2022) [ Back to Summary ]

Subdivision Name: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Owner:
MCCRACKEN & MCCRACKEN LLC
Purchase Date: **01/13/2004**
Purchase Price: **$168,000**
Assessed Value: **$270,858**
Living Square Feet: **1,462**
Land Square Feet: **5,663**

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ COUNTY) (10/2010 to 11/12/2018) [ Back to Summary ]

Owner:
**THE CHERYL S STANLEY**
Purchase Date: **05/17/2013**
Purchase Price: **$500,000**
Assessed Value: **$502,500**
Living Square Feet: **3,349**
Land Square Feet: **63,162**

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ COUNTY) (08/08/2011 to 09/26/2018) [ Back to Summary ]

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ COUNTY) (04/21/2017 to 07/07/2018) [ Back to Summary ]

Owners:
**RONALD R SELIG** [ View Person Record ]
**DONNA B SELIG** [ View Person Record ]
Purchase Date: **01/20/2004**
Purchase Price: **$257,000**
Assessed Value: **$787,796**
Living Square Feet: **2,390**
Land Square Feet: **7,310**

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ COUNTY) (01/2010 to 12/10/2017) [ Back to Summary ]

Owners:
**EVAN BISHOP** [ View Person Record ]
**BREAYNE H BISHOP** [ View Person Record ]
Purchase Date: **04/10/2017**
Purchase Price: **$447,500**
Assessed Value: **$749,588**

Living Square Feet: **1,728**
Land Square Feet: **429,588**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ COUNTY) (09/1996 to 05/01/2017) [ Back to Summary ]

Owners:
  JEFFREY WILLIAMS [ View Person Record ]
  CHRISTINE WILLIAMS [ View Person Record ]
Purchase Date: **05/18/2010**
Purchase Price: **$171,500**
Assessed Value: **$410,496**
Living Square Feet: **1,056**
Land Square Feet: **68,075**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ COUNTY) (10/2010 to 01/05/2017) [ Back to Summary ]

Owners:
  PAMELA H BREWER [ View Person Record ]
  MARGUERITE H GREGG [ View Person Record ]
Purchase Date: **10/25/2006**
Purchase Price: **$151,500**
Assessed Value: **$123,000**
Living Square Feet: **2,952**
Land Square Feet: **21,780**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ COUNTY) (09/01/2010 to 12/30/2016) [ Back to Summary ]

Owners:
  JEFFREY LEVINE [ View Person Record ]
  LOUISE LEVINE [ View Person Record ]
Purchase Date: **08/16/2019**
Purchase Price: **$217,000**
Assessed Value: **$268,700**
Land Square Feet: **594,594**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ COUNTY) (06/05/2011 to 06/05/2011) [ Back to Summary ]

Subdivision Name: ▇▇▇▇▇▇▇▇
Owner:
  BRIAN R SULLIVAN [ View Person Record ]
Purchase Date: **11/10/2011**
Purchase Price: **$264,375**
Assessed Value: **$922,882**
Living Square Feet: **1,713**
Land Square Feet: **6,700**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ COUNTY) (09/04/2010 to 09/04/2010) [ Back to Summary ]

Owner:
  ERIC PATRIN [ View Person Record ]
Purchase Date: **10/30/2017**
Purchase Price: **$585,000**
Assessed Value: **$866,988**
Living Square Feet: **3,298**
Land Square Feet: **76,259**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ COUNTY) (09/1996 to 01/2010) [ Back to Summary ]

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ COUNTY) (10/28/2005 to 10/28/2005) [ Back to Summary ]

Subdivision Name: ▇▇▇▇▇▇▇▇▇▇▇▇
Address contains: **2 apartments**
Owners:
  ANDREA MATTSON [ View Person Record ]
  TYLER MATTSON [ View Person Record ]
Purchase Date: **05/25/2023**

Purchase Price: **$483,000**
Assessed Value: **$410,160**
Living Square Feet: **1,664**
Land Square Feet: **4,792**

███████████████████████████████████████ **COUNTY)** (10/24/1996 to 01/23/2003) [ Back to Summary ]
Subdivision Name: ███████████████
Address contains: **2 apartments**

███████████████████████████████████████ **COUNTY)** (07/13/2001 to 01/24/2003) [ Back to Summary ]

███████████████████████████████████████ **COUNTY)** (03/01/1995 to 01/23/2003) [ Back to Summary ]

