FOR LICENSED INVESTIGATOR PURPOSES ONLY          503-███████-Super-Reverse-Lookup-Search-202█████

**6 Results Found** for people with Phone Number **(503)███████**.

Subject 1 of 6 :
**(503)███████ - ARNOLD, JOSEPH PATRICK**

Score: **67%**
**JOSEPH PATRICK ARNOLD -** **[ View Person Record ]**
Phone:**(503)███████ - ARNOLD, JOSEPH PATRICK (12/10/2017 to 10/01/2025)**
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **PT**
Carrier: **ONVOY LLC - OR**
Carrier Type: **LANDLINE**
City: ███████
State: ██
County: ████████
Score: **67**

Subject 2 of 6 :
**(503)███████ - ARNOLD, JOSEPH P  (Nevada)**

Score: **67%**                                                    Address: ████████████████████████
**JOSEPH P ARNOLD -** **[ View Person Record ]**           ████████ COUNTY)
Phone:**(503)███████ - ARNOLD, JOSEPH P (09/27/2023)**
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **PT**
Carrier: **ONVOY LLC - OR**
Carrier Type: **LANDLINE**
City: ███████
State: ██
County: **CLATSOP**
Score: **67**

Subject 3 of 6 :
**(503)███████ - ARNOLD, JOSEPH   (Oregon)**

Score: **67%**                                                    Address: ████████████████████████
**JOSEPH ARNOLD -** **[ View Person Record ]**            ████████ COUNTY)
Phone:**(503)███████ - ARNOLD, JOSEPH  (03/30/2018)**
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **PT**
Carrier: **ONVOY LLC - OR**
Carrier Type: **LANDLINE**
City: ███████
State: ██
County: **CLATSOP**
Score: **67**

<u>Subject 4 of 6</u> :
**(503)███████ - ARNOLD, JOSEPH PATRICK  (Arizona)**

Score: **67%**
**JOSEPH PATRICK ARNOLD** -  [ View Person Record ]
Phone:**(503)███████ - ARNOLD, JOSEPH PATRICK (06/13/2023)**
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **PT**
Carrier: **ONVOY LLC - OR**
Carrier Type: **LANDLINE**
City: ███████
State: ██
County: **CLATSOP**
Score: **67**

Address: ███████████████████████
(███████ ███████ COUNTY)

<u>Subject 5 of 6</u> :
**(503)███████ - ARNOLD, JOSEPH P  (Oregon)**

Score: **67%**
**JOSEPH P ARNOLD** -  [ View Person Record ]
Phone:**(503)███████ - ARNOLD, JOSEPH P (10/16/2024)**
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **PT**
Carrier: **ONVOY LLC - OR**
Carrier Type: **LANDLINE**
City: ███████
State: ██
County: **CLATSOP**
Score: **67**

Address: ███████████████████████
(███████ COUNTY)

<u>Subject 6 of 6</u> :
**(503)███████ - PATRICK, ARNOLD  (Washington)**

Score: **67%**
**ARNOLD PATRICK** -  [ View Person Record ]
Phone:**(503)███████ - PATRICK, ARNOLD  (12/10/2017)**
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **PT**
Carrier: **ONVOY LLC - OR**
Carrier Type: **LANDLINE**
City: ███████
State: ██
County: **CLATSOP**

Address: ███████████████████████
███████ COUNTY)

Score: **67**