```
Ph,Date
503█████,11/1/2023,no
503█████,10/16/2024,no
503█████,1/1/2025,no
503█████,2/6/2025,no
503█████,10/1/2025,no
```

Exhibit 4
Page 1 of 1