Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>DABELLA EXTERIORS LLC<br><br>Defendant. | Case No. 3:25-cv-00396-SI<br><br>MOTION FOR EXTENSION<br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

### LR 7-1 CERTIFICATION

Pursuant to LR 7-1, Plaintiff conferred with counsel for Defendants, who do not oppose this motion.

### MOTION

Without waiving any defenses Plaintiff may have under the FEDERAL RULES OF CIVIL PROCEDURE or otherwise, pursuant to Rule 6 and LR 16-3, Plaintiff moves the Court for an Order extending the deadline for Plaintiff to file responses to Defendant's Motion for Partial Summary

Judgment (ECF No. 31), Motion to Deny Class Certification or Strike Class allegations (ECF No. 32), and Request for Judicial Notice (ECF No. 33), to March 23, 2026.

## MEMORANDUM

The parties have been engaged in various discussions, drafting, and other case management tasks as a result of this Court's February 23, 2026 Status Conference. To that end, Plaintiff requests an extension to respond to the Motions, with the new deadline to be March 23, 2026. Defendant has agreed to this request. The extension is not sought for purposes of delay. In seeking the foregoing extension, Plaintiff and Defendant do not waive, and expressly reserve, any and all rights, objections, arguments, and defenses relating to the Motion and otherwise.

RESPECTFULLY SUBMITTED AND DATED this 12th day of March, 2026.

> s/Andrew Roman Perrong
> Andrew Roman Perrong, OSB No. 243320
> a@perronglaw.com
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038
> 215-225-5529
> Lead Attorney for Plaintiff and the Proposed Class

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date.

Dated: March 12, 2026

> s/Andrew Roman Perrong
> Andrew Roman Perrong, OSB No. 243320
> a@perronglaw.com
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038
> 215-225-5529
> Lead Attorney for Plaintiff and the Proposed Class