Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>DABELLA EXTERIORS LLC<br><br>Defendant. | Case No. 3:25-cv-00396-SI<br><br>MOTION FOR EXTENSION<br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

### LR 7-1 CERTIFICATION

Pursuant to LR 7-1, Plaintiff conferred with counsel for Defendants, who do not oppose this motion.

### MOTION

Plaintiff Leon Weingrad and Defendant DaBella Exteriors LLC, by and through their respective counsel, jointly move this Court for an order modifying the Case Management Schedule (ECF 22) to extend all remaining deadlines by approximately 90 days.

Motion for Extension                    1

**MEMORANDUM**

On September 16, 2025, the Court entered a Case Management Schedule setting, among other deadlines, a fact discovery cutoff of March 16, 2026, and a class certification and dispositive motion deadline of July 27, 2026. (ECF 22.)

On February 23, 2026, the Court held a telephonic status conference. That same morning, the Court issued its ruling on Defendant's motion to dismiss, denying that motion. During the conference, Plaintiff's counsel advised the Court that, because Defendant had taken the position that only plaintiff-specific discovery was appropriate while its motion to dismiss, motion for summary judgment and motion to deny class certification was pending, Plaintiff had been unable to pursue class-wide discovery.  Plaintiff also stated that it lacked discovery necessary to oppose Defendant's pending motion for partial summary judgment and motion to deny class certification; Defendant maintains the position that no classwide discovery is necessary to oppose Defendant's motion for partial summary judgment and motion to deny class certification. Due to the pending discovery disputes between the parties, the Court directed Plaintiff to file a motion to compel to allow the parties to formally brief the issues for Court resolution; the Court also encouraged the parties to confer regarding the same.  Plaintiff's counsel requested a revised case management schedule.

The Court responded favorably to that request, and directed the parties to confer regarding an appropriate modification to the case management order. Separately, during the conference, defense counsel raised the question of a deadline for Defendant to file its answer to the Complaint, noting that no such deadline had been included in the Court's ruling on the motion to dismiss. The Court also directed the parties to confer and reach agreement on an answer deadline. As of the date of this motion, Defendant has not filed an answer to the Complaint.

Motion for Extension                                    2

In light of the foregoing, the Parties jointly propose the Court enter the following modified schedule:

| Deadline | Event |
| --- | --- |
| March 31, 2026 | Deadline for Defendant to file Answer to Complaint |
| April 14, 2025 | Deadline to add parties |
| June 14, 2026 | Deadline to complete fact discovery, including class-wide discovery |
| August 16, 2026 | Deadline to exchange expert disclosures on all issues (liability and damages) as to which a party bears the burden of proof |
| August 30, 2026 | Deadline to exchange rebuttal expert disclosures |
| September 13, 2026 | Deadline to exchange expert disclosure replies |
| September 27, 2026 | Deadline to complete expert depositions |
| October 25, 2026 | Deadline for Plaintiff to file motion for class certification and for any party to file dispositive motions |

For the foregoing reasons, the parties respectfully request that the Court grant this Motion and enter the proposed modified Case Management Schedule above.

RESPECTFULLY SUBMITTED AND DATED this 16th day of March, 2026.

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

Motion for Extension                                3

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I filed the foregoing via ECF on the below date.

Dated: March 16, 2026

>s/Andrew Roman Perrong
>Andrew Roman Perrong, OSB No. 243320
>a@perronglaw.com
>Perrong Law LLC
>2657 Mount Carmel Avenue
>Glenside, PA 19038
>215-225-5529
>Lead Attorney for Plaintiff and the Proposed Class

Motion for Extension                    4