Drew Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
601 SW Second Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone:    503.624.6800
Facsimile:    503.624.6888

Diane J. Zelmer, *pro hac vice*
djz@berensonllp.com
BERENSON LLP
4495 Military Trail, Suite 203
Jupiter, Florida 33458
Telephone:    561.429.4496
Facsimile:    703. 991.2195

*Attorneys for Defendant DaBella Exteriors LLC*

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, ,<br><br>Plaintiff,<br><br>v.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Case No. 3:25-CV-00396<br><br>DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO CERTIFY THE DISTRICT COURT'S ORDER FOR INTERLOCUTORY APPEAL AND TO STAY DISCOVERY<br><br>Current Deadline: March 27, 2026<br><br>Proposed Deadline: April 6, 2026 |

## LR 7-1 CERTIFICATION

Defendant, DABELLA EXTERIORS LLC ("DaBella" or "Defendant"), hereby certifies that in compliance with Local Rule 7-1, the parties conferred in good faith on March 18, 2026, and Plaintiff's counsel indicated he did not oppose the relief sought in this motion.

## MOTION

Defendant, DaBella Exteriors, LLC, pursuant to Fed. R. Civ. P. 6 and Local Rule 16-3, by and through its attorneys, moves the Court for an Order extending the deadline for Defendant to file its Reply to Plaintiff's Response to Defendant's Motion to Certify the District Court's

Order for Interlocutory Appeal (Doc. Nos. 42, 43) for an additional ten (10) days, through and including April 6, 2026.

## **MEMORANDUM**

The attorney primarily responsible for drafting the reply brief has personal and professional conflicts and is traveling out of state to a couple different destinations this week and next week.  To that end, Defendant requests a ten (10) day extension to file its Reply to the Plaintiff's Response to Defendant's Motion to Certify this District Court's Order on Defendant's Motion to Dismiss for interlocutory appeal (Doc. Nos. 42, 43). This is the first extension requested in connection with this filing and is not sought for purposes of delay. The requested extension will not impact other existing deadlines in this matter. In seeking the foregoing extension, Defendant does not waive, and expressly reserves, any and all rights, objections, arguments, and defenses relating to the Motion and Response.

**WHEREFORE**, Defendant, DaBella Exteriors, LLC respectfully requests that this Court extend the deadline for DaBella to file its Reply to Plaintiff's Response to Defendant's Motion to Certify this District Court's Order through April 6, 2026, as well as grant any other relief that the Court deems just and proper.

Dated this 18th day of March, 2025.         SNELL & WILMER L.L.P.

_s/ Drew L. Eyman_
Drew Eyman, OSB No. 163762

 -and-

BERENSON LLP

Diane J. Zelmer, *pro hac vice*
BERENSON LLP
4495 Military Trial, Suite 203
Jupiter, Florida 33458
Telephone: 561.429.4496
Facsimile:  703.991.2195
Email: djz@berensonllp.com
Secondary Email: hcc@berensonllp.com

*Attorneys for DaBella Exteriors LLC*

4908-8221-0201

Page 2 – MOET