# Error 1001

Ray ID: 9e0e4df2bd1432b3 •
2026-03-23 15:00:13 UTC
DNS resolution error

## What happened?

You've requested a page on a website (merlinhomemagic.com) that is on the Cloudflare network. Cloudflare is currently unable to resolve your requested domain (merlinhomemagic.com). There are two potential causes of this:

- **Most likely:** if the owner just signed up for Cloudflare it can take a few minutes for the website's information to be distributed to our global network.

- **Less likely:** something is wrong with this site's configuration. Usually this happens when accounts have been signed up with a partner organization (e.g., a hosting provider) and the provider's DNS fails.

Please see https://developers.cloudflare.com/support/troubleshooting/http-status-codes/cloudflare-1xxx-errors/error-1001/ for more details.

Was this page helpful?    Yes    No

Cloudflare Ray ID: **9e0e4df2bd1432b3** • Your IP: Click to reveal • Performance & security by Cloudflare