OREGON SECRETARY OF STATE
▶ **Corporation Division**

HOME

Business Xpress | business name search | oregon business guide
license directory | business registry/renewal | forms/fees | notary public
uniform commercial code | uniform commercial code search | documents & data services

## Business Name Search

New Search    Printer Friendly    **Business Entity Data**    03-23-2026 07:35

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 1372006-97 | ABN | INA | | 10-23-2017 | | |
| **Entity Name** | MERLIN HOME MAGIC | | | | | |
| **Foreign Name** | | | | | | |
| **Affidavit?** | N | | | | | |

New Search    Printer Friendly    **Associated Names**

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| **Addr 1** | 3590 SW PAR PL | | | |
| **Addr 2** | | | | |
| **CSZ** | CORVALLIS | OR | 97333 | Country | UNITED STATES OF AMERICA |

**The Authorized Representative address is the mailing address for this business.**

| Type | REP | AUTHORIZED REPRESENTATIVE | | Start Date | 10-23-2017 | Resign Date | |
|---|---|---|---|---|---|---|---|
| **Name** | JOSEPH | P | ARNOLD | | | | |
| **Addr 1** | 3590 SW PAR PL | | | | | | |
| **Addr 2** | | | | | | | |
| **CSZ** | CORVALLIS | OR | 97333 | Country | UNITED STATES OF AMERICA | | |

| Type | REG | REGISTRANT | | |
|---|---|---|---|---|
| **Name** | JOSEPH | P | ARNOLD | |
| **Addr 1** | 3590 SW PAR PL | | | |
| **Addr 2** | | | | |
| **CSZ** | CORVALLIS | OR | 97333 | Country | UNITED STATES OF AMERICA |

New Search    Printer Friendly    **Name History**

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| MERLIN HOME MAGIC | EN | CUR | 10-23-2017 | |

Please read before ordering Copies.

## Summary History

| New Search | Printer Friendly | | | | | |
|---|---|---|---|---|---|---|
| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
| | FAILURE TO RENEW | 12-16-2021 | | SYS | | |
| 📄 | RENEWAL OF REGISTRATION | 09-10-2019 | | FI | | |
| 📄 | APPLICATION FOR REGISTRATION | 10-23-2017 | | FI | Representative | |

## Counties

| New Search | Printer Friendly |
|---|---|

**Counties Filed**

Benton, Clackamas, Jackson, Josephine, Linn, Marion, Multnomah, Polk, Washington

**Counties Not Filed   (but not necessarily available)**

Baker, Clatsop, Columbia, Coos, Crook, Curry, Deschutes, Douglas, Gilliam, Grant, Harney, Hood River, Jefferson, Klamath, Lake, Lane, Lincoln, Malheur, Morrow, Sherman, Tillamook, Umatilla, Union, Wallowa, Wasco, Wheeler, Yamhill

About Us | Announcements | Laws & Rules | Feedback Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site, please contact : corporation.division@sos.oregon.gov

© 2026  Oregon Secretary of State.  All Rights Reserved.