Leon Weingrad
August 18, 2025

Q.   And you state "I need to cancel my appointment tomorrow.  I have something with my family that I can't be there tomorrow."

Do you remember making that statement?

A.   Yes.

Q.   Is that an accurate statement?

A.   Yes.