Leon Weingrad
August 18, 2025

Page 11

A.    Air Force.

Q.    **And then after** ▮▮▮▮ **you were no longer a part of the Air Force?**

A.    No.  I was there until I think ▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q.    **And what do you do?**

A.    Sales.

Q.    **Car sales?**

A.    Yes.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Leon Weingrad
August 18, 2025

Q.    Is it for your businesses at all?

A.    No.

Q.    What number do you use for business?

A.    At work they provide a phone.

Leon Weingrad
August 18, 2025

Q.    Was there any reason that you got another phone number when you already had another one?

A.    Yes.

MR. PERRONG:  Objection to form.

Q.    (BY MS. ZELMER:)  What was the reason?

MR. PERRONG:  Objection to form.

You can answer.

THE WITNESS:  Because I've had to turn my other number off, because it was a Pennsylvanian number, and the telemarketing calls that were coming in were so intense that I had to turn it off, because it was 6:00 a.m.

At 9:00 a.m. the calls would start on the east coast.  It would be 6:00 a.m. at my household, which would wake my family and myself up.  So to turn that off I had to obtain a west coast phone, so it could be normal hours when I was receiving calls.

Leon Weingrad
August 18, 2025



Q.    What is the reason for recording your calls?

MR. PERRONG:  Objection to form.

You can answer.

THE WITNESS:  Just because sometimes I can't hear some of the things that they are saying, or I have a hard time remembering.  You know, it could be anyone calling me for a doctor's appointment, when it is, you know, reference numbers and things like that.  I just record it so I can go back and reference it in case I need to.

Q.    (BY MS. ZELMER:)  Did you start recording for the purpose of any of these incoming calls that

Leon Weingrad
August 18, 2025

you may be receiving that you think you shouldn't be receiving or didn't consent to receive?

MR. PERRONG:  Objection to form.

THE WITNESS:  Can I still answer?

MR. PERRONG:  Yes.

THE WITNESS:  Okay.  I've always --
As I've gotten older I've noticed that my memory just kind of slips me every now and then.  So, yeah, I've been recording a lot of calls before then.

Q.    (BY MS. ZELMER:)  So you didn't start this practice just because you're involved in this litigation.

Is that correct?

A.    I use it in all aspects of my life.



Leon Weingrad
August 18, 2025



A.    I was just trying to find out who was calling me illegally.  That was my point of saying what I said.  But I did not need 10 windows.

Leon Weingrad
August 18, 2025

Page 52



Q.    Okay.  Okay.  It says that you use the phone number for personal, residential and household reasons.  And you do not use the telephone number for business reasons or business uses.

Is that an accurate statement?

A.    Yes, it is.

Leon Weingrad
August 18, 2025

A.    The last time I told them, I spoke to them, was on the phone cancelling the appointment. And I told them I would call them if I was interested.

Q.    Okay.  But nothing in writing, correct?

A.    No.

Q.    You had mentioned that you had tried to register on the DNC.  Do you think that you would have any of those documents showing when you tried to register on the DNC?

MR. PERRONG:  Objection to form. Asked and answered.

To the extent you have a different answer, you can answer.

THE WITNESS:  I am not aware to my knowledge that there is a form.  That when you just look to see if you can put your number on that, either you can or you can't.  I don't think there is a form.  I don't remember ever receiving any type of form for that.

Q.    (BY MS. ZELMER:)  You never got an email response at all?

A.    Not to my knowledge.

Q.    Then how did you know you couldn't register?  It was on the website?

www.lexitaslegal.com
(800) 676-2401

Leon Weingrad
August 18, 2025

Page 71

A.    Yes.

Q.    Okay.  Do you have any other documents with the national do not call registry other than what you've produced?

MR. PERRONG:  Objection to form.

THE WITNESS:  Not to my knowledge.