Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

|  |  |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>          Plaintiff<br><br>vs.<br><br>DABELLA EXTERIORS LLC<br><br> Defendant. | Case No. 3:25-cv-00396-SI<br><br><br>DECLARATION OF ANDREW ROMAN PERRONG TCPA (47 U.S.C. § 227) DEMAND FOR JURY TRIAL |

## DECLARATION OF ANDREW ROMAN PERRONG

1.      My name is Andrew Roman Perrong. I am over 18 years old. I can testify competently to the undersigned statements.

2.      I am counsel for Plaintiff Leon Weingrad in the above-captioned Action.

3.      I make this declaration in support of Plaintiff's opposition to Defendant's Partial Motion for Summary Judgment and Motion to Deny Class Certification or Strike. Except as

1

Perrong Dec.

otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

4.    I am an attorney duly admitted to practice in the Commonwealth of Pennsylvania and the State of Oregon, I am over 18 years of age, and I am competent to testify and make this Declaration on personal knowledge. I have extensive experience in the prosecution of class actions on behalf of consumers, particularly claims under the TCPA.

5.    I am the owner of Perrong Law LLC, my law firm.

6.    In my reasoned and professional judgment, under Rule 56(d), I do not have sufficient facts to adequately address DaBella's contentions regarding use of the Reassigned Number Database, including the Expert Report of David Kalat, because it is unclear as to whether DaBella even uses the RND as an initial matter.

7.    In discovery thus far, no discovery has been conducted into DaBella's use of the RND, and the parties have not conducted discovery into whether DaBella subscribes to or uses the RND.

8.    Information relating to DaBella's use or non-use of the RND will help the Court to evaluate whether or not DaBella can even claim a potential safe harbor.

9.    In discovery in this matter, DaBella has also not produced any admissible evidence of putative consent to contact Plaintiff or any class members.

10.    DaBella has also taken the position that it should not have to produce any evidence of consent as to any class members and has resisted the Plaintiff's discovery requests into the same.

11.    In an effort to obtain consent evidence, Plaintiff served subpoenas on SBBNet and Richardson Marketing Group, attached as Exhibits A and B to this Declaration.

2

Perrong Dec.

12.    A lawyer named "Joseph DeCaporale" responded to the SBBNet subpoena requesting an extension of time within which to respond, but no further response was made, and that time has long since expired. Exhibit C.

13.    Richardson Marketing Group has wholesale failed to respond, as reflected in Exhibit D to this Declaration.

14.    To this point, no meaningful class discovery has occurred, an issue that will soon be the subject of a motion to compel. DaBella has thus far refused to produce classwide calling or consent records, and refuses to even provide a list of the vendors on which it relied to make calls or obtain consent.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this 23rd day of March, in the United States of America,**

_____

**Andrew Roman Perrong**

Perrong Dec.