**PERRONG LAW LLC**

Andrew Perrong <a@perronglaw.com>

## RE: Subpoena to SBBnet - Weingrad v. Dabella 3:25-cv-00396

2 messages

**Anthony Paronich** <anthony@paronichlaw.com>
To: Joseph DeCaporale <jdecaporale@gmail.com>
Cc: Andrew Perrong <a@perronglaw.com>

Wed, Jul 9, 2025 at 12:45 PM

Mr. DeCaporale:

Given the limited scope of the subpoena, we are not amenable to an additional 30 days to respond, but we are amenable to an additional 14 days as long as we receive all documents your client intends to voluntarily produce on that date.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Joseph DeCaporale <jdecaporale@gmail.com>
**Sent:** Wednesday, July 9, 2025 12:07 PM
**To:** anthony@paronichlaw.com
**Subject:** Subpoena to SBBnet - Weingrad v. Dabella 3:25-cv-00396

Mr. Paronich,

SBBnet is in receipt of your subpoena in this matter with a stated response date of 7/10/25. The company is working diligently on gathering responsive information. Due to the press of business and staffing needs, in conjunction with scope of the requests, we are requesting a 30 day extension to respond. SBBnet is a small entity and unable to halt or disrupt

normal business operations.  The information is being gathered for the response in good faith.  The company can have the responsive materials to you by August 9, 2025.

Thank you for your professional attention to this issue.

Joseph DeCaporale

Counsel for SBBnet (Colorado)

303-884-6695

---

**Anthony Paronich** <anthony@paronichlaw.com>                                        Wed, Jul 9, 2025 at 1:16 PM
To: Joseph DeCaporale <jdecaporale@gmail.com>, Andrew Perrong <a@perronglaw.com>

Confirmed, thank you.
----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Wed, Jul 9, 2025 at 1:16 PM Joseph DeCaporale <jdecaporale@gmail.com> wrote:
> Agreed as to 7/24/25.  Thank you.
>
> Joseph
>
> 303-884-6695
> [Quoted text hidden]