# UNITED STATES DISTRICT COURT

for the
District of Oregon

| | | |
|---|---|---|
| **Leon Weingrad** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25-cv-00396 |
| | ) | |
| | ) | |
| **Dabella Exteriors LLC** | ) | |
| | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Mike Ash, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to RICHARDSON MARKETING GROUP LLC in Franklin County, OH on February 17, 2026 at 6:47 pm at 4843 Drayton Rd, Hilliard, OH 43026-9540 by leaving the following documents with Derek Richardson who as Owner is authorized by appointment or by law to receive service of process for RICHARDSON MARKETING GROUP LLC.

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION
Race: Black or African American, Sex: Male, Est. Age: 35-44, Hair: Brown, Glasses: N, Est. Weight: 240 lbs to 260 lbs, Est. Height: 6' 3" to 6' 6".
Geolocation of Serve: https://google.com/maps?q=40.0504899,-83.1625214997
Photograph: See Exhibit 1

Total Cost: $150.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Franklin County                          ,

OH        on    2/18/2026            .

/s/ *Mike Ash*

Signature
Mike Ash
+1 (614) 404-5119



Exhibit 1a)