Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, | |
| Plaintiff | Case No. 3:25-cv-00396-SI |
| vs. | |
| DABELLA EXTERIORS LLC | |
| Defendant. | DECLARATION OF LEON WEINGRAD TCPA (47 U.S.C. § 227) DEMAND FOR JURY TRIAL |

## DECLARATION OF LEON WEINGRAD

1.      My name is Leon Weingrad. I am over 18 years old. I can testify competently to the undersigned statements.

2.      I am Plaintiff in the above-captioned Action.

3.      I make this declaration in support of Plaintiff's opposition to Defendant's Partial Motion for Summary Judgment and Motion to Deny Class Certification or Strike. Except as

1

Weingrad Dec.

otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

4. My telephone number 503-XXX-XXXX is on the National Do-Not-Call Registry.

5. In fact, at the time I obtained my telephone number, I attempted to re-register the number on the National Do-Not-Call Registry but was unable to do so because I received a message telling me that the number was already registered.

6. I want my number on the National Do-Not-Call Registry and do not want it removed from the National Do-Not-Call Registry.

7. My telephone number 503-XXX-XXXX is a residential cellular telephone number.

8. I am the user of 503-XXX-XXXX.

9. The 503-XXX-XXXX number is registered in my name and I am the subscriber of record.

10. I obtained the 503-XXX-XXXX number in July of 2024. It has been my number continually since that time.

11. This number is used for personal, family, and household purposes. I do not use it for business purposes or business use at all.

12. I pay for the telephone number with my personal financial accounts.

13. I have never used the number for business purposes or business use, nor ever held it out to the world as a business number.

14. I have no connection with the business Merlin Home Magic, and did not hold my telephone number out to the world as a business number, including for Merlin Home Magic.

2

Weingrad Dec.

15. I also have no connection with whom I understand to be the previous subscriber of my telephone number, Joe Arnold.

16. Starting on February 6, 2025, I received unsolicited text message calls and voice calls from DaBella as more fully outlined in my Complaint.

17. During the seventh call on February 7, 2025, I spoke with the DaBella agent who was calling me, "Teresa," to ascertain who was calling me illegally and for no other reason. I called in the following day to cancel whatever appointment I may have scheduled with Teresa and indicated that I would reach out to DaBella if I was interested at a later time.

18. Despite this fact, DaBella dispatched individuals to my house anyway on or about February 8 to measure my windows while I was not home.

19. My wife, who was home at the time, called me to inform me of the same, and I instructed her that these individuals should not be there and not to answer the door.

20. Despite this fact, DaBella called me again on September 11, 2025, after I had filed this lawsuit, after I had cancelled any appointment, and after having no further interaction with DaBella.

21. During that call, the representative again asked for "Robert" and asked if I was still interested in getting a quote for windows, and then hung up when I asked why DaBella was continuing to call me.

22. Shockingly, on or about October 20, 2025, DaBella sent two goons to come to my house, which resulted in the police being called and DaBella being trespassed from my residence.

23. It is my understanding that DaBella claims that they sent these goons to my house to follow up in person with me about my alleged interest in windows from DaBella.

3

Weingrad Dec.

24.     I have never visited the website searchrenovation.us, nor would have visited any website seeking home improvements or windows, particularly as I do not own windows.

25.     I thus did not and would not have submitted any form containing my telephone number to searchrenovation.us or any other website selling home improvements or windows.

26.     I do not know anyone named "Robert Bronson."

27.     I am not and have never been a customer of DaBella, SBBNet, Richardson Marketing Group, or any other operator of searchrenovation.us, nor entered into any contract or agreement with them.

28.     I have reviewed the other assertions in the Defendant's motions. Most of them are perplexing and utterly false.

29.     I did not create, post, or authorize any of the alleged internet listings associating a defunct business called "Merlin Home Magic" to my telephone number.

30.     As a consumer protection advocate, I have filed several lawsuits alleging violations of the Telephone Consumer Protection Act.

31.     Identifying the origin of callers who place unwanted and illegal calls to me is virtually impossible without engaging the callers in their telemarketing script in order to obtain their true corporate identities. Otherwise, the callers are impossible to identify and hold accountable for their actions.

32.     My actions in investigating the callers who illegally call me by engaging with their telemarketing scripts does not place me in a position to invite calls or deprive me of the injury these calls inflict upon me. Rather, my engagement with the callers who call me occurs only during the course of the illegal and unsolicited calls that they place to me on their own

Weingrad Dec.

accord, without any interaction nor intervention from me. This engagement, in turn, only allows me to identify the callers who break the law by concealing their identities.

33. To be clear, I do nothing to precipitate the illegal calls and messages which are placed to me. I do not want these communications, but they continue to be placed to me. They are highly annoying and disruptive and therefore harmed me.

34. I do not welcome nor invite these illegal calls and have taken measures for them to stop, including by placing my number on the Do-Not-Call Registry, as outlined above, and holding those who call me accountable for their actions.

35. I am a U.S. Air Force Veteran and have some hearing and memory problems. As such, I frequently, and lawfully, record calls that are paced to me to assist my memory and ability to hear important information. I use this functionality in all aspects of my life.

36. I was harmed by the Defendant's calls and text messages. Illegal calls are frustrating, obnoxious, and annoying. They are a nuisance and disturbed my solitude.

37. My number is on the Do-Not-Call Registry, and I did not provide any consent for anyone to send the calls to me.

38. I do not and have never welcomed nor wanted illegal calls and do nothing to receive or deserve them. My injury was done completely at the hands of Defendant, who took it upon itself to call me multiple times in violation of the TCPA, including during this lawsuit.

39. I brought this case as a class action because I know that there are likely thousands more people in a similar situation such as myself, having received calls from Defendant without their consent.

Weingrad Dec.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this 23rd day of March, in the United States of America,**

Leon Weingrad (Mar 23, 2026 14 33 35 PDT)

**Leon Weingrad**

6

Weingrad Dec.