Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone:  503.624.6800
Facsimile:  503.624.6888

Diane J. Zelmer, Esq. (pro hac vice)
FL Bar No. 27251
BERENSON LLP
4495 Military Trail, Suite 203
Jupiter, Florida 33458
Telephone: 561-429-4496
Email: djz@berensonllp.com
*Attorneys for Defendant DABELLA EXTERIORS, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 3:25-CV-00396-SI |
| Plaintiff, | DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLIES TO PLAINTIFF'S RESPONSE TO DEFENDANT'S PARTIAL MOTION FOR SUMMARY JUDGMENT, MOTION TO DENY CLASS CERTIFICATION AND STRIKE CLASS CLAIMS AND REQUEST FOR JUDICIAL NOTICE |
| vs. | |
| DABELLA EXTERIORS LLC, | |
| Defendant. | |

DEFENDANT'S UNOPPOSED MOET

## LR 7-1 CERTIFICATION

Defendant, DaBella Exteriors, LLC ("DaBella" or "Defendant"), hereby certifies that in compliance with Local Rule 7-1, the parties conferred in good faith on March 31, 2026, and Plaintiff's counsel indicated he did not oppose the relief sought in this motion.

## MOTION

Defendant DaBella Exteriors, LLC, pursuant to Fed. R. Civ. P. 6 and Local Rule 16-3, by and through its attorneys, moves the Court for an Order extending the deadline for Defendant to file its Reply to Plaintiff's Response to Defendant's Motion for Partial Summary Judgment, Motion to Deny Class Certification and Strike Class Claims and Request for Judicial Notice (ECF 50, 51, 52) for an additional fourteen (14) days, through and including April 20, 2026.

## MEMORANDUM

The attorney primarily responsible for drafting the reply brief has personal and professional conflicts and requires additional time to prepare the Replies. To that end, Defendant requests a fourteen (14) day extension to file its Reply to the Plaintiff's Response to Defendant's Motion for Partial Summary Judgment, Motion to Deny Class Certification and Strike Class Claims and Request for Judicial Notice (ECF 50, 51, 52). This is the first extension requested in connection with this filing and is not sought for purposes of delay. The requested extension will not impact other existing deadlines in this matter. In seeking the foregoing extension, Defendant does not waive, and expressly reserves, any and all rights, objections, arguments, and defenses relating to the Motions and Responses.

**WHEREFORE**, Defendant DaBella Exteriors, LLC respectfully requests that this Court extend the deadline for DaBella to file its Replies to Plaintiff's Response to Defendant's Motion for Partial Summary Judgment, Motion to Deny Class Certification and Strike Class Claims and

DEFENDANT'S UNOPPOSED MOET - 1

Request for Judicial Notice (ECF 50, 51, 52) through April 20, 2026, as well as grant any other relief that the Court deems just and proper.

DATED this 31st day of March, 2026.

SNELL & WILMER L.L.P.

/s/ Drew L. Eyman
Drew L. Eyman, OSB No. 163762

and

Diane J. Zelmer, *pro hac vice*
BERENSON LLP
4495 Military Trail, Suite 203
Jupiter, FL 33458
Phone: (561) 429-4496
Facsimile: (703) 991-2195
E-mail: djz@berensonllp.com
Secondary: hac@berensonllp.com

*Attorneys for Defendant DaBella Exteriors LLC*

DEFENDANT'S UNOPPOSED MOET - 2