Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone:  503.624.6800
Facsimile:  503.624.6888
*Attorney for Defendant, DaBella EXTERIORS, LLC*

Diane J. Zelmer, Esq. (pro hac vice)
FL Bar No. 27251
BERENSON LLP
4495 Military Trail, Suite 203
Jupiter, Florida 33458
Telephone: 561-429-4496
Email: djz@berensonllp.com
*Attorney for Defendant, DaBella EXTERIORS, LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 3:25-CV-00396-SI |
| Plaintiff, | DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLIES TO PLAINTIFF'S RESPONSE TO DEFENDANT'S PARTIAL MOTION FOR SUMMARY JUDGMENT, MOTION TO DENY CLASS CERTIFICATION AND STRIKE CLASS CLAIMS AND REQUEST FOR JUDICIAL NOTICE |
| Vs. | |
| DABELLA EXTERIORS LLC, | |
| Defendant. | |

4935-9231-6825

## LR 7-1 CERTIFICATION

Defendant, DABELLA EXTERIORS LLC ("DaBella" or "Defendant"), hereby certifies that in compliance with Local Rule 7-1, the parties conferred in good faith on April 14, 2026, and Plaintiff's counsel indicated he did not oppose the relief sought in this motion.

## MOTION

Defendant, DaBella Exteriors, LLC, pursuant to Fed. R. Civ. P. 6 and Local Rule 16-3, by and through its attorneys, moves the Court for an Order extending the deadline for Defendant to file its Reply to Plaintiff's Response to Defendant's Motion for Partial Summary Judgment, Motion to Deny Class Certification and Strike Class Claims and Request for Judicial Notice (Doc. Nos. 50, 51, 52) for an additional seven (7) days, through and including April 27, 2026.

## MEMORANDUM

The attorney primarily responsible for drafting the reply brief has personal and professional conflicts. To that end, Defendant requests a seven (7) day extension to file its Reply to the Plaintiff's Response to Defendant's Motion for Partial Summary Judgment, Motion to Deny Class Certification and Strike Class Claims and Request for Judicial Notice (Doc. Nos. 50, 51, 52). This is the second extension requested in connection with this filing. The requested extension will not impact other existing deadlines in this matter. This extension is not sought for purposes of delay. In seeking the foregoing extension, Defendant does not waive, and expressly reserves, any and all rights, objections, arguments, and defenses relating to the Motions and Responses.

DEFENDANT'S MOTION FOR EXTENSION - 1

**WHEREFORE**, Defendant, DaBella Exteriors, LLC respectfully requests that this Court extend the deadline for DaBella to file its Replies to Plaintiff's Response to Defendant's Motion for Partial Summary Judgment, Motion to Deny Class Certification and Strike Class Claims and Request for Judicial Notice (Doc. Nos. 50, 51, 52) through April 27, 2026, as well as grant any other relief that the Court deems just and proper.

Dated:  April 15, 2026                Respectfully submitted,


/s/ Diane J. Zelmer_____
Diane J. Zelmer, Esq.
Florida Bar No. 27251
BERENSON LLP
4495 Military Trial, Suite 203
Jupiter, Florida 33458
Tel:   (561) 429-4496
Fax:   (703) 991-2195
Email:  djz@berensonllp.com
Secondary Email:  hcc@berensonllp.com
*Counsel for DaBella Exteriors LLC*

*-and-*

Drew L. Eyman, OSB No.: 1637762
Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, OR 97204-3229
T: (971) 213-1070
Email: deyman@swlaw.com

DEFENDANT'S MOTION FOR EXTENSION - 2