Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>DABELLA EXTERIORS LLC<br><br> Defendant. | Case No. 3:25-cv-00396-SI<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY<br><br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL
### AUTHORITY IN SUPPORT OF HIS RESPONSE
### IN OPPOSITION TO DEFENDANT'S MOTION TO DENY CLASS CERTIFICATION

Plaintiff submits this Notice of Supplemental Authority to advise the Court of a recent

decision relevant to the Court's consideration of Defendant's motion to deny class certification.

In *Wilson v. TPH Paralegal Prof. Corp.*, No. 6:25-cv-01703-MTK, 2026 WL 899930 (D. Or.

Apr. 1, 2026), Judge Kasubhai denied a defendant's motion to strike TCPA class claims, albeit at

the pleadings stage. A copy of the decision is attached as Exhibit 1.

*Wilson* is directly relevant to the class certification and class striking issues raised by

Notice of Supp. Authority                    1

Defendant's Motion. 3:25-cv-00396-SI. In particular, the *Wilson* court reaffirmed that "[c]ourts in the Ninth Circuit routinely deny motions to dismiss or strike class allegations at the pleading stage." *Id.* at *6. The Wilson court also rejected an adequacy and typicality challenge to class certification premised on the plaintiff's number allegedly being "publicly posted online" and allegedly used as a "dummy number," holding that the defendant "cites no case where an individual's number being unique or posted online equated to consent to being called under the TCPA or otherwise created such distinct legal questions that the individual's claims were not typical of a class." *Id.* at *7. Finally, the Wilson court confirmed that a class definition similar to those here, defined by objective, record-based criteria, was not impermissibly fail-safe, since "proving that an individual is a member of the class does not equate to liability." *Id.*

Plaintiff respectfully requests that the Court consider this submission as further authority supporting Plaintiff's opposition to Defendant's motion and respectfully submits that this Court should similarly rule.

Dated: April 26, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

Notice of Supp. Authority                    2

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

April 26, 2026

<u>/s/ *Andrew Roman Perrong*</u>
Andrew Roman Perrong, Esq.