Drew Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
601 SW Second Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone:    503.624.6800
Facsimile:    503.624.6888

Diane J. Zelmer, *pro hac vice*
djz@berensonllp.com
BERENSON LLP
1242 SW Pine Island Road, Suite 42-414
Cape Coral, FL 33991
Telephone:    561.429.4496
Facsimile:    703. 991.2195

*Attorneys for Defendant DaBella Exteriors LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, , <br><br> Plaintiff, <br><br> v. <br><br> DABELLA EXTERIORS LLC, <br><br> Defendant. | Case No. 3:25-CV-00396-SI <br><br> DEFENDANT'S NOTICE OF CHANGE OF ADDRESS |

Diane J. Zelmer, Esq., Berenson LLP, counsel for Defendant, DABELLA EXTERIORS

LLC ("DABELLA"), hereby files this Notice of Change of Address notifying the Court and all

parties and counsel of record of the undersigned's change of mailing address as follows:

Diane J. Zelmer, Esq.
BERENSON LLP
1242 SW Pine Island Road, Suite 42-414
Cape Coral, FL 33991

Dated:  May 26, 2026                    Respectfully submitted,

                                        /s/ Diane J. Zelmer, Esq.

Page 1 – NOTICE OF CHANGE OF ADDRESS

Diane J. Zelmer, Esq., *pro hac vice*
BERENSON LLP
1242 SW Pine Island Road, Suite 42-414
Cape Coral, FL 33991
Tel: (561) 429-4496
Fax: (703) 991-2195
Email: djz@berensonllp.com
Secondary Email: hcc@berensonllp.com
*Attorneys for Dabella Exteriors LLC*

*-and-*

Drew L. Eyman, OSB No.: 163762
Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, OR 97204-3229
T: (971) 213-1070
Email: deyman@swlaw.com
*Counsel for Dabella Exteriors LLC*