Drew L. Eyman, OSB No. 163762
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone:  503.624.6800
Facsimile:  503.624.6888
Email: deyman@swlaw.com
*Attorney for Defendant, DABELLA EXTERIORS, LLC*

Diane J. Zelmer, Esq. (pro hac vice)
FL Bar No. 27251
BERENSON LLP
1242 SW Pine Island Rd.,
Ste 42-414
Cape Coral, FL 33991
Telephone: 561-429-4496
Email: djz@berensonllp.com
*Attorney for Defendant, DABELLA EXTERIORS, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>              Plaintiff<br><br>vs.<br><br>DABELLA EXTERIORS LLC<br><br>              Defendant. | Case No. 3:25-cv-00396-SI<br><br><br>JOINT MOTION FOR EXTENSION<br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1, Plaintiff conferred with counsel for Defendants, who do not oppose

this motion.

JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE                    1

## **MOTION**

Plaintiff Leon Weingrad and Defendant DaBella Exteriors LLC, by and through their respective counsel, jointly move this Court for an order to extend the discovery deadline by 90 days, modifying the Case Management Schedule (ECF No. 47).

## **MEMORANDUM**

Pursuant to Rule 6 and LR 16-3, Plaintiff moves the Court for an Order extending the fact discovery deadline, and for good cause shown, states as follows:

1.      On September 16, 2025, the Court entered a Case Management Schedule setting, among other deadlines, a fact discovery cutoff of March 16, 2026, and a class certification and dispositive motion deadline of July 27, 2026. (ECF No. 22.)

2.      On February 23, 2026, the Court held a telephonic status conference, and at that conference, Plaintiff's counsel requested a revised case management schedule.

3.      On March 12, 2026, the Parties filed their joint motion to extend the deadlines, and on March 13, 2026, the Court granted the Parties' requested extensions.

4.      On February 10, 2026, Defendant filed its Motion for Partial Summary Judgment (ECF No. 31) and Motion to Deny Class Certification (ECF No. 32), and those motions are fully briefed and pending a decision.

5.      The Plaintiff has served additional written discovery on Defendant, and Defendant responded to those requests on April 30, 2026 and May 18, 2026.   Defendant has also served additional written discovery on Plaintiff, which is due on the current discovery deadline on June 15, 2026.

6.      In addition, Defendant served a subpoena on Plaintiff's employer, and on May 27, 2026, Plaintiff filed a motion to quash a subpoena that Defendant had served upon Plaintiff's employer (ECF No. 72), which remains pending.

7.      The Plaintiff has also requested a deposition of the corporate representative of Defendant, and the parties are in the process of conferring on the date and scope of that deposition. The Defendant will also need to depose the Plaintiff on topics unpermitted at his first deposition and/or for matters discovered after his deposition.  The Parties have additional unconcluded fact discovery matters.

8.      The parties have used due diligence, but require additional time for fact discovery, and request that the Court extend the current fact discovery deadline of June 14, 2026 through to and including September 14, 2026.

9.      The other deadlines ordered by the Court on March 13, 2026 shall remain, and thus, this motion does not affect the other case management deadlines.

10.     For the foregoing reasons, the parties respectfully request that the Court grant this Motion and extend the discovery deadline as requested.

11.     Notwithstanding the foregoing, in seeking this extension, Plaintiff and Defendant do not waive, and expressly reserve, any and all rights, objections, arguments and defenses with regard to this motion, fact discovery, case management or otherwise.

    RESPECTFULLY SUBMITTED AND DATED this 11th day of June, 2026.


    Respectfully submitted,

| Counsel for Defendant | Counsel for Plaintiff and proposed class |
|---|---|
| Diane J. Zelmer, Esq. | Anthony I. Paronich (*pro hac vice*) |
| FL Bar No: 27251- *Pro hac vice* | |
| E-mail: djz@berensonllp.com | Paronich Law, P.C. |
| Secondary: hcc@berensonllp.com | 350 Lincoln Street, Suite 2400 |

| | |
|---|---|
| BERENSON LLP<br>1242 SW Pine Island Rd.,<br>Ste 42-414<br>Cape Coral, FL 33991<br>Phone: 561-429-4496<br>Facsimile: (703) 991-2195<br><br>By:  /s/ Diane J. Zelmer | Hingham, MA 02043<br>Telephone: (617) 485-0018<br>anthony@paronichlaw.com<br><br>By:  /s/ Anthony I. Paronich |
| ***Counsel for Defendant***<br>Drew L. Eyman, OSB No.: 1637762<br>Snell & Wilmer<br>601 SW 2nd Avenue, Suite 2000<br>Portland, OR 97204-3229<br>T: (971) 213-1070<br>Email: deyman@swlaw.com | ***Counsel for Plaintiff and proposed class***<br>Andrew Roman Perrong, Esq.<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>T: (215) 225-5529<br>a@perronglaw.com<br>Attorney for Plaintiff |

JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE                    4