Drew L. Eyman, OSB No. 163762
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone: 503.624.6800
Facsimile: 503.624.6888
Email: deyman@swlaw.com
*Attorney for Defendant, DABELLA EXTERIORS, LLC*

Diane J. Zelmer, Esq. (pro hac vice)
FL Bar No. 27251
BERENSON LLP
1242 SW Pine Island Rd.,
Ste 42-414
Cape Coral, FL 33991
Telephone: 561-429-4496
Email: djz@berensonllp.com
*Attorney for Defendant, DABELLA EXTERIORS, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>DABELLA EXTERIORS LLC<br><br>Defendant. | Case No. 3:25-cv-00396-SI<br><br>JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND EXPERT DEPOSITION DEADLINE<br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

**LR 7-1 CERTIFICATION**

Pursuant to LR 7-1, Plaintiff conferred with counsel for Defendants, who concur in and jointly bring this motion.

## MOTION

Plaintiff Leon Weingrad and Defendant DaBella Exteriors LLC, by and through their respective counsel, jointly move this Court for an order to extend the discovery deadline by 42 days and the expert deposition deadline by 28 days, which extends both deadlines to October 26, 2026, modifying the Case Management Schedule (ECF No. 47).

## MEMORANDUM

Pursuant to Rule 16 and LR 16-3, Plaintiff moves the Court for an Order extending the fact discovery deadline, and for good cause shown, states as follows:

1. On September 16, 2025, the Court entered a Case Management Schedule setting, among other deadlines, a fact discovery cutoff of March 16, 2026, and a class certification and dispositive motion deadline of July 27, 2026. (ECF No. 22.)

2. On February 23, 2026, the Court held a telephonic status conference, and at that conference, Plaintiff's counsel requested a revised case management schedule.

3. On March 12, 2026, the Parties filed their joint motion to extend the deadlines, and on March 13, 2026, the Court granted the Parties' requested extensions.

4. On February 10, 2026, Defendant filed its Motion for Partial Summary Judgment (ECF No. 31) and Motion to Deny Class Certification (ECF No. 32), and those motions are fully briefed and pending a decision.

5. On June 11, 2026, the parties filed their joint motion for extension of the discovery deadline (ECF No. 75), and the Court granted that extension through and including September 14, 2026 (ECF No. 76).

6. Plaintiff has requested two additional fact depositions under Rule 30(b)(1) of Defendant as well as a second deposition of Defendant's corporate representative under Rule

30(b)(6), and Defendant has requested a second deposition of the Plaintiff. The parties are in the process of conferring on the scope of those depositions as well as supplemental discovery responses.

7. In addition, the parties have exchanged expert reports, and will be proceeding with scheduling expert depositions. The current deadline for expert depositions is September 28, 2026.

8. The parties have used due diligence, but require additional time for fact discovery and expert depositions, and request that the Court extend the current fact discovery deadline of September 14, 2026 through to and including October 26, 2026, and extend the current expert deposition deadline of September 28, 2026 to October 26, 2026.

9. The other deadlines ordered by the Court on March 13, 2026 shall remain, and thus, this motion does not affect the other case management deadlines.

10. For the foregoing reasons, the parties respectfully request that the Court grant this Motion and extend the discovery deadline as requested.

11. Notwithstanding the foregoing, in seeking this extension, Plaintiff and Defendant do not waive, and expressly reserve, any and all rights, objections, arguments and defenses with regard to this motion, fact discovery, case management or otherwise.

RESPECTFULLY SUBMITTED AND DATED this 4th day of September, 2026.

Respectfully submitted,


| ***Counsel for Defendant*** | ***Counsel for Plaintiff and proposed class*** |
| --- | --- |
| Diane J. Zelmer, Esq.<br>FL Bar No: 27251- *Pro hac vice*<br>E-mail: djz@berensonllp.com<br>Secondary: hcc@berensonllp.com<br>BERENSON LLP<br>1242 SW Pine Island Rd.,<br>Ste 42-414<br>Cape Coral, FL 33991 | Anthony I. Paronich (*pro hac vice*)<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Telephone: (617) 485-0018<br>anthony@paronichlaw.com |

| | |
|---|---|
| Phone: 561-429-4496<br>Facsimile: (703) 991-2195<br><br>By: /s/ Diane J. Zelmer | By: /s/ Anthony I. Paronich |
| ***Counsel for Defendant***<br>Drew L. Eyman, OSB No.: 163762<br>Snell & Wilmer<br>601 SW 2nd Avenue, Suite 2000<br>Portland, OR 97204-3229<br>T: (971) 213-1070<br>Email: deyman@swlaw.com | ***Counsel for Plaintiff and proposed class***<br>Andrew Roman Perrong, Esq.<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>T: (215) 225-5529<br>a@perronglaw.com<br>Attorney for Plaintiff |