| history_created_date | message | mobile_number | scheduled_send_date | created_date | processed | processed_date | mes | message_types_id |
|---|---|---|---|---|---|---|---|---|
| 2025-02-06 16:22:56 | Hi Robert, this is DaBella. I see you are interested in a Home Improvement estimate. | 503[redacted] | 2025-02-06 16:20:54 | 2025-02-06 16:20:54 | 1 | 2025-02-06 16:22: | 4 | 107754 |

**POSTED**
**DO-NOT-CALL**
**STANDARDS AND PROCEDURES**

As you learned in your training course, DaBella is required, in accordance with the federal Telephone Consumer Protection Act and similar federal and state laws regulating telemarketing, to establish certain safeguards for our customers and our potential customers when contacting them over the telephone. These safeguards include the establishment of a “Do-Not-Call” or “DNC” list. The purpose of this form is to remind you of our policies and procedures and to provide you with a simple reference guide should you wish to review our policy at any time.

***Maintaining an Internal Do-Not-Call Database.*** DaBella maintains an internal DNC list. Residential consumers may submit, via mail or telephone, a request to DaBella asking that we not contact the consumer. To be added to DaBella’s do-not-call list, consumers can call 844-322-3552 or send a written request, including name, address and telephone number to 3495 Northeast Aloclek Drive, Hillsboro, OR. Information placed in the Do-Not-Call database will remain in the database for at least five (5) years. Residential consumers may also make such request to you during an outbound solicitation.

***National Do-Not-Call Registry.*** Every thirty one (31) days, we will access the National Do-Not-Call registry (maintained by the Federal Trade Commission) and download the information contained in the Registry. Every quarter, we will access state level DNC lists (as applicable) and download the information contained in those registries. All telephone numbers downloaded from the registry (except those numbers belonging to a consumer with whom we have an established business relationship) will be deleted from the calling lists used by DaBella’s sales representatives.

***Established Business Relationship.*** When a residential consumer has listed his or her residential telephone number on the Registry, we may still contact that consumer if DaBella has an established business relationship with the consumer. The company typically has an established business relationship with a consumer when:

(1) The consumer has made a purchase or engaged in another transaction with DaBella within eighteen (18) months immediately preceding the date of the solicitation; or (2) The consumer has made an inquiry or sent an application regarding products or services DaBella offers within three (3) months immediately preceding the date of the solicitation; provided that the business relationship has not been previously terminated. Some states have different rules, so please see any accompanying state addendum for additional restrictions or compliance requirements.

STEPS YOU MUST BE AWARE OF AND FOLLOW

1. You must not initiate any telephone solicitation before 8:00 a.m. or after 9:00 p.m., local time for the consumer. In some states these times are even more restrictive, especially on Sunday, so please see any accompanying state addendum for additional restrictions or compliance requirements.

2. At the beginning of all outbound telemarketing calls, the caller must (i) state the name of the person calling, (ii) state the call is made on behalf of DaBella, (iii) explain the purpose of the call, such as "following up your inquiry for a quote"; (iv) state the call is being recorded, and (v) state that we may use an automated dialer to reach out to them. Before the end of the call, a phone number must be given in which to contact us (844-322-3552).

3. If the consumer requests not to receive any further calls from DaBella, you must disposition the consumer as "DNC" into our software system. If the consumer states that they do not remember giving consent for us to call them, state that we are responding to an inquiry that they may have submitted online and will put them on our "Do-Not-Call" list, provide our contact number 844-322-3552 and end the call. The "DNC" disposition will be used in our software system as a database for our "Do-Not-Call" list.

4. **A copy of these standards and procedures will be made available upon request from any customer or potential customer of DaBella. You are required to promptly advise your manager or supervisor of any such request, so that we may send to the consumer a copy of this material via pre-paid first class mail.**

These procedures are very important to us, as we maintain a list of our DNC requests for a 5-year period from the date the request is first made by the consumer. It is our goal to provide both our customers and our potential customers with the privacy they request. We strive to prevent any accidental repeat telephone calls from going out to a consumer who is on our DNC list. This is why our DNC lists are reviewed daily and cross-referenced with any new consumer data information. As part of our continual quality control procedures, we may choose, from time-to-time, to run test procedures to ensure that our telemarketing staff is properly complying with our policies.

***I acknowledge I have received training and a copy of DaBella's Do-Not-Call policy and will abide by this policy during my tenure as a company employee.***

***Employee Name:*** ___________________________________

***Employee Signature:*** ________________________________

***Date:*** ___________________________________

# DNC And Telemarketing Policy Training Acknowledgement

DaBella
Quality Begins at Home™

I, ______________________, attended the DNC and telemarketing training administered by ______________________, (Trainer) on ______________________ (Date). I understand and will adhere to DaBella's DNC Policy, which was Covered in the Training.

Employee Signature Employee Name Date

DaBella™

Quality Begins at Home™

# DaBella Telemarketing Policy

Revised: 06/01/2023

# Table of Contents

1 Purpose 3
2 Lead Generation Standards 3
2.1 Consent Language Requirements 3
3 Calling Standards 3
3.1 Oral Disclosures 3
3.2 Time Period Restrictions 4
3.3 Use of ATDS 4
3.4 Expression of Interest 4
3.5 Established Business Relationship 4
4 DNC Policy 4
4.1 Policy 4
4.2 Procedures 5
4.3 Posting Requirement 5
5 Training 5
5.1 Training Content 5
5.2 Training Frequency 6
5.3 Proof of Training 6
6 Auditing 6
6.1 Scope 6
6.2 Responsible Party 6
6.3 Frequency 6

# 1 Purpose

The purpose of the "DaBella Telemarketing Policy" is to ensure DaBella is making efforts to be compliant to the Telephone Consumer Protection Act and similar laws in regards to telemarketing practices to potential consumers. This policy impacts all personnel and authorized agents involved in telemarketing activities.

