**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| LEON WEINGRAD,<br>Plaintiff,<br>v.<br>DABELLA EXTERIORS LLC,<br>Defendant. | Case No. 3:25-cv-396-SI |

**SUPPLEMENTAL EXPERT REBUTTAL REPORT OF DAVID KALAT**

## I. INTRODUCTION

1. My qualifications are set forth in my Expert Report dated August 17, 2026, my Declaration dated February 9, 2026, and the copies of my Curriculum Vitae attached thereto. I incorporate all of them here by reference.

2. I respectfully submit this Supplemental Rebuttal Report to address additional documents produced by DaBella Exteriors, LLC ("DaBella" or "Defendant") after my previous report was completed.

## II. DOCUMENTS RELIED UPON

3. In addition to the documents and data set forth in my Expert Report dated August 17, 2026, I also relied on these newly produced data sets:

   **leadsMatchedCalls** – Spreadsheet with 23,809 rows of call logs for calls made to leads sourced from searchrenovationleads.com

   **leadsMatchedAllRecords** – Spreadsheet with 1,193 rows of lead data for leads sourced from searchrenovationleads.com, including TrustedForm certificates and Visual Playback links

## III. ANALYSIS AND CONCLUSIONS

4. In my prior Expert Report, I described my analysis of Jornaya LeadIDs, TrustedForm Certificates, and Visual Playback URLs as evidence of first-party opt-in consent to the TCPA disclosure language documented by those third-party verification services, and the voluntary submission of contact information by those respective consumers.

5. When a website has Active Prospect software installed, that software will gather data about a consumer's interaction with the webform, including a visual record that allows post-hoc replay of the interaction. In my experience consulting with call centers, I understand that lead generators subscribe to this service in order to obtain, among other benefits, an audit trail to verify what disclosure language was presented to the consumer when they opted-in to communications.

6. I have examined and relied upon Jornaya LeadID and ActiveProspect TrustedForm records in numerous engagements and am familiar with their respective services and their reporting.

7. As discussed in my prior Expert Report, I have previously examined ActiveProspect TrustedForm records pertaining to the February 6, 2025 submission of Plaintiff's contact information through a webform hosted by searchrenovation.us.

8. I understand that DaBella searched their records for all instances of leads sourced from searchrenovation, and then identified all call logs pertaining to any phone number associated with those leads. I understand this resulted in the spreadsheet **leadsMatchedCalls** ("Search Renovation Call Logs").[1] The Search Renovation Call Logs contain 23,809 rows of data pertaining to calls to 1,145 unique telephone numbers.

---

[1] Confirmed during telephonic conference call with DaBella representative Josiah McMillan and counsel, August 31, 2026.

9. I observe that ***each*** of those 23,809 rows includes a URL link to a TrustedForm certificate and a Visual Playback that can be accessed without a subscription. I manually spot-checked 50 randomly selected records throughout the dataset and in each instance found that the Visual Playback link did open a session replay recording with timecoded logging of the consumer's input. I observed that the session replays also document the TCPA disclosure language presented on the webform. The screenshot below was taken from the February 6, 2025 session in which Plaintiff's phone number was submitted:




10. The TCPA disclosure language shown reads as follows:

> By clicking Submit, you represent that you are 18+ years of age and agree to the Privacy Policy and Terms & Conditions. By clicking Submit, "you agree by your electronic signature that you give express written consent to receive marketing communications regarding Solar and Home services by automatic dialing system and pre-recorded calls and artificial voice messages and one or more of its

> Marketing Partners at the phone number and e-mail address provided by you, including wireless numbers, if applicable, even if you have previously registered the provided number on the Do Not Call registry. SMS/MMS and data messaging rates may apply." Your [sic] understand that my consent here is not a condition for buying any goods or services.

11. This same disclosure was present in every one of the Visual Playbacks I reviewed, and I understand it would have been seen by every one of the persons who submitted their information on that same site.
12. Thus, 100% of the calls to numbers sourced from searchrenovation have third-party documentation independently verifying a consumer interaction with the searchrenovation website where a TCPA disclosure was viewed and contact information voluntarily submitted.
13. I understand that Dabella manually correlated the consumer contact information documented in the respective Visual Playbacks to the consumer contact information in lead records that DaBella purchased.[2] Doing so depended on matching information in the third-party records from lead vendors Richardson and LoanBright. I understand the results of this analysis are represented in the spreadsheet **leadsMatchedAllRecords** ("Search Renovation Consent Documentation").
14. For each of these 1,193 records in the Search Renovation Consent Documentation, it is therefore possible to manually verify that the contact information submitted through the webform corresponds to the contact information in the leads that were provided to DaBella.
15. As reported in my prior Expert Report, I previously conducted my own search of the national DNC registry using vendor Call Center Compliance (DNC.com) on June 26, 2026. On August

[2] Confirmed during telephonic conference call with DaBella representative Josiah McMillan and counsel, August 31, 2026.

31, 2026, I supplemented that search by submitting to Call Center Compliance (DNC.com) the additional 132 unique telephone numbers that appeared in the Search Renovation Call Logs but had not been searched previously. I found a total of 16,368 calls were made to a total of 863 unique telephone numbers that were registered on the National Do Not Call Registry at any point before the last call to that number, and were sourced from searchrenovation leads.[3] I did not have time to complete any more complex analysis of the Search Renovation Call Logs before issuing this report, so this tally was not yet able to distinguish which calls were made more than 30 days after the DNC registration but within 365 days of another call, as Mr. Woolfson had done in his prior report. I am conducting that analysis now and expect to update this figure accordingly.

16. In Aaron Woolfson's Expert Report dated June 8, 2026, he opined that his analysis identified a set of unique telephone numbers that were "contained within the national DNC list for more than thirty (30) days and there were two (2) or more calls had been placed within 365 days to that number." Exhibit 11 to his report set forth a list of those telephone numbers. I observe that of the 1,145 unique telephone numbers listed in the Search Renovation Call Logs, 650 are identified in Aaron Woolfson's Exhibit 11.

17. All 650 of those numbers have third-party documentation independently verifying a consumer interaction with the searchrenovationleads.com website where a TCPA disclosure was viewed and contact information voluntarily submitted. Using Microsoft SQL Server to join the Search Renovation Call Logs to the Search Renovation Consent Documentation matched 647 of the 650 (99.5%) telephone numbers to Search Renovation Consent Documentation where the

[3] See Exhibit 1.

consumer contact information in the TrustedForm Visual Playback was manually confirmed as matching the consumer contact information contained in the lead purchased by DaBella.

18. I manually reviewed the Visual Playback for each of these three remaining leads. Each one shows a consumer interaction with a webform that takes more than a minute, wherein contact information is entered into a webform that displays a TCPA disclosure statement.

## IV. RESERVATION OF RIGHTS

19. My understanding of the factual matters at issue is based on my review of the documents and data listed in Section III above. My analysis has been guided by my education, training, and professional experiences.

20. I understand that additional information relevant to my opinions may be disclosed in subsequent productions, depositions, or other documents. Accordingly, I reserve the right to amend my findings based upon such additional disclosures. In addition, I reserve the right to respond to any supplemental or additional opinions offered by Mr. Woolfson or any other expert retained by Plaintiff.

21. I further reserve the right to prepare and rely upon demonstrative exhibits that reflect or summarize my opinions herein, if it would assist my testimony at trial.

I declare that the foregoing is true and correct subject to the laws of perjury of the United States.

David Kalat
Executed in San Rafael, California on August 31, 2026