IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,

PLAINTIFF,

VS.

DABELLA EXTERIORS, LLC

DEFENDANT.

Case No. 25-cv-396

---

ORAL DEPOSITION OF
JOSIAH MCMILLAN
AUGUST 11, 2026

---

ORAL DEPOSITION OF JOSIAH MCMILLAN, produced as a witness at the instance of the DEFENDANT, and duly sworn, was taken in the above-styled and numbered cause on the AUGUST 11, 2026, before Terry Bryant, CSR in and for the State of Texas, reported by oral stenography, via video conference. Pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

A P P E A R A N C E S

ATTORNEY FOR THE PLAINTIFF:

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018 Fax: (508) 318-8100
Anthony@paronichlaw.com

ATTORNEY FOR DEFENDANT:

DIANE J. ZELMER
SBNO: 24046239
Berenson LLP
1242 SW Pine Island Rd.
Suite 42-414
Cape Coral, FL 33991
Office: 561-429-4496
Djz@berensonllp.com

WITNESS INDEX

| NAME | DIRECT | CROSS |
| --- | --- | --- |
| JOSIAH MCMILLAN | 4 | |

(All exhibits were submitted digitally via chat function.)

by our policy. So, just making sure that we were going through with the policies as written.

Q. Thank you. Other than those two individuals did you speak with anyone else?

A. No.

Q. Anyone outside of DaBella?

A. No.

Q. Okay. So, in general terms what does DaBella do for -- for services to its customers?

A. Yeah, we do full removal and replacement of roofing, windows, siding, and baths, and walk-in tubs. We also dabble in solar tiles which is kind of new. And I believe we've now also started piloting a coating for stucco in Arizona I want to say.

Q. And those are -- are those for residences or --

A. Yeah. Residences, yes.

Q. Thank you. Do you have an approximation of how many employees work for DaBella?

A. About --

MS. ZELMER: Object to the form. I don't know that that was one of the -- part of one of the topics.

MR. PARONICH: I think it's responsive to Topic 1 but if you want to instruct him not to answer we

can deal with that.

MS. ZELMER: I mean, to the extent you even know that answer, Josiah.

A. It's around 2,500 employees.

Q. (By Mr. Paronich) You said 2,500?

A. Correct.

Q. Thank you. And I think you had mentioned multiple call centers. Did I hear that correctly?

A. That is correct.

Q. And how many are there?

A. Three.

Q. Okay. And did you say one was in Portland?

A. Portland, Oregon, yes.

Q. Okay. And what about the other two?

A. One is in Boise, Idaho, and the other is in Dallas, Texas.

Q. And is there a department at DaBella that is specifically responsible for TCPA compliance?

A. No.

Q. What department, then, as part of its responsibilities includes TCPS compliance?

A. Sure. The Demand Generation Department, (inaudible) as its own internally, which I run, and the Call Center Department, which is run by our Call Center Director.

Q. And I'm sorry, could you say one more time what department you run? Was that the Demand Generation or --

A. That is the Demand Generation, yes.

Q. Okay. And so I understand what a call center department is. Could you explain to me what a Demand Generation Department is?

A. Yeah, sure. I am responsible for managing the team that interfaces with our vendors who sell us the leads that we then dial. I basically manage our enterprise accounts with my team, as well as onboarding new vendors. And then we set out budgets, buying strategy, things of this nature.

Q. I think you said enterprise; is that right?

A. Yeah.

Q. Can you explain to me what that means in this context?

A. In this context it mostly means our larger partners who are more strategically minded with us who we do a lot of our business with.

Q. I see. And are there -- do you know how many enterprise partners there are?

A. It's an arbitrary cut off. I wouldn't be able to say.

Q. I understand that. But would you be able to

A Partner marketer.
Q. Okay. So, in terms of the vendors that DaBella purchases leads from, is there an established process for deciding who DaBella will purchase leads from?
A. Yeah, we essentially -- there is, yes.
Q. And can you explain that process to me please?
A. Sure. In broad terms, we look for vendors who have either ActiveProspect, TrustedForm on their website so we can ensure that we get consent with those leads. We check what volumes they might be able to provide for us and then we are making sure that on their website itself -- when we begin working with them we look to see that they have those -- that consent language as desired. And then basically we try to pick those vendors who we think can provide the highest value on each onboarding. We don't want to onboard vendors that are very small, right, that can only give us like five leads every month. We -- so, that's most -- more or less the process. Operationally there's other things like getting proper banking details and ensuring that they sign our insertion order.
Q. Understood. And so -- or at least I think I understood most of that, and I just want to make sure.
So, you talked about TrustedForm. But is that

called Richardson Marketing Group?
A. I am.
Q. Are -- are they currently a vendor for DaBella?
A. They are not.
Q. They are not. When was that -- when did that relationship end?
A. I believe that was in October of 2025.
Q. Okay. And what was the basis for that relationship ending?
A. A high number of complaints that we were getting.
Q. Understood. Prior to Richardson Marketing Group had DaBella ever terminated a vendor related to the number of complaints they were getting?
A. Not to my knowledge. I'd have to go consult some documentation to find out.
Q. Understood. And that's a fair enough point. But you're saying as you sit here today to testify there's no one -- no company you can think of specifically?
A. Correct.
Q. Okay. Were you part of the onboarding -- or was your team part of the onboarding process for Richardson Marketing Group?

