IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION
CASE NO.: 25-cv-396

LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

DABELLA EXTERIORS LLC,

Defendant.

_____________________________________/

\- - -

VIDEOCONFERENCE DEPOSITION OF
SANTIAGO CLARK
WEDNESDAY, OCTOBER 7, 2026
11:01 A.M. - 11:21 A.M.

\- - -

Reported by:
RUVI GONZALEZ, Court Reporter
Notary Public, State of Florida

APPEARANCES:
(Via Zoom)

On behalf of the Plaintiff:
PARONICH LAW, P.C.
BY: ANTHONY PARONICH, ESQUIRE
350 Lincoln Street
Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
On behalf of the Defendant:
BERENSON LLP
BY: DIANE J. ZELMER, ESQUIRE
1242 Southwest Pine Island Road
Suite 42-414
Cape Coral, FL 33991
(561) 429-4496
djz@berensonllp.com

DABELLA EXTERIORS LLC
BY: DENNIS GALLAGHER, ESQUIRE
400 East Anderson Lane
Austin, TX 78752
(512) 402-3655
dennis.gallagher@dabella.us

- - -

I N D E X

- - -

Testimony of: SANTIAGO CLARK PAGE

BY MR. PARONICH 04

- - -

E X H I B I T S

- - -

| NO. | DESCRIPTION | PAGE |
| --- | --- | --- |
| | (No exhibits were marked.) | |

marketing specialist is with respect to DaBella's business?
A. Yes. I am in charge of helping grow our marketing department. Meaning, we buy leads from other vendors; we get -- send those to the call center. Call center calls them, sales rep runs the appointment, determines if it's a sale or not.
Q. Got it. And so, is part of your job responsibilities managing the relationship with different lead vendors?
A. Yes.
Q. How many does that include?
A. Currently, seven.
Q. Okay. And did you -- did it formally include Richardson Marketing Group?
A. In the past, yes.
Q. Okay. And -- because Richardson Marketing Group doesn't currently work with DaBella, correct?
A. Correct.
Q. Were you part of the decision to end the relationship with Richardson Marketing Group?
A. No.
Q. Have -- with -- when did you begin managing -- when approximately did you begin managing the Richardson Marketing Group relationship?
A. Some -- sometime between middle of 2025.

A. No.
Q. When -- how would you speak to Mr. Richardson? Was it over the phone, or through some kind of messaging or email service?
A. Biweekly Zoom calls.
Q. Was that the only way you would communicate with him?
A. No. Through phone call.
Q. So, it was phone or Zoom?
A. Phone call, just once.
Q. Okay. When was the last time you communicated with him?
A. Some months ago. I can't recall a specific month.
Q. Was it while the relationship was active with DaBella?
A. No.
Q. And what did you discuss with him when the relationship wasn't active?
A. Lead attribution. And if he owned searchrenovation.com.
Q. And what did he say?
A. He did not own searchrenovation.com.
Q. Did he say who did?
A. No.

Q. What did he say when you asked him?
A. It was licensed.
Q. Through who?
A. I can't recall the name.
Q. He gave a name that it was licensed through, you just can't recall what it was?
A. I believe so.
Q. Okay. And did you document that call anywhere?
A. I did not.
Q. Why did you make the call?
A. I was asked to by my manager at the time.
Q. Was that a different manager than to who you mentioned earlier, or same individual?
A. Current manager now, Josiah.
Q. Got it. During the weekly -- I'm sorry -- the biweekly Zoom calls, correct?
A. Correct.
Q. During the biweekly Zoom calls, what would be discussed?
A. Performance.
Q. And did you -- were you on the call when the relationship was ended with Richardson Marketing Group?
A. No.
MS. ZELMER: Objection to form.
MR. PARONICH: I'm sorry. Diane, form objection?

Q. With Richardson being one of them?

A. Yes.

Q. At any time in your conversations with Richardson Marketing Group, did their involvement in prior TCPA lawsuits come up?

A. No.

Q. Did Richardson Marketing Group ever bring up the fact that they were part of a TCPA class action settlement?

A. No.

Q. Did you ever inquire of Richardson Marketing Group any TCPA compliance issues they had had?

A. No.

Q. Did you ever inquire of Richardson Marketing Group if they themselves were making telephone calls to generate these leads?

A. No.

Q. So, what was your understanding of what Richardson did before providing a telephone number to DaBella?

A. There was a lead that was called; the person that was called was on the DNC list.

Q. I'm sorry. I might have asked an unclear question, which sometimes I do. So my -- what I intended to ask was your understanding of what Richardson's process was to generate the leads that were sold to DaBella. Is that --

does that make more sense in terms of -- do you understand my question?

A. You're -- you're asking if I knew how they generate their leads?

Q. That is what I'm trying to ask.

A. Yes. I knew they did it from a variety of sources: Facebook, Google search. Those are the typical sources.

Q. And does -- where does searchrenovation.us fit into those sources?

A. An ad will pop up; homeowner clicks on that ad. The ad usually sends the person to that website. And that's where searchrenovation comes through.

Q. Did you ever see those ads that Richardson was using?

A. Only a handful, when we did an audit.

Q. Okay. When did you do the audit?

A. Believe last September. I believe last September.

Q. September of 2025?

A. I think so, but I'm a little fuzzy on the timeline of when --

Q. Got it.

A. -- exactly it was. I do believe it was in the summer.

CERTIFICATE OF REPORTER

I, RUVI GONZALEZ, Court Reporter and Notary Public, do hereby certify:

That the foregoing deposition was taken before me on the date and at the time and location stated on Page 1 of this transcript; that the deponent was duly sworn to testify to the truth, the whole truth, and nothing but the truth; that the foregoing deposition as typed is a true, accurate, and complete record of objections made at the time of the examination to the best of my ability.

I further certify that I am neither related to nor counsel for any party to the cause pending or interested in the events thereof.

Ruvi Gonzalez
________________________________

RUVI GONZALEZ, a
Court Reporter and Notary Public
Date: 10/07/2026