MR. PERRONG: Objection to form. And just wait, so that I can make objections.
THE WITNESS: Got it.
[redacted]
**Q. Okay. Have you ever been to the website searchrenovation.us?**
A. Never.
**Q. Has anybody on your behalf ever been to the website searchrenovation.us?**
A. No.
**Q. Have you ever asked anybody to submit information on your behalf in order to obtain a**

**quote for some information about home renovations?**
A. Absolutely not.
**Q. Do you own any property at all?**
A. No.
**Q. Has anyone other than Dabella, has any other home improvement company contacted you by phone on your current cell phone number?**
MR. PERRONG: Objection to form.
You can answer.
THE WITNESS: Not that I can recall.
**Q. (BY MS. ZELMER:) Do you know where you were on February 6, 2025?**
MR. PERRONG: Objection to form.
You can answer to the extent you know.
THE WITNESS: What time?
**Q. (BY MS. ZELMER:) It would have been around 8:15 a.m. pacific standard time?**
A. That's around the time I'm at work.
**Q. Do you work -- What days do you work?**
A. Monday -- Sorry. Tuesday 'til Saturday.
**Q. And what time do you work?**
A. Most of the time 8:30 to 5:00. But a lot of times I will work 8:30 to 8 o'clock at night. It's just unpredictable in sales.
**Q. Do you know anybody at your work that**

A. The last time I told them, I spoke to them, was on the phone cancelling the appointment. And I told them I would call them if I was interested.

**Q. Okay. But nothing in writing, correct?**

A. No.

**Q. You had mentioned that you had tried to register on the DNC. Do you think that you would have any of those documents showing when you tried to register on the DNC?**

MR. PERRONG: Objection to form. Asked and answered.

To the extent you have a different answer, you can answer.

THE WITNESS: I am not aware to my knowledge that there is a form. That when you just look to see if you can put your number on that, either you can or you can't. I don't think there is a form. I don't remember ever receiving any type of form for that.

**Q. (BY MS. ZELMER:) You never got an email response at all?**

A. Not to my knowledge.

**Q. Then how did you know you couldn't register? It was on the website?**