**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Case No. 3:25-cv-00396-SI<br><br>**DECLARATION OF ANDREW ROMAN PERRONG IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

**DECLARATION OF ANDREW ROMAN PERRONG IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Andrew Roman Perrong, declare as follows:

1. My name is Andrew Roman Perrong. I am over 18 years of age and competent to make this declaration. I am counsel for Plaintiff Leon Weingrad and the proposed Class in this action. I make this declaration in support of Plaintiff's Motion for Class Certification. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. I am an attorney admitted to practice in the Commonwealth of Pennsylvania and the State of Oregon. I have extensive experience prosecuting class actions on behalf of consumers, particularly claims under the Telephone Consumer Protection Act ("TCPA").

3. I am a 2023 graduate of Temple University Law School, where I graduated at the top of my class. I was admitted to the bar in Pennsylvania in 2023 and in Oregon in 2024. I am admitted to practice before several federal district courts, including the District of Oregon, the Eastern and Middle Districts of Pennsylvania, all federal district courts in Texas, and the Northern District of Illinois, and before the United States Courts of Appeals for the Second,

Third, and Ninth Circuits. From time to time, I have appeared in other state and federal courts *pro hac vice*. I am in good standing in every court to which I am admitted.

4. In 2023, I founded Perrong Law LLC, a firm focused on protecting consumers in class action litigation.

5. I was appointed class counsel in the certified class action *Aley v. Lightfire Partners, LLC*, No. 5:22-cv-00330 (N.D.N.Y.). That case resolved through an individual settlement after class certification because of concerns about the defendant's finances, and after the defendant's unsuccessful attempt at an interlocutory appeal, on which I was counsel on the brief.

6. I was also appointed class counsel in the certified class action *Ryan v. Wilshire Law Firm, P.L.C.*, No. 2025-022621-CA-01 (Fla. 11th Jud. Cir. Ct., Miami-Dade Cnty.), in which the court granted final approval of a class settlement on May 28, 2026 and which has been fully administered successfully.

7. My preliminary approval as class counsel was granted in *Bond v. Folsom Insurance Agency LLC*, No. 3:24-cv-02551-L (N.D. Tex.), with a final approval hearing set for December 2026.

8. Together with my co-counsel, Anthony I. Paronich of Paronich Law, P.C., I have represented Plaintiff in this matter. Before filing, I investigated Plaintiff's claims, including the calls and text messages DaBella placed to his cellular telephone number and that number's registration on the National Do Not Call Registry.

9. Since filing, we have, among other things, prosecuted the operative complaint, served discovery on DaBella and obtained its calling data for leads it purchased from Richardson Marketing Group and SBBNet, served subpoenas for consent records on SBBNet and

Richardson Marketing Group, neither of which has produced any documents, engaged in extensive briefing and motions practice, defended two depositions of Plaintiff, and took multiple depositions of the Defendant's representatives.

10. We also retained Aaron Woolfson as an expert, who analyzed DaBella's calling data against the National Do Not Call Registry.

11. My firm will continue to commit the time and resources necessary to prosecute this case on behalf of the Class through trial and any appeal, including advancing the costs of class notice. My firm has no known conflicts with the proposed Class.

12. Attached as Exhibit E to the Motion is a true and correct copy of the Declaration of Aaron Woolfson executed June 4, 2026. Exhibit 11 to that declaration is a native Microsoft Excel file that lists, in hashed form under the parties' ESI protocol, each of the 245,415 calls to 5,730 unique telephone numbers identified in Mr. Woolfson's analysis. It was served on DaBella in native format, and Plaintiff will lodge it with the Court in native format upon request.

13. Relatedly, the various raw lead data documents that DaBella produced in discovery, including as DABELLA000183–225, and DABELLA000226–1295, consists of raw and voluminous telephone and other lead data, and Plaintiff will lodge it with the Court in native format upon request.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this** October 16, 2026

**Andrew Perrong**