**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Case No. 3:25-cv-00396-SI<br><br>**DECLARATION OF ANTHONY I. PARONICH IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

**DECLARATION OF ANTHONY I. PARONICH IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Anthony I. Paronich, declare as follows:

1. My name is Anthony I. Paronich. I am over 18 years of age and competent to make this declaration. I am counsel for Plaintiff Leon Weingrad and the proposed Class in this action, in which I have been admitted *pro hac vice*. I make this declaration in support of Plaintiff's Motion for Class Certification. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

**My Qualifications**

2. I am an attorney admitted to practice in the Commonwealth of Massachusetts. I have extensive experience prosecuting class actions on behalf of consumers, particularly claims under the Telephone Consumer Protection Act ("TCPA").

3. I am a 2010 graduate of Suffolk University Law School and was admitted to the Massachusetts bar in 2010. I have since been admitted to practice, among other Courts, before the United States District Courts for the District of Massachusetts, the Northern District of

Illinois, the Eastern District of Michigan, the Western District of Wisconsin, and the Southern District of Indiana, and before the United States Courts of Appeals for the First, Seventh, and Ninth Circuits. From time to time, I have appeared in other state and federal courts *pro hac vice*. I am in good standing in every court to which I am admitted.

4. From 2010 through 2016, I was an associate at Broderick Law, P.C. in Boston, Massachusetts. From 2016 through 2019, I was a partner at Broderick & Paronich, P.C. In 2019, I founded Paronich Law, P.C., a firm focused on protecting consumers in class action litigation.

5. I have been appointed class counsel in more than 45 TCPA cases, including the following:

i. Desai and Charvat v. ADT Security Services, Inc., USDC, N.D. Ill., 11-CV-1925, a TCPA class settlement of $15,000,000 granted final approval on June 21, 2013.
ii. Jay Clogg Realty Group, Inc. v. Burger King Corporation, USDC, D. Md., 13-cv-00662, a TCPA class settlement of $8,500,000 granted final approval on April 15, 2015.
iii. Charvat v. AEP Energy, Inc., USDC, N.D. Ill., 1:14-cv-03121, a TCPA class settlement of $6,000,000 granted final approval on September 28, 2015.
iv. Bull v. US Coachways, Inc., USDC, N.D. Ill., 1:14-cv-05789, a TCPA class settlement finally approved on November 11, 2016 with an agreement for judgment in the amount of $49,932,375 and an assignment of rights against defendant's insurance carrier.
v. Smith v. State Farm Mut. Auto. Ins. Co., et. al., USDC, N.D. Ill., 1:13-cv-02018, a TCPA class settlement of $7,000,000.00 granted final approval on December 8, 2016.
vi. Mey v. Frontier Communications Corporation, USDC, D. Conn., 3:13-cv-1191-MPS, a TCPA class settlement of $11,000,000 granted final approval on June 2, 2017.
vii. Heidarpour v. Central Payment Co., USDC, M.D. Ga., 15-cv-139, a TCPA class settlement of $6,500,000 granted final approval on May 4, 2017.
viii. Abante Rooter and Plumbing, Inc. v. Birch Communications, Inc., USDC, N.D. Ga., 1:15-CV-03562-AT, a TCPA class settlement of $12,000,000 granted final approval on December 14, 2017.
ix. Abante Rooter and Plumbing, Inc. v. Pivotal Payments, Inc., USDC, N.D. Ca., 3:16-cv-05486-JCS, a TCPA class settlement of $9,000,000 granted final approval on October 15, 2018.
x. In re Monitronics International, Inc., USDC, N.D.W. Va., 1:13-md-02493-JPB-JES, a TCPA class settlement of $28,000,0000 granted final approval on June 12, 2018.

xi. Thomas Krakauer v. Dish Network, L.L.C., USDC, M.D.N.C., 1:14-CV-333 on September 9, 2015. Following a contested class certification motion, this case went to trial in January of 2017 returning a verdict of $20,446,400. On May 22, 2017, this amount was trebled by the Court after finding that Dish Network's violations were "willful or knowing", for a revised damages award of $61,339,200. (Dkt. No. 338). The Fourth Circuit Court of Appeals unanimously affirmed the judgment in May of 2019. *Krakauer v. Dish Network, L.L.C.,* 925 F.3d 643 (4th Cir. 2019). The United States Supreme Court rejected *certiorari* of this matter in December of 2019. *See DISH Network L.L.C. v. Krakauer,* 140 S. Ct. 676 (2019).

xii. Charvat v. Carnival Corporation & PLC, et. al., USDC, ND. Ill., 1:13-cv-00042, a TCPA class settlement of $12,500,000 granted final approval in April of 2020.

xiii. Loftus v. Sunrun, Inc., USDC, N.D. Ca.., 3:19-cv-1608, a TCPA class settlement of $5,500,000 granted final approval on May 11, 2021.

xiv. Perrong v. Orbit Energy & Power, LLC, USDC, E.D. PA., Civil Action No. No. 2:21-cv-777. A class settlement of $6,000,000 granted final approval on June 21, 2022.

xv. Vance, et. al. v. DirecTV, LLC, USDC, N.D. WV., Civil Action No. 5:17-cv-179. A class settlement of $16,850,000 granted final approval on August 24, 2023.

xvi. Berman v. Freedom Financial Network, LLC et al, N.D. CA., Civil Action No. 18-cv-1060. A class action settlement of $9,750,000 granted final approval on February 23, 2024

xvii. Murray v. Grocery Delivery E-Services USA, Inc. D. MA. Civil Action No. 19-cv-12608. A class action settlement of $11,000,000 granted final approval on March 13, 2024.

xviii. Ryan v. Wilshire Law Firm, P.L.C. 2025-022621-CA-01, (Eleventh Jud. Cir. Miami Dade Cnty, Fl.), which has been granted final approval on May 28, 2026.

6. Together with my co-counsel, Andrew Roman Perrong of Perrong Law LLC, I have represented Plaintiff in this action from its outset. I took the Rule 30(b)(6) deposition of DaBella on August 11, 2026 and its continuation on October 7, 2026, and the depositions of DaBella employees Dave Evans and Santiago Clark on October 7, 2026. I have also worked with Mr. Perrong on the third-party discovery, expert work, and briefing in this case.

7. My firm will continue to commit the time and resources necessary to prosecute this case on behalf of the Class through trial and any appeal. My firm has no known conflicts with the proposed Class.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this** Oct 16, 2026

Anthony Paronich (Oct 16, 2026 21:47:23 EDT)

**Anthony Paronich**