**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

DABELLA EXTERIORS LLC,

Defendant.

Case No. 3:25-cv-00396-SI

**DECLARATION OF LEON WEINGRAD IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

**DECLARATION OF LEON WEINGRAD IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Leon Weingrad, declare as follows:

1. My name is Leon Weingrad. I am over 18 years old and competent to make this declaration. I am the Plaintiff and the proposed class representative in this action. I make this declaration in support of Plaintiff's Motion for Class Certification. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. My 503- cellular telephone number ends in -XX95. I obtained the number in July 2024, and it has been my number continuously since then. The number is registered in my name, I am its subscriber of record and its only user, and I pay for it with my personal funds.

3. I use the number for personal, family, and household purposes. I do not use it for business purposes or held it out to anyone as a business number. My job is in car sales, and my employer provides me with a separate telephone number for work.

4. I have no connection with the person I understand to be the prior subscriber of my number, Joe Arnold, or with the business "Merlin Home Magic." I did not create, post, or authorize any internet listing associating that business with my number.

5. When I obtained the number, I tried to register it on the National Do Not Call Registry, learned that it was already registered, and as a result was not able to re-register it. I want my number on the Registry, and I do not want it removed.

6. Beginning on February 6, 2025, I received text message calls and telephone calls from DaBella trying to sell me home improvement services. On February 7, 2025, I spoke with the DaBella agent who called me, only to find out who was calling me. The next day, I called DaBella to cancel any appointment that may have been scheduled.

7. I have never visited the website searchrenovation.us. I never submitted my telephone number, or any other information, to that website or to any other website about home improvements or windows, and I never asked anyone to do so for me. I do not know anyone named "Robert Bronson," and would not have submitted anything online in any capacity using that name.

8. I am not, and have never been, a customer of DaBella, Richardson Marketing Group, SBBNet, or any operator of searchrenovation.us. I never gave DaBella, or anyone else, permission to call me.

9. I understand that this lawsuit alleges that DaBella violated the Telephone Consumer Protection Act by repeatedly calling telephone numbers on the National Do Not Call Registry without the consent of the people it called, including my number, using leads it bought from Richardson Marketing Group and SBBNet.

10. I understand that this is a proposed class action and that I am the proposed class representative. I understand that a class action is a lawsuit brought by one or more people on behalf of a group of people who were treated in the same or essentially the same way by the defendant.

11. I have reviewed the classes that my motion asks the Court to certify, and I am willing to serve as the representative of the classes. I am also willing to represent the narrower class of people whose numbers DaBella obtained as leads from searchrenovation.us, if the Court certifies that class instead.

12. To my knowledge, I have no interests that conflict with those of the other class members. I seek to hold DaBella responsible for the same conduct that affected every member of the classes: calling numbers on the National Do Not Call Registry, using leads it bought from Richardson Marketing Group and SBBNet, without the consent of the people it called, without a compliant Caller ID, and after having asked that they stop, including as a result of this lawsuit. I have no relationship with DaBella, Richardson Marketing Group, SBBNet, or the operator of searchrenovation.us, other than as someone DaBella contacted.

13. I understand that, as class representative, I have the responsibility to:

(a) consider the interests of the class, not just my own, in making decisions about the case;

(b) participate in the case and consult with my counsel about it; and

(c) provide documents and information, testify at deposition, and testify at trial if needed.

14. I have stayed in contact with my counsel throughout this case and have been kept informed of its progress. I have responded to DaBella's multiple rounds of written discovery,

including interrogatories, requests for production, and requests for admission. I verified my interrogatory responses and I have provided documents to my counsel for production.

15. DaBella's counsel took my deposition on August 18, 2025, and I answered the questions asked of me. DaBella's counsel also took a follow up deposition on October 5, 2026, and likewise answered the questions asked of me.

16. When DaBella served a subpoena on my employer, Toyota of Portland, seeking records about me, I worked with my counsel to oppose it, and the Court granted our motion to quash in part.

17. I am willing to testify at trial. I will continue to participate in this case and to protect the interests of the class through trial and any appeal.

18. I have arranged for my counsel to advance all costs of this action, including the costs of notice to the class.

19. I understand that courts sometimes approve payments to class representatives for their service, but that I am not entitled to any such payment. No one has promised or guaranteed me any payment for serving as class representative.

20. As a consumer protection advocate, I have filed other lawsuits under the Telephone Consumer Protection Act over illegal calls placed to me. Those cases do not give me any interest that conflicts with the interests of the class in this case.

21. I brought this case as a class action because I believe there are thousands of other people who received calls from DaBella without their consent, including with non-compliant Caller ID information and after having asked they stop, including through this lawsuit, just as I did. I was not paid by anyone to bring it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this** Oct 16, 2026

Leon Weingrad (Oct 16, 2026 18:22:23 PDT)

**Leon Weingrad**