Drew L. Eyman, OSB No. 163762
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone: 503.624.6800
Facsimile: 503.624.6888
Email: deyman@swlaw.com
*Attorney for Defendant, DABELLA EXTERIORS, LLC*

Diane J. Zelmer, Esq. (pro hac vice)
FL Bar No. 27251
BERENSON LLP
1242 SW Pine Island Rd.,
Ste 42-414
Cape Coral, FL 33991
Telephone: 561-429-4496
Email: djz@berensonllp.com
*Attorney for Defendant, DABELLA EXTERIORS, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>DABELLA EXTERIORS LLC<br><br>Defendant. | Case No. 3:25-cv-00396-SI<br><br>AMENDED MOTION FOR EXTENSION OF DISCOVERY DEADLINE<br><br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1, Defendant conferred with counsel for Plaintiff via email on October 19, 2026 and via telephone on October 23, 2026, who indicated that he does not oppose an

extension through October 30, 2026 to make the production described in Paragraph 7.a, and further will not oppose any motion to compel filed thereafter on the issues described in Paragraph 7.b on the grounds that the discovery deadline had terminated.

## MOTION

Defendant DaBella Exteriors LLC, by and through their respective counsel, moves this Court for an order to extend the discovery deadline until October 30, 2026 for the limited purpose of obtaining pending discovery from Plaintiff, which will extend the deadline to November 25, 2026, modifying the Case Management Schedule (ECF No. 47).

## MEMORANDUM

Pursuant to Rule 16 and LR 16-3, Defendant moves the Court for an Order extending the fact discovery deadline, and for good cause shown, states as follows:

1. On September 16, 2025, the Court entered a Case Management Schedule setting, among other deadlines, a fact discovery cutoff of March 16, 2026, and a class certification and dispositive motion deadline of July 27, 2026. (ECF No. 22.)

2. On February 23, 2026, the Court held a telephonic status conference, and at that conference, Plaintiff's counsel requested a revised case management schedule.

3. On March 12, 2026, the Parties filed their joint motion to extend the deadlines, and on March 13, 2026, the Court granted the Parties' requested extensions.

4. On February 10, 2026, Defendant filed its Motion for Partial Summary Judgment (ECF No. 31) and Motion to Deny Class Certification (ECF No. 32), and those motions are fully briefed and pending a decision.

5. On June 11, 2026, the parties filed their joint motion for extension of the discovery deadline (ECF No. 75), and the Court granted that extension through and including September 14, 2026 (ECF No. 76).

6. On September 4, 2026, the parties filed their joint motion for extension of the discovery deadline (ECF No. 78), and the Court granted that extension through and including October 26, 2026 (ECF No. 79).

7. Defendant has requested additional discovery from Plaintiff, that remains pending, including:

a. Discovery pertaining to settlement amounts received as a result of Plaintiff's TCPA demands and lawsuits;[1] and

b. Video of the October 20, 2025 interaction between Plaintiff's counsel and DaBella Exteriors, LLC, which is also relevant to Plaintiff's allegation that Defendant was trespassed from Plaintiff's residence by police. [ECF No. 54, ¶¶ 22-23. p. 3].

8. In addition, there is a pending action relating to a subpoena issued to PERRONG LAW LLC *In re Subpoena to PERRONG LAW LLC*, Case No. 2:26-mc-88, in the Eastern District of Pennsylvania, and the parties are awaiting an Order from the Court concerning same.

9. The Defendant has used due diligence, but require additional time for the completion of these limited discovery requests.

10. The other deadlines ordered by the Court on March 13, 2026 shall remain, and thus, this motion does not affect the other case management deadlines.

---

[1] On October 22, 2026, Plaintiff's counsel indicated that he would provide "itemized amounts of the total setlements and settlements to Weingrad per case (both pre-litigation and post-litigation), in an anonymized format."

11. For the foregoing reasons, Defendant respectfully request that the Court grant this Motion and extend the discovery deadline as requested.

12. Notwithstanding the foregoing, in seeking this extension, the parties do not waive, and expressly reserve, any and all rights, objections, arguments and defenses with regard to this motion, fact discovery, case management or otherwise.

RESPECTFULLY SUBMITTED AND DATED this 23rd day of October, 2026.

Respectfully submitted,

| | |
|---|---|
| ***Counsel for Defendant***<br>Diane J. Zelmer, Esq.<br>FL Bar No: 27251- *Pro hac vice*<br>E-mail: djz@berensonllp.com<br>Secondary: hcc@berensonllp.com<br>BERENSON LLP<br>1242 SW Pine Island Rd.,<br>Ste 42-414<br>Cape Coral, FL 33991<br>Phone: 561-429-4496<br>Facsimile: (703) 991-2195<br><br>By: /s/ Diane J. Zelmer | |
| ***Counsel for Defendant***<br>Drew L. Eyman, OSB No.: 163762<br>Snell & Wilmer<br>601 SW 2nd Avenue, Suite 2000<br>Portland, OR 97204-3229<br>T: (971) 213-1070<br>Email: deyman@swlaw.com | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that at true and correct copy of the foregoing was served on all parties of record via the Court's CM/ECF system this 23rd day of October, 2026.

/s/ Diane J. Zelmer
Diane J. Zelmer, Esq.
BERENSON LLP