███████████████████████████████████████ **COUNTY)** (06/01/1994 to 01/23/2003) [ Back to Summary ]

███████████████████████████████████████ **COUNTY)** (05/22/1998 to 05/22/1998) [ Back to Summary ]

███████████████████████████████████████ **COUNTY)** (12/04/1997 to 12/04/1997) [ Back to Summary ]
Owners:
  **DAVID M WILLIAMSON** [ View Person Record ]
  **SUSAN G WILLIAMSON** [ View Person Record ]
Purchase Date: **06/25/2002**
Purchase Price: **$717,000**
Assessed Value: **$2,834,000**
Living Square Feet: **4,010**
Land Square Feet: **19,977**

███████████████████████████████████████ **COUNTY)** (08/01/1993 to 08/01/1993) [ Back to Summary ]
Subdivision Name: ███████████████
Owners:
  **EMILY KNAPP** [ View Person Record ]
  **ALEX KNAPP** [ View Person Record ]
Purchase Date: **05/23/2025**
Purchase Price: **$780,000**
Assessed Value: **$616,000**
Living Square Feet: **770**
Land Square Feet: **7,200**

███████████████████████████████████████ **COUNTY)** [ Back to Summary ]
Subdivision Name: ███████████████
Owners:
  **PAUL A HANNAH** [ View Person Record ]
  **BETH ANN BONN** [ View Person Record ]
Purchase Date: **01/23/1997**
Purchase Price: **$163,500**
Assessed Value: **$730,000**
Living Square Feet: **1,530**
Land Square Feet: **6,959**

███████████████████████████████████████ **COUNTY)** [ Back to Summary ]

# Cities History (13 Found)

SALEM, OR (MARION COUNTY)  (08/2023 to 10/20/2025)
CARSON CITY, NV (CARSON CITY COUNTY)  (08/2023 to 10/2024)
PRESCOTT, AZ (YAVAPAI COUNTY)  (03/2022 to 02/10/2024)
CORVALLIS, OR (BENTON COUNTY)  (10/19/2017 to 04/03/2022)

BOONE, NC (WATAUGA COUNTY)  (10/2010 to 11/12/2018)
LANGLEY, WA (ISLAND COUNTY)  (09/1996 to 09/26/2018)
NEWLAND, NC (AVERY COUNTY)  (10/2010 to 01/05/2017)
BAKERSVILLE, NC (MITCHELL COUNTY)  (09/01/2010 to 12/30/2016)
BOZEMAN, MT (GALLATIN COUNTY)  (06/05/2011 to 06/05/2011)
CLINTON, WA (ISLAND COUNTY)  (05/22/1998 to 09/04/2010)
MINNEAPOLIS, MN (HENNEPIN COUNTY)  (10/24/1996 to 10/28/2005)
SEATTLE, WA (KING COUNTY)  (08/01/1993 to 01/24/2003)
MERCER ISLAND, WA (KING COUNTY)  (03/01/1995 to 01/23/2003)

## Counties History (11 Found)

MARION, OR (08/2023 to 10/20/2025)
CARSON CITY, NV (08/2023 to 10/2024)
YAVAPAI, AZ (03/2022 to 02/10/2024)
BENTON, OR (10/19/2017 to 04/03/2022)
WATAUGA, NC (10/2010 to 11/12/2018)
ISLAND, WA (09/1996 to 09/26/2018)
AVERY, NC (10/2010 to 01/05/2017)
MITCHELL, NC (09/01/2010 to 12/30/2016)
GALLATIN, MT (06/05/2011 to 06/05/2011)
HENNEPIN, MN (10/24/1996 to 10/28/2005)
KING, WA (08/01/1993 to 01/24/2003)

## Driver's License Information (3 Found)

JOSEPH PATRICK ARNOLD

DL#: XXXX-XXX-XX-XXX-X
DL State: **OR**
Reported Date: **01/31/2025**
ID Type: **DL**
Date of Birth: **XX/XX**        , Born **67** years ago

JOSEPH PATRICK ARNOLD

DL#: XXXX-XXX-XX-XXX-X
DL State: **AZ**
Reported Date: **06/13/2023**
ID Type: **DL**
Date of Birth: **XX/XX**        , Born **67** years ago

JOSEPH PATRICK ARNOLD

DL#: XXXX-XXX-XX-XXX-X
DL State: **WA**
Reported Date: **05/04/2017**
ID Type: **DL**
Date of Birth: **XX/XX/**        , Born **67** years ago