# 2 Lead Generation Standards

All leads purchased or generated will have an approved proof of consent as defined in section 2.1. Approved proof of consent means (i) consent language has met all requirements; and (ii) proof of consent is given using TrustedForm or Jornaya or similar systems.

## *2.1 Consent Language Requirements*

Approved consent language will have (i) have clear articulation how consent is given, (i) "by clicking button above"; (ii) list the telephone number that the consumer will be contacted at, "phone number above" ; (iii) identify "Dabella"; (iv) state use of an Automated Telephone Dialing System (ATDS); (v) state use of text messages or SMS; (vi) defines the scope of the subject matter, "home improvement project"; and (vii) consent is not requires as a condition to purchase goods or services.

"By clicking above, you authorize DaBella, who can help you learn more about Roofing, Siding, Window, Bath and other home remodeling projects, to call and email you at the telephone number(s) and email provided, and you understand that we may use automated telephone dialing system (ATDS) including text messaging to contact you. You understand that your consent is not required to purchase products or services, and you understand that you may revoke your consent at any time by calling DaBella at 855-322-3552.

# 3 Calling Standards

## *3.1 Oral Disclosures*

At the beginning of the all outbound telemarketing calls, the caller must (i) state the name of the person calling, (ii) state the calling is made of behalf of DaBella, (iii) explain the purpose of the call, "following up your inquiry for a quote"; (iv) state the call is being recorded, and (v) state that we may use and automated dialer to reach out to them. Before the end of the call, a phone number must be given in which to contact us.

### 3.2 *Time Period Restrictions*

No calls will be made to private residences before 8:00 a.m or after 9:00 p.m (local time per lead data).

### 3.3 *Use of Automated Telephone Dialing System (ATDS)*

Due to varying interpretations in the courts of what classifies as an ATDS, DaBella will adopt the perspective that we do in fact use an ATDS even though that may not be the case.

### 3.4 *Expression of Interest*

If a consumer has expressed some level of interest for our goods or services, we have 90 days in which to telemarket them. If we cannot connect with the consumer within 90 days, we will stop all dialing efforts to them. In the case where they re-submit interest, the time will reset to the last date of interest.

### 3.5 *Established Business Relationship*

We have an Established Business Relationship with a consumer when they have actually made a purchase from DaBella. With a purchase made, we have 18-months from the date of last payment to telemarket them for other goods or services.

## 4 DNC Policy

### 4.1 *Policy*

**Maintaining an Internal Do-Not-Call Database.** DaBella maintains an internal DNC list. Residential consumers may submit, via mail or telephone, a request to DaBella asking that we not contact the consumer. To be added to DaBella's do-not-call list, consumers can call **844-322-3552** or send a written request, including name, address and telephone number to **3495 Northeast Aloclek Drive, Hillsboro, OR**. Information placed in the Do-Not-Call database will remain in the database for at least five (5) years. Residential consumers may also make such request to you during an outbound solicitation.

**National Do-Not-Call Registry**. Every thirty-one (31) days, we will access the National Do-Not-Call registry (maintained by the Federal Trade Commission) and download the information contained in the Registry. Every quarter, we will access state level DNC lists (as applicable) and download the information contained in those registries. All telephone numbers downloaded from the registry (except those numbers belonging to a consumer with whom we have an established business relationship) will be deleted from the calling lists used by DaBella's sales representatives.

### *4.2 Procedures*

If the consumer requests to no longer receive any further calls from DaBella, you must note this request by writing the letters "DNC" after the customer's name on the call log or entering that code into our software system. At the end of every day, data entry reviews all call logs, removes the DNC names, and adds the DNC names into a master DNC database. The master list is then compared with any new data lists which the company uses in the future.

A copy of these standards and procedures will be made available upon request from any customer or potential customer of DaBella. You are required to promptly advise your manager or supervisor of any such request, so that we may send to the consumer a copy of this material via pre-paid first class mail.

These procedures are very important to us, as we maintain a list of our DNC requests for a 5-year period from the date the request is first made by the consumer. It is our goal to provide both our customers and our potential customers with the privacy they request. We strive to prevent any accidental repeat telephone calls from going out to a consumer who is on our DNC list. This is why our DNC lists are reviewed daily and cross-referenced with any new consumer data information. As part of our continual quality control procedures, we may choose, from time-to-time, to run test procedures to ensure that our telemarketing staff is properly complying with our policies.

### *4.3 Posting Requirement*

The most updated DNC Policy will be posted in a public area wherein it may be viewed by all personnel who are dialing leads or who may in the nature of their work be reasonably excepted to receive a DNC request.

## 5 Training

DaBella will strive to ensure our workforce is properly trained. Training will be conducted at specified intervals based on business needs. Content will be approved by Executive Officer in charge of compliance.

### *5.1 Training Content*

Training on the TCPA, related privacy laws, DNC Policy, and Telemarketing Policy is required prior to engaging in any inbound/outbound calling activities. Supervisors and above may be required to attend and pass additional compliance training as a requisite for filling that leadership role.

### 5.2 Training Frequency

All personnel are required to receive initial training per 6.1. Supervisors and above may be required to attend semi-annual compliance training.

### 5.3 Proof of Training

Proof of initial training will be collected through an employee signed “DaBella Telemarketing Policy Adherence” form post initial training. Subsequent compliance training will be recorded using and signed attendance sheet that specifies the nature of the training, date of training, and training administrator. This training and re-certification will be done quarterly.