you testify a few minutes ago that there is now a process where the onboarding steps are documented. I think the word you used was a little better. Did I hear that correctly?
A. Yes.
Q. Okay. So then what I was trying to ask -- and apologies for being unclear -- was that process that you're referencing in place when Richardson Marketing Group came on?
A. The same process of documenting? No.
Q. Understood. Okay. I'm sorry, did I interrupt you? No? Okay.
A. No, sir.
Q. And so to your knowledge, does DaBella have any documents about any answers that Richardson Marketing Group gave during the onboarding process about their process?
A. Beyond the -- we have the insertion order which includes points about the Jornaya and the TrustedForm.
Q. Right. So what about the conversations that were had prior to the insertion order? Or do any of those documents exist?
A. I would have to go search for them.
Q. Okay. So as you sit here today you're not

familiar with any specific document that exists for that?

A. Correct.

Q. Okay. Are you familiar with a company called SBBNet?

MR. PARONICH: That's one word, Ms. Bryant. Or at least I guess I'm making it one for today.

Q. (By Mr. Paronich) Are you familiar with a company called SBBNet?

A. I am, yes.

Q. Okay. And are they currently a lead vendor for DaBella?

A. They are.

Q. And was your team also part of the onboarding for that process?

A. I believe so, yes.

Q. Okay. And so then I'll ask the same question. This more formalized documentation of the application process, did that exist for SBBNet?

A. No, I don't believe so.

Q. And has SBBNet been responsible for providing any leads that led to any consumer complaints about telemarketing practices?

A. I would have to go consult some documentation

to provide an affirmative answer to that.
Q. Okay. Do you know if they were at all involved in generating a lead that's the subject of this lawsuit?
A. I am aware that they are, yes.
Q. Okay. So you're aware of at least one complaint that SBBNet has generated related to telemarketing practices, correct?
A. Yes, that's correct.
Q. Okay. Are you familiar with any others as you sit here today?
A. I believe there's been -- from SBBNet, in particular?
Q. Yes, sir.
A. Not -- again, I'd have to go consult. As I sit here today I'd have to go consult some documentation on that.
Q. Okay. When you say you'd have to consult documentation, what kind of documentation would you review to make sure that answer is accurate?
A. Before whether or not we were getting complaints --
Q. Yes.
A. -- or demand letters?
Q. Yes, sir.

A. I would have to go basically run an email search through our domain to see, okay, do we have any complaints that show up under particular keywords.

Q. Got it. So if SBBNet still works for DaBella and has been the subject of at least one telemarketing complaint and Richardson Marketing Group does not, what was the basis for treating the two differently?

A. I believe the basis for this is that Richardson Marketing Group more directly had a relationship with the domain or the owner of that domain such that they represented that that was a big part of their business and that there was more responsibility there for what was -- what leads were passing through the system, right.

Q. Okay. I think I understood that. And to make sure I do perhaps it would be better to ask questions about SBBNet. So, can you explain how from your perspective SBBNet had less responsibility in the activity leading to the complaints than Richardson?

A. Sure. My understanding of the distinction here is that SBBNet is a -- it -- well, for one, the business is different, right? They are primarily a lead aggregator from multiple different lead vendors so that means that they oftentimes have distinct relationships with other people, but then if they sell -- they can't

sell a lead in an area they'll sell them to a lead aggregator such as SBBNet and then they'll sell it to one of the relationships they have.

Richardson, my understanding is, that they had leased the traffic from searchrenovation.us which also gave them more of a relationship -- more direct relationship with the owner of that website.

Q. Got it. Thank you for that explanation. With respect -- SBBNet used the term lead aggregator; is that right?

A. Correct.

Q. Okay. So, with respect to the -- if I use the word publisher, are you familiar with what that means?

A. Yes, I am.

Q. Okay. So, for this lead aggregator, SBBNet, did you get any visibility into if they use the same website or publisher that led to the complaint in this lawsuit?

A. What time?

Q. I'm sorry. I meant if they were still using the same publisher or website.

A. You mean currently?

Q. Yes, sir.

A. No, we've blocked that website from entering our domain.

Q. Got it. So can you -- I understand the words you were using but can you explain to me the process of how that works, the blocking?

A. Sure. Yeah. In LeadConduit we have the ability to see the TrustedForm metadata that comes across. One of those pieces of metadata is the domain by which this lead was generated. We can -- in that process of ingesting a lead we have many filters. Some of these to avoid duplication, some of these to check against different external data vendors. And in this case we -- with the TrustedForm domain we were able to see that domain that the TrustedForm records and say we don't want to buy this lead if it was generated from this domain. So that's the thing that we have done.

Q. Understood. As part of DaBella's decision to continue its relationship with SBBNet which is a lead aggregator did it do any due diligence or review of the other publishers or websites that it uses?

A. Can you ask that more specifically I suppose? What are -- I guess my answer to that -- yeah, can you specify a little bit more what you're looking for?

Q. I'd be happy to -- I'm sorry. I'd be happy to try. So, I understand that -- what the steps that DaBella took when it found out about this complaint is it blocked the website that was at issue for the

Plaintiff from entering its system. Is that a fair characterization?