## 6 Auditing

### 6.1 Scope

The scope of the audit will have no limitations in regards to policies, procedures, and practices in regards to telemarketing activities. Auditing will utilize a standardized checklist of audit items as a minimum but may increase what is covered during that audit.

### 6.2 Responsible Party

The audit will be led by an executive member of DaBella.

### 6.3 Frequency

Findings will be reported to C-Suite on a Quarterly basis.

### 6.4 Recording

Auditing efforts will be recorded as being conducted through a signed document by the responsible party and secondary executive member.

**From:** Parker Archuleta <parker.archuleta@dabella.us>
**Sent:** Monday, October 13, 2025 11:17 AM
**To:** sam@richardsonmarketinggroup.net <sam@richardsonmarketinggroup.net>; 'Deryck Richardson' <deryck@richardsonmarketinggroup.net>
**Cc:** Santiago Clark <Santiago.Clark@dabella.us>
**Subject:** Re: [redacted] - Demand Letter

Deryck and Sam,

After discussing this further with Senior Leadership and our CEO, please pause all traffic to DaBella effective immediately. The volume of litigants that have come from these websites has exceeded our comfortability.

I am traveling during the back half of the week but let me know if it would be beneficial to jump on a call today or tomorrow or Friday morning.

Thank you,

**Parker Archuleta**
Sr. Demand Generation Manager

DaBella

Quality Begins at Home

3495 NE Aloclek Drive
Hillsboro, OR 97124
P 855-322-3552
F 877-544-8169
https://dabella.us

Please be advised that no quotes, agreements or understandings involving DaBella will be binding unless and until codified in a written document signed by an officer of the company. The information transmitted by this email is intended only for the use of the addressee(s) and may contain confidential and/or privileged information. Any interception, review, retransmission, dissemination, or other use of, or taking any action upon this information by persons or entities other than the intended recipient(s) is prohibited by law and may subject them to criminal or civil liability. If you have received this communication in error, please contact us immediately at 503-641-7676 and delete the message from any computer or other storage system.

---

**From:** sam@richardsonmarketinggroup.net <sam@richardsonmarketinggroup.net>
**Sent:** Thursday, October 9, 2025 8:33 AM
**To:** Parker Archuleta <parker.archuleta@dabella.us>; 'Deryck Richardson' <deryck@richardsonmarketinggroup.net>
**Cc:** Santiago Clark <Santiago.Clark@dabella.us>
**Subject:** RE: [redacted] - Demand Letter

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

@Parker Archuleta

Sorry for all the issues, but yes. That's definitely concerning on our side as well. We've been closely monitoring this pattern, and although there have been no direct complaints, the data in aggregate clearly reveal the issue.
The main challenge is that we can't fully isolate or limit traffic to search-based visitors. Our campaigns utilize a blend of sources, including native, social, and display, to scale reach and maintain a steady lead volume. When we were previously restricted to purely search traffic, we saw a significant drop in overall lead flow.
That said, we're actively working on tightening our media mix. We're testing campaigns that rely more on verified paid channels with stronger compliance controls and are gradually phasing out some broader traffic sources. Our goal is to maintain consistent volume while enhancing quality and ensuring alignment with compliance.
I'm closely monitoring this on my end as well.

**Sammuel Harris**
***Richardson Marketing Group***
800.460.0464
www.richardsonmarketinggroup.net

---

**From:** Parker Archuleta <parker.archuleta@dabella.us>
**Sent:** Wednesday, October 8, 2025 15:22

**To:** Deryck Richardson <deryck@richardsonmarketinggroup.net>
**Cc:** Santiago Clark <Santiago.Clark@dabella.us>; Sammuel Harris <sam@richardsonmarketinggroup.net>
**Subject:** Re: [redacted] - Demand Letter

Hey Deryck,

I appreciate your willingness to put some money towards making this go away. Spoke with our Compliance team earlier this morning. We have negotiated the payout to [redacted]. I'll get you a copy of that settlement agreement once I have it.

I have some serious concerns with the traffic coming from refixhome.com and searchrenovation.us. Nearly every serious litigant we have encountered this year has come from one of those sites (even if the action disputed in the suit came later in the lead nurturing process). Of the September inquiries we received from Richardson that I was able to get call log data for, over 12% requested to be placed on our DNC list.

This is not an accusation of wrongdoing, but there is a clear pattern here. What can be done to reduce the frequency this is happening?

Thank you,

**Parker Archuleta**
Sr. Demand Generation Manager

DaBella
Quality Begins at Home

3495 NE Aloclek Drive
Hillsboro, OR 97124
P 855-322-3552
F 877-544-8169
https://dabella.us

Please be advised that no quotes, agreements or understandings involving DaBella will be binding unless and until codified in a written document signed by an officer of the company. The information transmitted by this email is intended only for the use of the addressee(s) and may contain confidential and/or privileged information. Any interception, review, retransmission, dissemination, or other use of, or taking any action upon this information by persons or entities other than the intended recipient(s) is prohibited by law and may subject them to criminal or civil liability. If you have received this communication in error, please contact us immediately at 503-641-7676 and delete the message from any computer or other storage system.

---

**From:** Deryck Richardson <deryck@richardsonmarketinggroup.net>
**Sent:** Wednesday, October 8, 2025 12:04 PM
**To:** Parker Archuleta <parker.archuleta@dabella.us>
**Cc:** Santiago Clark <Santiago.Clark@dabella.us>; Sammuel Harris <sam@richardsonmarketinggroup.net>
**Subject:** Re: [redacted] - Demand Letter

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hey guys,

We do not call, have no AI systems, would never call or text on your behalf, and nobody here has ever worked on a Sunday. His information was definitely added to our website. I'm wondering if the person who did call, added him as a legit lead. Our lead was generated on the 16th, he claims to have been called on the 15th. [redacted].