A. Correct.

Q. Right. And so that was a step that DaBella took to try to further ensure compliance. My question is other than with respect to that website, did DaBella do anything else or further investigate any of the other publisher or website relationships that SBBNet has?

A. Yeah. So, another website that we blocked was refixhome.com, I believe is the domain. As a result of that being another site that Richardson Marketing Group or the owner of the site, right, was sending over to us, more or less, right? So we saw that, we blocked that. And then as a part of the normal operations of the business I am always looking for domains that look non-legitimate or don't provide a lot of quality so we can see that if those marketing KPIs are bad then I'll look to blocking those as well.

Q. And KPI, that has to do with conversion rate; is that right?

A. Or cost of marketing.

Q. Okay. Okay. Well, thank you. So then to switch gears a little bit, what -- to makes these outbound marketing calls what system does DaBella use?

A. Currently that's Five9.

(Court reporter clarification.)

THE WITNESS: Currently it's Five9, and it's the word five, like spelled out, F-I-V-E, and then the number 9.

Q. And do you have an approximation on how long DaBella has been using the Five9 system?

A. Since April of 2025.

Q. Okay. And prior to that what system did DaBella use to make outbound marketing calls?

A. It was Salesforce Cloud Voice or Voice Cloud, one of those. Whichever order it comes in.

Q. Do you think Salesforce Service Cloud Voice?

A. That's the one, yes.

Q. Okay. And do you -- and do you -- well, I'm cheating. I have the information in front of me.

But do you recall approximately or do you know how long that DaBella used that system for?

A. I want to say it was at least a year, a couple of years. We tried to get onto another dialer called Acqueon at one point but that ended up being a flash in the pan and not working out for us.

Q. Got it. There's a company -- I think I'd pronounce it Marlimar, M-A-R-L-I-M-A-R. Are you familiar with that company?

A. I am, yes.

we've registered some members with Numericall (phonetic) and we're working to move to directly registering with some of these carrier groups such as Hiya, First Orion, TMS, these things.

Q. Yep. Understood. And so does Regal provide DaBella with the outbound telephone numbers it uses on the Five9 system?

A. Currently the number to -- on the Five9 telephone system I believe were purchased through Five9 itself.

Q. Okay. And were the numbers that were used on the Salesforce Service Cloud Voice System also purchased through that system?

A. Through Five9?

Q. No, I -- I'm sorry for being unclear. I meant the numbers used on the Salesforce Service Cloud Voice System, were they purchased from Salesforce?

A. I believe to my -- I'd have to go consult documentation on this exact piece where they were purchased from so I'd -- just to avoid a lack of clarity I would need to go see.

Q. Okay. Does DaBella maintain a list of all the outbound caller IDs it has used?

A. We have a call log which includes all of those outbound caller IDs.

Q. So, of course DaBella is calling phone numbers and uses a caller ID to do so. And on a consumer's phone what is the name of the caller that appears?

A. To my knowledge, it depends on the carrier that they have on their end. So, the terminating carrier will sometimes put a geographic location on our -- they'll do a CNAME look up to see what is on there. When we register these numbers we are -- there are services that you can buy branded numbers from these different groups such as Hiya. But in terms of what we put there, we don't have any branded numbers currently except for our main number which is the 844 number.

Q. Okay. Since the filing of this lawsuit has DaBella changed any of its caller ID practices?

A. Well, yes, right. December 2025 relationship with Outbound A&I and that local-presence group matching has changed to our -- to our practices there. And so I believe that also required us to register our numbers with Numericall which is something that was not done prior. I believe that's part of what we were doing with Regal.

Q. Understood. And there's a fair point because you just said that. A better question would've been: Other than that have there been any changes to the caller ID practices?

A. Correct.
Q. So that means they get their leads from different third-party companies that are not SBBNet, correct?
A. That is correct.
Q. And so my question is do you know and have a list of who those companies are?
A. We can see them in our ActiveProspect database. So we would be able to pull the websites and then from there find out which companies are on those different websites.
Q. Well -- okay. So I was going to say you have -- you get the website from the ActiveProspect, correct?
A. Correct.
Q. But then in order to find out who the company is you would actually have to go to the website and see who owns or operates it?
A. Or speak directly with SBBNet and find out what relationships they have with them.
Q. Right. That makes sense. And I guess my question is: Has DaBella spoke with SBBNet to know a comprehensive list of who they work with?
A. By my recollection now, no.
Q. Okay. Do you know who owns the website searchrenovation.us?

A. It looks to be from -- I believe it's (inaudible) Solutions is what we got from --

(Court reporter clarification.)

THE WITNESS: Empaxco, it's E-M-P-A-X-C-O.

Q. And how did DaBella learn that information?

A. How did we learn that it was Empaxco?

Q. Yes.

A. That is from a request to -- I believe it was to Richardson Marketing Group to find out what the relationship was for ownership there.