To activate my council is going to be super expensive to prove the above, especially with whoever did call spoofing numbers. I'd say [redacted] is my absolute limit. Do you want us to handle negotiation or is your attorney already involved?

**Deryck Richardson**
**President/CEO**
***Richardson Marketing Group***
800.460.0464 x 800
Schedule a Call Here
www.richardsonmarketinggroup.net

On Wed, Oct 8, 2025 at 10:37 AM Parker Archuleta <parker.archuleta@dabella.us> wrote:

> Deryck,
>
> We had a demand letter come in from a lead we purchased from you, which I have attached here.
>
> Below is the TrustedForm for this lead.

https://cert.trustedform[redacted]

[redacted] is alleging that he was called on 9/15 from a spoofed number on behalf of DaBella, which we have no record of. **Please confirm that Richardson Marketing Group did contact this homeowner on behalf of DaBella.** Lead information below:

Submitted Fields

| | |
|---|---|
| **Address 1** | [redacted] |
| **City** | [redacted] |
| **Email** | [redacted] |
| **First Name** | [redacted] |
| **IP Address** | [redacted] |
| **Last Name** | [redacted] |
| **LeadID ID** | 78FC8E23-B63A-96C2-8B54-781B925CE900 |
| **Original Source** | https://refixhome.com/ |
| **Phone 1** | [redacted] |
| **Postal Code** | [redacted] |
| **Lead Price** | 50 |
| **State** | [redacted] |
| **TrustedForm Cert URL** | https://cert.trustedform[redacted] |
| **Log Number** | R1 |
| **Product ID** | Windows |

Let us know how you would like to proceed in regard to our indemnification?

**Parker Archuleta**
Sr. Demand Generation Manager

DaBella

Quality Begins at Home

3495 NE Aloclek Drive
Hillsboro, OR 97124
P 855-322-3552
F 877-544-8169
https://dabella.us

Please be advised that no quotes, agreements or understandings involving DaBella will be binding unless and until codified in a written document signed by an officer of the company. The information transmitted by this email is intended only for the use of the addressee(s) and may contain confidential and/or privileged information. Any interception, review, retransmission, dissemination, or other use of, or taking any action upon this information by persons or entities other than the intended recipient(s) is prohibited by law and may subject them to criminal or civil liability. If you have received this communication in error, please contact us immediately at 503-641-7676 and delete the message from any computer or other storage system.

**Subject:** Re: Dabell VS Weingrad
**Date:** Thursday, September 18, 2025 at 2:09:52 PM Eastern Daylight Time
**From:** Parker Archuleta
**To:** Jason Smith
**Attachments:** image.png, image.png, image.png, image.png, image.png, image.png, image.png, image.png, image.png, image.png, image.png, Outlook-g2m2oquf.png

Thank you.

Parker Archuleta
Sr. Demand Generation Manager

DaBella
Quality Begins at Home

3495 NE Aloclek Dr
Hillsboro, OR 97124
P 855-322-3552
F 877-544-8169
https://dabella.us

Please be advised that no quotes, agreements or understandings involving DaBella will be binding unless and until codified in a written document signed by an officer of the company. The information transmitted by this email is intended only for the use of the addressee(s) and may contain confidential and/or privileged information. Any interception, review, retransmission, dissemination, or other use of, or taking any action upon this information by persons or entities other than the intended recipient(s) is prohibited by law and may subject them to criminal or civil liability. If you have received this communication in error, please contact us immediately at 503-641-7676 and delete the message from any computer or other storage system.

---

**From:** Jason Smith <Jason.Smith@dabella.us>
**Sent:** Thursday, September 18, 2025 12:51 PM
**To:** Parker Archuleta <parker.archuleta@dabella.us>
**Subject:** Re: Dabell VS Weingrad

I checked each of the numbers in Five9, and no calls inbound or outbounds for those numbers.

Jason Smith
Marketing QA Supervisor

DaBella
Quality Begins at Home

400 E Anderson Ln
Austin, TX 78752
P 855-322-3552
F 877-544-8169
https://dabella.us

Please be advised that no quotes, agreements or understandings involving DaBella will be binding unless and until codified in a written document signed by an officer of the company. The information transmitted by this email is intended only for the use of the addressee(s) and may contain confidential and/or privileged information. Any interception, review, retransmission, dissemination, or other use of, or taking any action upon this information by persons or entities other than the intended recipient(s) is prohibited by law and may subject them to criminal or civil liability. If you have received this communication in error, please contact us immediately at 503-641-7676 and delete the message from any computer or other storage system.

---

**From:** Parker Archuleta <parker.archuleta@dabella.us>
**Sent:** Thursday, September 18, 2025 12:25 PM
**To:** Jason Smith <Jason.Smith@dabella.us>
**Subject:** Re: Dabell VS Weingrad

Hey, can you let me know if we made any outbound calls to these numbers on or around 9/11?

[redacted]

Having this by EOD would be very helpful.

**Parker Archuleta**
Sr. Demand Generation Manager

DaBella

Quality Begins at Home

3495 NE Aloclek Dr
Hillsboro, OR 97124
P 855-322-3552
F 877-544-8169
https://dabella.us

Please be advised that no quotes, agreements or understandings involving DaBella will be binding unless and until codified in a written document signed by an officer of the company. The information transmitted by this email is intended only for the use of the addressee(s) and may contain confidential and/or privileged information. Any interception, review, retransmission, dissemination, or other use of, or taking any action upon this information by persons or entities other than the intended recipient(s) is prohibited by law and may subject them to criminal or civil liability. If you have received this communication in error, please contact us immediately at 503-641-7676 and delete the message from any computer or other storage system.