Q. Okay. And do you recall if Mr. Richardson provided that in writing or otherwise?

A. I believe it was in writing.

Q. Do you know what refix.home (sic) is?

A. It's a domain which was used to generate leads for us.

Q. And who used that domain to generate leads for DaBella?

A. I believe that was Richardson Marketing Group primarily.

Q. Okay. Do you know of any other company that used it to generate leads for DaBella?

A. I would have to go consult some documentation and try and pull that information out --

Q. Understood. I'm just trying to react to your statement about primarily. So, as you sit here do you know of any other company that used it to generate leads for DaBella?

A. As I sit here no.

Q. Okay. As part of the insertion order or otherwise, does DaBella require its name to be on any website that generates leads for it?

A. I'm not sure if it's on the insertion order. It is definitely something that we require for us to be TCPA compliant such that we're listed as a marketing partner on that website.

Q. Does DaBella take any steps and otherwise document that that in fact occurs before starting a relationship with a lead vendor?

A. Yes. We do check that.

Q. And does it document that it's confirmed that its name is on the website?

A. No, I don't believe so.

Q. Okay. Did anyone at DaBella ever look at the searchrenovation.us website before it was used to generate leads for DaBella?

A. As I sit here I wouldn't be able to answer that question.

Q. Okay. And there's no -- is there any

documentation that DaBella has before starting to use the searchrenovation.us website that it believed that website was TCPA compliant?

A. I would have to go consult documentation in order to be able -- to be able to answer affirmatively.

Q. Okay. So you aren't prepared to answer that question today?

A. That is correct.

Q. Okay. And there's no one else appearing as a 30(b)(6) witness today to answer that question, correct?

A. That is correct.

Q. Okay. Are you familiar with the name Robert Bronson, B-R-O-N-S-O-N?

A. I am.

Q. Okay. And what's your familiarity with that name as it relates to DaBella's practices?

A. My understanding is that is how the Plaintiff's information initially came over to us. I know it was the named listed and was commingled with that phone number when it was posted to our CRM through ActiveProspect.

Q. Does DaBella take any steps before making marketing calls to a phone number to ensure that the correct name is associated with a phone number?

A. No.

Q. Do you know if DaBella has ever spoken to Mr. Bronson?
A. Not to my knowledge.
THE WITNESS: Do you mind if we take a quick break?
MR. PARONICH: Absolutely. How about we come back at 55 past the hour. Would that work for you?
THE WITNESS: Sorry. At -- in 10 minutes?
(Recess taken.)
9:46 A.M.
9:55 A.M.
Q. (By Mr. Paronich) So, Mr. McMillian, during the break we just took I wanted to make sure you didn't communicate with anyone about the deposition; is that right?
A. Yes, that's correct.
Q. Okay. While we were in the break I actually uploaded Exhibit 3 to the chat. Are you able to access that?
A. I am, yes.
Q. Okay.
MR. PARONICH: And, Diane, let me know if you are as well. And just so you know, it's the production from yesterday.

And, Diane, were you able to get it?
MS. ZELMER: If it's the production from yesterday then I have it on my computer, yeah.
MR. PARONICH: Okay. Great.
Q. (By Mr. Paronich) So, Mr. McMillian, do you see the document in front of you?
A. Can you hear me? I said yes.
Q. Okay. Great. I just didn't hear yes, but I can hear you now.
A. Okay.
Q. Can you -- can you explain to me what this document is?
A. Yes. This is a mass -- basically long list of inquiries that we bought from SBBNet that have the -- came from the domain of searchrenovation.us.
Q. And how did DaBella create this document?
A. We requested it from SBBNet.
Q. And SBBNet -- dot NET provided it?
A. That's correct.
Q. And do you know who from SBBNet provided it?
A. I'd have to go look at emails to find out exactly who that was.
Q. And was -- so it was emailed over to DaBella?
A. Yes, I believe so.
Q. Okay.

MR. PARONICH: So, Diane, I'll want to confer about that email thread.

Q. (By Mr. Paronich) When did DaBella receive it?

A. I don't have the email right in front of me so I'd have to go look that up.

Q. Fair point. Do you know if it was within the last month?

A. The last month? I don't believe so. I think this came before that.

Q. Okay. And so I want to understand what DaBella contends this document is. You indicated that it was a series of inquiries prepared by SBBNet?

A. Yes.

Q. And do you know how SBBNet created it?

A. I do not.

Q. And do you know who at SBBNet created it?

A. I do not.

Q. And do you know from what data SBBNet created it from?

A. On personal knowledge I do not.

Q. Okay. Well -- and you say on personal knowledge, but you're the only corporate representative, correct?

A. Yeah, correct.

Q. Okay.
A. Not aware.
Q. And so this is the information that DaBella intends to rely upon relating to putative consent prior to class certification?
A. I believe the answer to that is yes.
Q. Okay.
A. There are alternative ways for us to find this as well, to -- requiring that we have an ActiveProspect. Again, those TrustedForms come over with the metadata for the domain so we should be able to communicate with ActiveProspect and potentially grab that from them too.
Q. But DaBella hasn't done that, correct?
A. Primarily because we have these relationships with SBBNet and we can communicate with them directly, yes.
Q. So, just to make sure I understood your answer, yes DaBella hasn't done that; but it hasn't done that because of its relationship with SBBNet?
MS. ZELMER: Objection. I don't think that's what his testimony was.
Q. (By Mr. Paronich) Yeah. Well, so then I guess the answer would be no. So let me start over and make sure I understand. You indicated that through its relationship with ActiveProspect DaBella has access to