---

**From:** Jason Smith <Jason.Smith@dabella.us>
**Sent:** Tuesday, September 16, 2025 8:53 AM
**To:** Parker Archuleta <parker.archuleta@dabella.us>
**Subject:** Re: Dabell VS Weingrad

**All Interactions** 1

| | Res... | Screen Cap... | Start Time | Age... | Agent Last Name | Agent ... | Event Number | Event ... | Event ... | Call ANI | Call DNIS | Five9_Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 9/11/2025, 6:08:13 P... | ST | Trust | Stevie | 20003407456 | Inbound | 0:14 | 50[redacted] | 2143039640 | CC No Appointme |

**Jason Smith**
Marketing QA Supervisor

DaBella

Quality Begins at Home

400 E Anderson Ln
Austin, TX 78752
P 855-322-3552
F 877-544-8169
https://dabella.us

Please be advised that no quotes, agreements or understandings involving DaBella will be binding unless and until codified in a written document signed by an officer of the company. The information transmitted by this email is intended only for the use of the addressee(s) and may contain confidential and/or privileged information. Any interception, review, retransmission, dissemination, or other use of, or taking any action upon this information by persons or entities other than the intended recipient(s) is prohibited by law and may subject them to criminal or civil liability. If you have received this communication in error, please contact us immediately at 503-641-7676 and delete the message from any computer or other storage system.

---

**From:** Parker Archuleta <parker.archuleta@dabella.us>
**Sent:** Tuesday, September 16, 2025 8:50 AM
**To:** Jason Smith <Jason.Smith@dabella.us>
**Subject:** Fw: Dabell VS Weingrad

Sent from my T-Mobile 5G Device
Get Outlook for Android

**Parker Archuleta**
Sr. Demand Generation Manager

DaBella

Quality Begins at Home

3495 NE Aloclek Dr
Hillsboro, OR 97124
P 855-322-3552
F 877-544-8169
https://dabella.us

Please be advised that no quotes, agreements or understandings involving DaBella will be binding unless and until codified in a written document signed by an officer of the company. The information transmitted by this email is intended only for the use of the addressee(s) and may contain confidential and/or privileged information. Any interception, review, retransmission, dissemination, or other use of, or taking any action upon this information by persons or entities other than the intended recipient(s) is prohibited by law and may subject them to criminal or civil liability. If you have received this communication in error, please contact us immediately at 503-641-7676 and delete the message from any computer or other storage system.

---

**From:** Justyn Hogan <Justyn.Hogan@dabella.us>
**Sent:** Friday, August 15, 2025 2:55:02 PM
**To:** Bastian Cowsert <bastian.cowsert@dabella.us>
**Cc:** Parker Archuleta <parker.archuleta@dabella.us>
**Subject:** Dabell VS Weingrad

Good Day

503[redacted]

Note: Times Listed For Calls are in CST

- Joe Arnold



Details | Activity | Chatter

Lead Information

| | | | |
|---|---|---|---|
| Name | Joe Arnold | Lead Status | Do not Call/Out of Scope |
| Address | 1230 Cardinal Way<br>Carson City, Nevada 89701<br>United States | Previous Result | |
| Product of Interest | Windows | Lead Owner | Service Account |
| Lead Type | | Email | joearnold58@gmail.comgmail. |
| Market | Reno | Phone | (50[redacted] |
| Timezone | Pacific | Formatted Phone | 50[redacted] |
| State/Market | NV-RNO | Preferred Contact Method | |
| LLC | Damselfly | Lead Source | Internet |
| Regional Manager | Ronald Stewart | Sub Source | Blue Fire Leads |
| District Manager | Kory Bounds | Work Type | |
| DNC Waiver Signed | ☐ | DNR - Do Not Reset | ☐ |
| Do Not Call | ☑ | DNR Timestamp | |
| Service Territory - Sales | Reno - Sales | Five9 Manual Creation | ☐ |
| Service Territory - Installers | Reno - Installers | Most recent call | |
| Product Description | | | |



Appointment Information

Leads > Joe Arnold

**Lead History**

7 items • Sorted by Date • Updated 22 minutes ago

| | Date | Field | User | Original Value | New Value |
|---|---|---|---|---|---|
| 1 | 3/10/2025, 11:30 AM | Lead Status | Justyn Hogan | Contacted - Not Converted | Do not Call/Out of Sc |
| 2 | 3/10/2025, 11:30 AM | Do Not Call | Justyn Hogan | ☐ | ☑ |
| 3 | 3/10/2025, 11:30 AM | Owner (Assignment) | Justyn Hogan | Unqualified | Service Account |
| 4 | 4/29/2024, 5:49 PM | Lead Owner | Quayone West | Canvas Cold Call | Unqualified |
| 5 | 3/21/2024, 9:53 PM | Lead Owner | Bailey Surface | Nicholas Nui | Canvas Cold Call |
| 6 | 3/21/2024, 9:49 PM | Lead Owner | Stephanie Ortiz | Unqualified | Nicholas Nui |
| 7 | 3/9/2024, 3:14 PM | Lead Owner | Quayone West | Do Not Call | Unqualified |