mean?
A. Inquiry ID should be the identification number that they have inside of their CRM which identifies that inquiry.
Q. And --
A. A unique identifier.
Q. I'm sorry for interrupting. Is -- how is that different from lead ID?
A. Lead ID -- I can't -- I don't know that I have -- to be honest, this is -- I can't answer this without speculation. Inside of how I would interpret this, lead ID is going to be related to the -- like, the individual themselves. The inquiry ID may be related to the individual inquiry event that occurred.
Q. Got it. And so you say you can't answer that. Is it because SBBNet created the document?
A. Correct.
Q. Right. And have you personally ever had any conversations with anyone who works at SBBNet?
A. Yes, I have.
Q. Have you asked them why they haven't responded to a subpoena from over a year ago in this litigation?
MS. ZELMER: Objection. I don't even think that's part of the scope of the inquiry.
MR. PARONICH: Yeah. If you're going to

So I wonder if with that distinction maybe we could just get an answer to this question and then see if I ask any others that you believe go too far -- too far afar.

MS. ZELMER: I think that's fair.

MR. PARONICH: Okay.

Q. (By Mr. Paronich) So, Mr. Millian, I'm happy to set the stage again if there was a lot going on there.

A. If you wouldn't mind?

Q. I wouldn't at all. So, you have -- you've had a number of conversations with people at SBBNet about a number of things; is that fair to say?

A. About a number of things, true.

Q. Yeah. So, then my question is have you ever had any conversations with SBBNet about their failure to respond to a subpoena in this litigation?

A. No, I have not.

Q. Okay. Did you work with SBBNet on creating this document in terms of the information they needed to gather or did it simply just get sent over as is?

A. I set out what parameters we're looking for, which website I wanted. So, I said for everything that came through searchrenovation, give me all those leads.

Q. Understood. And did you email that request to

them or do it over the phone or some other -- some other form?

A. I believe I had one of my -- the members of my team send that email over to them requesting that.

Q. Okay. Other than email or phone calls does DaBella use any way to communicate with SBBNet or Richardson Marketing Group, such as -- excuse me, Slack or some other messaging system?

A. No.

Q. And do you -- have you ever texted any of the employees of SBBNet?

A. No, I have not.

Q. Okay. So, what is TrustedForm?

A. Can you narrow the question down a little bit I guess?

Q. Sure. Or I will definitely try to. With respect to DaBella's relationship and its business operations, what does DaBella use TrustedForm for?

A. Sure. TrustedForm is a product offered by ActiveProspect which is a -- I believe it's a JavaScript plug-in.

(Court reporter clarification.)

A. So, it's a plug-in on a website that essentially takes track of mouse movement, keystrokes, IP address, metadata that's related to the generation of

a lead during a form fill. That information and that playback is then stored in ActiveProspect. I believe we have a four-year retention period with them. And then we can then request those playbacks to be generated from them. So, for us it's a matter of compliance for when we do see that we're getting something coming through, right, we want to know if, okay, does this playback show (inaudible) these types of things. So, that's what we're using it for primarily.

Q. So, did Richardson Marketing use TrustedForm?

A. They did, yes.

Q. So then why were they terminated with respect to compliance issues?

A. Because we saw that the number of complaints that they were generating was too high for our risk appetite and we thought that there was something going on with their lead generation practices such the business relationship was no longer valuable to us.

Q. I think I understood. Just wanted to make sure I did. So, Richardson Marketing Group used TrustedForm but then when DaBella had experience with Richardson Marketing Group and further investigated their practices it determined that the risk of continuing to work with them was a determinative factor in ending the relationship; is that right?

A. Yes.

Q. Okay. And has DaBella ever had that same analysis with any other lead vendor, that the complaints were simply too high, in your time there?

A. In my time? No.

Q. Okay. Does the TrustedForm -- is LeadConduit the CRM that DaBella uses?

A. No. Salesforce is. LeadConduit is the place that we do our filtering, more or less.

Q. Got it. So, in Salesforce is their certificate reviewed before any marketing calls are made to the number, or simply it has to be there and populated?

A. Has to be there and populated.

Q. Okay. Is there a difference between DaBella's use of TrustedForm or Jornaya, or are they the same?

A. Jornaya was acquired by ActiveProspect I believe this year. But between the two -- I believe there are differences between the two technologies but I wouldn't be able to speak to them right now.

Q. Fair enough. Has DaBella accepted for its vendors that they can use either TrustedForm or Jornaya?

A. In practice we only use TrustedForm.

Q. Okay. So, I believe earlier you had testified that Marlimar is only utilized as a text message

marketing platform to respond to inbound calls; is that correct?

A. Inbound inquiries. It's connected directly into LeadConduit. So as the inquiry is -- makes its way through and it's going to get posted in Salesforce it makes a similar post into Marlimar, so we begin that text chain.

Q. Got it. But -- so the leads from Richardson Marketing Group, did they receive marketing texts?

A. On the initial -- they got the initial automated texts.

Q. You said the initial. Is there only one sent to the number when it comes in as a new lead?

A. Yes. There's a conversational aspect, so we don't have any automations here except for one text message and then the call center agents are the ones who are -- beyond -- you know, someone says stop and it'll kick them out of the system of course. But beyond that, it's up to the call center agents to respond to those texts inside of the Marlimar platform.