- Robert Bronson

**Details** Activity Chatter

Lead Information

| | | | |
|---|---|---|---|
| Name | Robert Bronson | Lead Status | Nurturing |
| Address | 9723 SE 36th Ave<br>Milwaukie, Oregon 97222<br>United States | Previous Result | No Pitch |




| | | | |
|---|---|---|---|
| Product of Interest | Windows | Lead Owner | Unqualified |
| Lead Type | | Email | [redacted]gmail.com |
| Market | Portland | Phone | (503[redacted] |
| Timezone | Pacific | Formatted Phone | 503[redacted] |
| State/Market | OR-PDX | Preferred Contact Method | |
| LLC | DaBella | Lead Source | Internet |
| Regional Manager | Brody Hess | Sub Source | Loanbright.com |
| District Manager | Steven Shortridge | Work Type | Sales - Windows |
| DNC Waiver Signed | ☐ | DNR - Do Not Reset | ☐ |
| Do Not Call | ☑ | DNR Timestamp | |
| Service Territory - Sales | Portland - Sales | Five9 Manual Creation | ☐ |
| Service Territory - Installers | Portland - Installers | Most recent call | |
| Product Description | | | |

Appointment Information

Leads > Robert Bronson

**Lead History**

30 items • Sorted by Date • Updated 38 minutes ago

| | Date | Field | User | Original Value | New Value |
|---|---|---|---|---|---|
| 1 | 2/10/2025, 12:05 PM | Lead Owner | Quayone West | Service Account | Unqualified |
| 2 | 2/10/2025, 11:15 AM | Lead Status | Ricky Wilson | Scheduled Confirmed | Nurturing |
| 3 | 2/10/2025, 11:15 AM | Owner (Assignment) | Ricky Wilson | Unqualified | Service Account |
| 4 | 2/8/2025, 10:25 AM | Lead Status | Devin Naranjo | Do not Call/Out of Scope | Scheduled Confirmed |
| 5 | 2/7/2025, 3:05 PM | Lead Owner | Quayone West | Service Account | Unqualified |
| 6 | 2/7/2025, 12:17 PM | Lead Status | Melissa Barragan | Scheduled Confirmed | Do not Call/Out of Sco |
| 7 | 2/7/2025, 12:17 PM | Lead Owner | Melissa Barragan | Teresa Hernandez | Unqualified |
| 8 | 2/7/2025, 12:17 PM | Owner (Assignment) | Melissa Barragan | Unqualified | Service Account |
| 9 | 2/7/2025, 12:17 PM | Do Not Call | Melissa Barragan | ☐ | ☑ |
| 10 | 2/7/2025, 11:55 AM | Lead Status | Teresa Hernandez | Scheduled | Scheduled Confirmed |
| 11 | 2/7/2025, 11:54 AM | Lead Status | Teresa Hernandez | Nurturing | Scheduled |
| 12 | 2/7/2025, 11:54 AM | Confirmed By | Teresa Hernandez | | Teresa Hernandez |
| 13 | 2/7/2025, 11:54 AM | Set By | Teresa Hernandez | | Teresa Hernandez |
| 14 | 2/7/2025, 11:53 AM | Description | Teresa Hernandez | | |
| 15 | 2/7/2025, 11:53 AM | Appointment Date | Teresa Hernandez | | 2/8/2025 |
| 16 | 2/7/2025, 11:53 AM | Appointment Time | Teresa Hernandez | | 2:00 PM |
| 17 | 2/7/2025, 11:50 AM | Lead Owner | Teresa Hernandez | 1-3 Age of lead | Teresa Hernandez |
| 18 | 2/7/2025, 10:00 AM | Lead Owner | Service Account | Holding | 1-3 Age of lead |
| 19 | 2/6/2025, 11:15 PM | Lead Owner | Service Account | Simeon Rowe | Holding |
| 20 | 2/6/2025, 6:19 PM | Lead Owner | Simeon Rowe | ASAP | Simeon Rowe |
| 21 | 2/6/2025, 6:07 PM | Lead Owner | Quayone West | Megan Green | ASAP |
| 22 | 2/6/2025, 3:27 PM | Lead Owner | Megan Green | ASAP | Megan Green |
| 23 | 2/6/2025, 3:20 PM | Lead Owner | Quayone West | Jerry Stice | ASAP |
| 24 | 2/6/2025, 12:48 PM | Lead Owner | Jerry Stice | ASAP | Jerry Stice |
| 25 | 2/6/2025, 12:34 PM | Lead Owner | Quayone West | Service Account | ASAP |
| 26 | 2/6/2025, 10:21 AM | Lead Status | Jacob Anderson | New | Nurturing |
| 27 | 2/6/2025, 10:21 AM | Owner (Assignment) | Jacob Anderson | Jacob Anderson | Service Account |
| 28 | 2/6/2025, 10:20 AM | Lead Owner | Jacob Anderson | ASAP - PST | Jacob Anderson |
| 29 | 2/6/2025, 10:20 AM | Lead Owner | Service Account | Service Account | ASAP - PST |
| 30 | 2/6/2025, 10:20 AM | Created. | Service Account | | |

- Text Messages
  - Salesforce




  - Marlimar

## Conversation History

Enter A Last Name or Phone Number

503[redacted]

search

Contact: Bronson, Robert - 503[redacted]

(1 Match)

From Number: 5035632370

msg rates may apply.

Carrier receipt received
Feb 06, 2025 08:20 am PST
Integration User

DaBella

Hi Joe, this is DaBella. I see you are interested in a Home Improvement estimate. I can get you scheduled for a free in home estimate. What day/time works best? reply STOP to opt out of text messages. data & msg rates may apply.

Carrier receipt received
Nov 01, 2023 09:19 am PST
Integration User

Reopen Chat

Close

## Conversation History

Enter A Last Name or Phone Number

503[redacted]

search

Contact: Bronson, Robert - 503[redacted]

(1 Match)

From Number: 5035632370

DaBella

Hi Robert, this is DaBella. I see you are interested in a Home Improvement estimate. I can get you scheduled for a free in home estimate. What day/time works best? reply STOP to opt out of text messages. data & msg rates may apply.