Q. Got it. And you're familiar with the fact that DaBella produced records of outbound marketing contacts as part of discovery in this case, correct?

A. Can you -- from -- what do you mean? That's a very broad -- what are you -- in terms of outbound, what

do you mean when you say that?
Q. Well -- as -- by outbound I mean opposed to inbound. So, as part of discovery in this case are you familiar with the fact as the corporate representative that DaBella produced calling records and outbound contact logs?
A. Sure. Yes, I am.
Q. Okay.
A. Yeah.
Q. And so my question is: Did that include any of the contacts through Marlimar?
A. I believe that it did.
Q. Okay. In terms of the call center for voice calls currently through Five9 does DaBella have practices about how many times a potential customer will be called?
A. No. We go off of the age of the inquiry and we use workforce management in order to avoid over dialing in the back half. So, within the first -- we're primarily focused on the freshest, newest leads because that's where the economic value is.
Q. Got it. And so I understood everything you said but I guess what I didn't hear was is there a time when leads are aged out?
A. Yes. About 87 days is -- 87 days. It's

approximate, only because there's occasionally like -- it's just like, okay, approximately this many days old and then that will kick it out. It'll kick it out at that point. So it could be 788 (phonetic) and we give ourselves a bit of a buffer before the 90-day kick out.

Q. I completely understand. Thank you.

Does DaBella have an internal do not call list?

A. We do, yes.

Q. Was the -- is the Plaintiff's number on it?

A. It is.

Q. Does -- is DaBella aware of any contact to the Plaintiff during the pendency of this lawsuit?

A. From DaBella itself?

Q. Yes.

A. Directly from us, from our call center after, I don't believe so.

Q. Okay. I'm sorry I interrupted you. Go ahead.

A. No, I don't believe so. I'd have to double check on that but I'm fairly certain not.

Q. Okay. And so you said DaBella from its call center. Are you aware of any communications that were sent on DaBella's behalf but not from its call center?

A. Yeah. My understanding is that one of our other vendors over at PX, because we run an inbound call

campaign with them, in error they warm transferred -- go out to our call center so they reached out to the Plaintiff and basically routed that call incorrectly to our call center. We don't do warm-transfer campaigns as a rule so that was not supposed to be happening on our behalf.

Q. I think I understand. When DaBella found out that PX had routed a call from an individual who was suing them over unwanted calls did DaBella terminate its relationship with PX?

A. No, they did not.

Q. Did it investigate the scope of the apparent error on the transfer calls?

A. I would have to go consult documentation to see if we addressed the scope.

Q. Got it. So, I understand that during a lawsuit for unwanted calls the Plaintiff got called by a vendor of PX -- a vendor of DaBella's called PX? That first part is right?

A. Yes.

Q. And I guess what I didn't quite understand is what was PX's explanation for the call in the first place, not the transfer?

A. My understanding is that they were calling to -- as a part of their warm-transfer campaigns that they

Q. Understood. Was it in place when you started working at the company?
A. Yes.
Q. I am going to put that in the chat here as Exhibit 4, or what I understand that document to be.
Sorry for the delay there. Cool. It should be there now.
MR. PARONICH: And so, Diane, if you have the documents tracked differently, this is DaBella 27 through 35 which was part of what I think was the first production.
Q. (By Mr. Paronich) Mr. McMillian, are you able to access that document?
A. Yes, sir.
Q. And so do you recognize that document as the DNC policy we just discussed?
A. Yes, sir.
Q. Okay. The policy references DNC lists. Does DaBella have access to the National Do Not Call Registry?
A. We do, yes.
Q. What does DaBella use that subscription to the National Do Not Call Registry for?
A. (Inaudible) leads that ages past a certain point in order to ensure that we keep compliance.

(Court reporter clarification.)

A. I said we use it for canvas leads after a certain age, right? We have people who go around, they knock on doors, they get appointments scheduled, things like this. And at a certain age we want to make sure that we're making sure we're not dialing people who are on that National DNC any more.

Q. Got it. I understand that. Other than aged-canvas leads, are you aware of any other purposes that DaBella uses the National Do Not Call Registry for?

A. Currently, no. In the past we used it for more aged leads in general, right, to try and boost up numbers, right, look for opportunities in inquiries that were older than the 90-day limit.

Q. And -- but DaBella no longer does that?

A. Correct.

Q. And what was the reason for that?

A. The number of dials required to make money off of that is too many and that, with our number reputation, means that you're more likely to get marked as spam so that's a big part of it. You know, we want to make sure our numbers connect up to our customers and so if you're marked as spam, especially with new carrier rules, even IOS I believe now has some call-screening feature. It really hampers your ability to connect to

your newest, freshest inquiries and so that causes some issue there. So, that's the biggest reason.

Q. Yeah. I mean that was a very articulate response but I'm not sure I understood it. So, apologies. I'm going to try to make sure I do.

A. Sure.

Q. Am I correct in understanding that DaBella limits its use of the National Do Not Call Registry because the more it uses it the more likely a call will be marked as spam or is that not right?