Carrier receipt received
Feb 06, 2025 08:20 am PST
Integration User

Reopen Chat

Close

Confirmation




- Call Logs
  - Joe Arnold

Joe Arnold | Lead — Voice Calls

Leads > Joe Arnold
**Voice Calls**
15 items • Sorted by Call Started • Updated 25 minutes ago

| | Name | Call Started | Call Status |
|---|---|---|---|
| 1 | VC-07932304 | 11/10/2023, 8:43 PM | completed |
| 2 | VC-07883331 | 11/9/2023, 9:39 PM | completed |
| 3 | VC-07840966 | 11/9/2023, 11:16 AM | completed |
| 4 | VC-07805051 | 11/8/2023, 4:02 PM | completed |
| 5 | VC-07765714 | 11/7/2023, 8:32 PM | completed |
| 6 | VC-07765691 | 11/7/2023, 8:31 PM | completed |
| 7 | VC-07724757 | 11/7/2023, 11:12 AM | completed |
| 8 | VC-07724716 | 11/7/2023, 11:12 AM | completed |
| 9 | VC-07685380 | 11/6/2023, 4:16 PM | completed |
| 10 | VC-07638935 | 11/4/2023, 2:11 PM | completed |
| 11 | VC-07588587 | 11/3/2023, 10:56 AM | completed |
| 12 | VC-07549490 | 11/2/2023, 3:00 PM | completed |
| 13 | VC-07515142 | 11/1/2023, 8:30 PM | completed |
| 14 | VC-07478693 | 11/1/2023, 11:20 AM | completed |
| 15 | VC-07478639 | 11/1/2023, 11:19 AM | completed |

Joe Arnold | Lead — Voice Calls

Leads > Joe Arnold
**Voice Calls**
15 items • Sorted by Call Started • Updated 25 minutes ago

| | Name | Call Started |
|---|---|---|
| 1 | VC-07932304 | 11/10/2023, 8:43 PM |
| 2 | VC-07883331 | 11/9/2023, 9:39 PM |
| 3 | VC-07840966 | 11/9/2023, 11:16 AM |
| 4 | VC-07805051 | 11/8/2023, 4:02 PM |
| 5 | VC-07765714 | 11/7/2023, 8:32 PM |
| 6 | VC-07765691 | 11/7/2023, 8:31 PM |
| 7 | VC-07724757 | 11/7/2023, 11:12 AM |
| 8 | VC-07724716 | 11/7/2023, 11:12 AM |
| 9 | VC-07685380 | 11/6/2023, 4:16 PM |
| 10 | VC-07638935 | 11/4/2023, 2:11 PM |
| 11 | VC-07588587 | 11/3/2023, 10:56 AM |
| 12 | VC-07549490 | 11/2/2023, 3:00 PM |
| 13 | VC-07515142 | 11/1/2023, 8:30 PM |
| 14 | VC-07478693 | 11/1/2023, 11:20 AM |
| 15 | VC-07478639 | 11/1/2023, 11:19 AM |

  - Robert Bronson

Robert Bronson | ... Lead Hist... Voice Calls 00093659...

Leads > Robert Bronson

**Voice Calls**

5 items • Sorted by Call Started • Updated 32 minutes ago

| | Name | Call Started ↓ | Call Status |
|---|---|---|---|
| 1 | VC-37625241 | 2/7/2025, 11:50 AM | completed |
| 2 | VC-37584397 | 2/6/2025, 6:19 PM | completed |
| 3 | VC-37561807 | 2/6/2025, 3:27 PM | completed |
| 4 | VC-37538396 | 2/6/2025, 12:49 PM | completed |
| 5 | VC-37518463 | 2/6/2025, 10:21 AM | completed |

Robert Bronson | ... Lead Hist... Voice Calls 00093659...

Leads > Robert Bronson

**Voice Calls**

5 items • Sorted by Call Started • Updated 32 minutes ago

| | Name | Call Started ↓ |
|---|---|---|
| 1 | VC-37625241 | 2/7/2025, 11:50 AM |
| 2 | VC-37584397 | 2/6/2025, 6:19 PM |
| 3 | VC-37561807 | 2/6/2025, 3:27 PM |
| 4 | VC-37538396 | 2/6/2025, 12:49 PM |
| 5 | VC-37518463 | 2/6/2025, 10:21 AM |

- Five-9 Records (No Record)

**All Interactions**

| | F | S | Start Time ↑ | Event Direct... | Age... | Agent ... | Agent ... | Event Number | Event ... |
|---|---|---|---|---|---|---|---|---|---|



**Justyn Hogan**
Marketing QA Manager

DaBella
Quality Begins at Home

400 E Anderson Ln
Austin, TX 78752
P 855-322-3552
F 877-544-8169
https://dabella.us

Please be advised that no quotes, agreements or understandings involving DaBella will be binding unless and until codified in a written document signed by an officer of the company. The information transmitted by this email is intended only for the use of the addressee(s) and may contain confidential and/or privileged information. Any interception, review, retransmission, dissemination, or other use of, or taking any action upon this information by persons or entities other than the intended recipient(s) is prohibited by law and may subject them to criminal or civil liability. If you have received this communication in error, please contact us immediately at 503-641-7676 and delete the message from any computer or other storage system.