A. That's not correct, no.

Q. Okay. So if you could please try to -- so, I believe my original question was for DaBella -- to make sure we're on the same page, for canvassed-aged leads it still uses the National Do Not Call Registry, correct?

A. Correct.

Q. And in the past for some leads it used the National Do Not Call Registry but no longer? Is that also correct?

A. That is correct.

Q. Okay. And what leads are those that used to have a National Do Not Call Registry scrub but no longer do?

A. Those would be leads that are past a certain age, so 90 days.

Q. Okay. Leads that are older than 90 days from companies like Richardson Marketing Group or SBBNet? Or is it a different type of campaign?

A. It would be from internet leads, yes.

Q. Okay. So then what -- all right. So I think I'm almost completely caught up now. But what is the reason that DaBella stopped running the scrub after 90 days for those numbers?

MS. ZELMER: Objection. I don't think that's what his testimony was.

MR. PARONICH: Then I'll withdraw and ask another question and make sure I understand.

Q. (By Mr. Paronich) DaBella used to run a National Do Not Call Registry scrub on internet leads that were older than 90 days, is that correct?

A. Correct.

Q. You said yes, correct?

A. Yes. Correct.

Q. Okay. Why does it no longer do that?

A. There's no -- there's very little economic value there compared to the damage that it does to our number reputations and so the concern was that it will hurt our more fresh leads if we continue to dial older leads that don't connect as much.

Q. I think I see where the disconnect was, and

you had said it earlier. The point is it doesn't need to use the
Do Not Call Registry for those leads because it simply doesn't call them?

A. Correct. Yes.

Q. Okay. We're caught up. Sorry about that.
When did DaBella make that change?

A. Of not dialing these -- these aged leads --

Q. Yes.

A. Aged-internet leads? I want to say the last upload -- I'd have to go consult documents on this but it was the end of -- around the end of 2025.

Q. Okay. When vendors provide leads to DaBella are those leads deduplicated against existing leads in the system?

A. Off of a time basis, yes. So, in ActiveProspect itself and LeadConduit we have the ability to set deduplication off of a phone number. It's called suppression list, inside of LeadConduit. And if we successfully post a lead to Salesforce that phone number is added to our suppression list. And depending on our vendor, we will have different levels of deduplication timings. So for the majority of our vendors that's 21 days. For some of our more favored vendors that can be one day or three days, right, for

our own, like, website, for example.
Q. Okay. And so then just to kind of circle back really quick, I understand the canvas-aged leads get the DNC scrub and I understand why the aged leads -- internet leads no longer do. Does DaBella use the National Do Not Call Registry for any other purpose that you are aware of?
A. Not that I'm aware of, no.
Q. Are you familiar with the FCC's reassigned number database?
A. I am, yes.
Q. Does DaBella have -- or run queries against it?
A. Only for the canvas leads that are aged past a certain date.
Q. Okay. And in this litigation DaBella has asserted that it's entitled to a Safe Harbor defense. Are you familiar with that?
A. I am familiar that we've made that assertion, yes.
Q. Are you familiar with DaBella's position on what facts support that position?
MS. ZELMER: Objection, just to the extent that, you know, that he can answer a specific question regarding facts. But we had objected to this

not missing anything.

Q. Understood. So, as the 30(b)(6) witness, those are the facts you're aware of today?

MS. ZELMER: Objection.

A. Correct.

Q. (By Mr. Paronich) Okay. Has DaBella ever entered into any kind of financial settlement with respect to an individual that has complained about receiving contacts as a result of a Richardson Marketing Group lead?

A. Yes, is my understanding.

Q. To be clear, I don't want to ask about the amount. I do want to know if there was more than one such settlement?

A. I believe that is the case.

Q. Do you know if there are more than five?

A. I believe that's not the case.

Q. So would it be fair to say that you believe it's at least two but less than five? Would that accurately reflect your belief?

A. Yes.

Q. Okay. Do you know if any of those were the result of filed lawsuits or were they resolved prior to filing a formal lawsuit?

A. I believe one of those was from a filed

lawsuit and the remainder were not.

Q. Okay. Does DaBella -- let me rephrase and withdraw.

During your time at DaBella has DaBella ever done any warm-transfer campaigns where a third party is making the call and transferring the number into the call center?

A. In my current tenure of employment, since January of 2025, not to my knowledge, no.

Q. And any knowledge of anything before that would've been from 2020 or prior, correct?

A. Correct.

Q. Okay. Have you ever spoken to the owner or who you understand to be the owner of the Empaxco or the searchrenovation.us website?

A. I don't believe I've met the owner. I haven't had any direct contact with them so I'd have to say no to that.

Q. Do you know anyone from DaBella who has had contact with them?

A. No.

Q. Okay. Have you had any direct conversations with Derek Richardson?

A. I've sent one email to him.

Q. Never talked to him on the phone?

A. No, never.
Q. Do you know anyone from DaBella who has talked to him on the phone?
A. Yes.
Q. Who?
A. One of the members of my team, Santiago Clark, who was the person who managed that account before. Otherwise -- that'd be on the phone. Otherwise Parker Archuleta, I imagine, through Zoom calls, right? These types of things. Maybe Bastion. Dave Evans since he onboarded them.
Q. Thank you. Who is in contact with Mr. Richardson now to try to create a document similar to the one we looked at earlier from SBBNet?
A. That was me with the email that I sent.
Q. Okay. My impression from your testimony earlier was that that process is still underway; is that correct?
A. We received a file. I have to validate it and make sure that that matches with our internal systems.
Q. Okay. And so previously we made reference to the calling data that was produced as part of discovery in this case. Do you recall that?
A. Yes.
Q. And is your understanding that that calling

data produced was limited to leads from Richardson Marketing Group and SBBNet?