**From:** Bastian Cowsert
**Sent:** Wed, 18 Jun 2025 19:29:13 +0000
**To:** Parker Archuleta; David Evans

Leon Weingrad

**Friday, July 10, 2026 at 10:21:08 Eastern Daylight Time**

---

**Subject:** Fw: Website Ownership - Richardson MKTG
**Date:** Tuesday, May 12, 2026 at 2:03:45 PM Eastern Daylight Time
**From:** Josiah McMillan
**To:** Diane Zelmer
**Attachments:** image003[78].png, image002[45].png, image001[31].png, image006[27].png, image005[34].png, image004[24].png, image716439.png, image331395.png, image533174.png, image865374.png, image272347.png, image952790.png

**Josiah McMillan**
Sr. Demand Generation Manager

DaBella

Quality Begins at Home

400 E Anderson Ln
Austin, Texas 78752
P 855-322-3552
F 877-544-8169
https://dabella.us

Please be advised that no quotes, agreements or understandings involving DaBella will be binding unless and until codified in a written document signed by an officer of the company. The information transmitted by this email is intended only for the use of the addressee(s) and may contain confidential and/or privileged information. Any interception, review, retransmission, dissemination, or other use of, or taking any action upon this information by persons or entities other than the intended recipient(s) is prohibited by law and may subject them to criminal or civil liability. If you have received this communication in error, please contact us immediately at 503-641-7676 and delete the message from any computer or other storage system.

---

**From:** Deryck Richardson <deryck@richardsonmarketinggroup.net>
**Sent:** Friday, May 8, 2026 4:30 PM
**To:** Santiago Clark <santiago.clark@dabella.us>
**Cc:** Josiah McMillan <josiah.mcmillan@dabella.us>; Accounts RMG <accounts@richardsonmarketinggroup.net>
**Subject:** Re: Website Ownership - Richardson MKTG

You don't often get email from deryck@richardsonmarketinggroup.net. Learn why this is important

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

This is one of the sights that we have rights to traffic to, yes.

To be 100% transparent, we do not own the domain, but we have rights to traffic on that domain (leased essentially).

Kind Regards,

**Deryck Richardson**
**President/CEO**
***Richardson Marketing Group***
800.460.0464 x 800
Schedule a Call Here
www.richardsonmarketinggroup.net

On Fri, May 8, 2026, 5:12PM Santiago Clark <santiago.clark@dabella.us> wrote:

> Hey Deryck,
>
> We had some attribution errors in our system and just wanted to confirm Richardson MKTG owns https://searchrenovation.us/
> Is this right?
>
> Thanks,

**Santiago Clark**
Partner Marketing Specialist

DaBella

Quality Begins at Home

400 E Anderson Ln,
Austin, TX 78752

P 855-322-3552
F 844-525-6555
https://dabella.us

Please be advised that no quotes, agreements or understandings involving DaBella will be binding unless and until codified in a written document signed by an officer of the company. The information transmitted by this email is intended only for the use of the addressee(s) and may contain confidential and/or privileged information. Any interception, review, retransmission, dissemination, or other use of, or taking any action upon this information by persons or entities other than the intended recipient(s) is prohibited by law and may subject them to criminal or civil liability. If you have received this communication in error, please contact us immediately at 503-641-7676

**From:** Josiah McMillan <josiah.mcmillan@dabella.us>
**Sent:** Thursday, May 14, 2026 3:19 PM
**To:** Diane Zelmer <djz@berensonllp.com>
**Subject:** Fw: Website Ownership - Richardson MKTG

**Josiah McMillan**
Sr. Demand Generation Manager

DaBella
Quality Begins at Home

400 E Anderson Ln
Austin, Texas 78752
P 855-322-3552
F 877-544-8169
https://dabella.us

Please be advised that no quotes, agreements or understandings involving DaBella will be binding unless and until codified in a written document signed by an officer of the company. The information transmitted by this email is intended only for the use of the addressee(s) and may contain confidential and/or privileged information. Any interception, review, retransmission, dissemination, or other use of, or taking any action upon this information by persons or entities other than the intended recipient(s) is prohibited by law and may subject them to criminal or civil liability. If you have received this communication in error, please contact us immediately at 503-641-7676 and delete the message from any computer or other storage system.

---

**From:** Deryck Richardson <deryck@richardsonmarketinggroup.net>
**Sent:** Thursday, May 14, 2026 12:26 PM
**To:** Santiago Clark <santiago.clark@dabella.us>
**Cc:** Josiah McMillan <josiah.mcmillan@dabella.us>; Accounts RMG <accounts@richardsonmarketinggroup.net>
**Subject:** Re: Website Ownership - Richardson MKTG

You don't often get email from deryck@richardsonmarketinggroup.net. Learn why this is important

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

I can connect you with the owner of the site, if you need? At one point we had exclusive

rights, but this was several years ago. We haven't talked shop in probably 5 years. Highly possible things have changed.

info@empaxco.com

Thanks, boss.

**Deryck Richardson**
**President/CEO**
***Richardson Marketing Group***
800.460.0464 x 800
Schedule a Call Here
www.richardsonmarketinggroup.net

On Thu, May 14, 2026 at 9:45 AM Santiago Clark <santiago.clark@dabella.us> wrote:

> Understood. What does the lease agreement look like on your end? Do you own 100% of the traffic rights? Is it possible to provide the lease agreement with us?
>
> Thanks,
>
> Santiago Clark
> Partner Marketing Specialist
>
> DaBella
>
> Quality Begins at Home
>
> 400 E Anderson
> Ln,
> Austin, TX 78752
> P 855-322-3552
> F 844-525-6555
> https://dabella.us
>
> Please be advised that no quotes, agreements or understandings involving DaBella will be binding unless and until codified in a written document signed by an officer of the company. The information transmitted by this email is intended only for the use of the addressee(s) and may contain confidential and/or privileged information. Any interception, review, retransmission, dissemination, or other use of, or taking any action upon this information by persons or entities other than the intended recipient(s) is prohibited by law and may subject them to criminal or civil liability. If you have received this communication in error, please contact us immediately at 503-641-7676 and delete the message from any computer or other