A. Yes, that's correct.

Q. And do you understand any further limitations on the leads? Or is your understanding that it's all the leads from Richardson Marketing Group or SBBNet?

A. I believe it was -- I believe it was all and the further limitation was it was for the time prior to the filing of the complaint. I believe that was March 4th or 5th, 2025.

Q. Okay. Who compiled the call data set?

A. I did.

Q. Okay. And was it exported from Five9?

A. No.

Q. How was it -- where was it exported from?

A. I have a SQL database which mirrors our data from Five9's call logs as well as from the Salesforce Voice Cloud platform.

MR. PARONICH: It's actually -- I'm sorry,
Ms. Bryant, let's go off really quick.

10:37 A.M.

(Off-the-record discussion.)

10:45 A.M.

MR. PARONICH: So, off the record Ms.

Zelmer and I had discussed the data set of calling records that was provided directly to the expert, consistent with the protective order in this litigation which we don't have a copy of. And my understanding is the parties have stipulated to agree to the authenticity of that document.

So, Ms. Zelmer, did I get that correct?

MS. ZELMER: That is correct.

MR. PARONICH: Great.

Q. (By Mr. Paronich) And so, Mr. McMillian, you know, you had asked about the significance of that, which

Ms. Zelmer could explain to you. But I'll continuing -- I'll continue wrapping up the questioning here if you're prepared to proceed?

A. Yeah. Sounds good.

Q. Thank you, sir.

So, does DaBella track consumer complaints about telemarketing?

A. There's no tracker for that. We're not, like, incrementing the number of complaints somewhere.

Q. I heard there was no tracker for that. I didn't hear the last part of the answer?

A. Sorry. There is no, like, incremental number that we're upping by one every time we get a complaint.

created the blacklist.

Q. Yeah. Understood. Of course there's this lawsuit. There's a lawsuit pending in Massachusetts. Other than that, is DaBella a current defendant in any TCPA lawsuit that you're aware of?

A. Not that I'm aware of, no.

Q. Okay. Are you familiar with a case called Littman versus DaBella Exteriors?

A. I am.

Q. Other than conversations with counsel, what is your understanding of the basic allegations in that case?

A. I've really only had conversations with counsel about that case, to be honest.

Q. Okay. Of course. That's fair.

A. Yeah.

Q. Did you have to take any steps or gather information related to that case?

A. I don't believe so. I believe by the time I came into my role here the information gathering had pretty much already been done. It had progressed to a point where I was not needed to pull any data for it.

Q. Okay.

A. But I'd have to go check my emails to double check on that to make sure there wasn't something I

pulled but --

Q. Got it. I understand.

In the Littman matter are you aware if that's a lead generated from Richardson Marketing Group or not?

A. I believe it's a lead that was generated on searchrenovation.us.

Q. Got it.

MR. PARONICH: So, Diane, I don't have any further questions now. And I think the only thing I have to suspend on is if this -- if this Richardson Marketing Group list gets produced I need to ask questions on that as well. But other than that, I have no further questions.

Diane, I'll give you a call to just confer about some, like, what I think are low impact things.

Other than that, Mr. McMillian, I appreciate your time today. I guess it's possible your attorney might want to ask you questions.

Diane, are you going to have any questions?

MS. ZELMER: No, I don't think so.

(End of proceedings.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, | ) |
| PLAINTIFF, | ) Case No. 25-cv-396 |
| VS. | ) |
| DABELLA EXTERIORS, LLC | ) |
| DEFENDANT. | ) |

---

REPORTER'S CERTIFICATION
DEPOSITION OF JOSIAH MCMILLAN
AUGUST 11, 2026

---

I, Terry Bryant, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the foregoing deposition of JOSIAH MCMILLAN, the witness, hereinbefore named was, at the time named, taken by me in stenograph on AUGUST 11, 2026 having been first duly cautioned and sworn to tell the truth, the whole truth, and nothing but the truth, and the same were thereafter reduced to typewriting by me or under my direction.

I further certify that pursuant to FRCP Rule 30(f)(1) that the signature of the deponent:

__XXX__ was requested by the deponent or a party before the completion of the deposition and is to be returned within 30 days from date of receipt of the transcript. If returned, the attached Changes and Signature Page contains any changes and the reasons Therefor;

______ was not requested by the deponent or a party before the completion of the deposition.

I further certify that I am neither counsel for, related to, nor employed by any of the parties in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

GIVEN UNDER my hand of office on September 2, 2026.



___________________________________

TERRY BRYANT

Texas CSR No. 7737

Expiration Date: 12/31/27

120 North Main

Paris, Texas 75460

903-517-9020