# Exhibit 1

# AFFIDAVIT OF SERVICE

**State of Oregon** **County of OREGON** **District Court**

Case Number: 3:25-V-00396-SI Court Date: 10/2/2026 10:00 am

Plaintiff: **LEON WEINGRAD**
vs.
Defendant: **DABELLA EXTERIORS LLC**

For: DIANE J. ZELMER
BERENSON LLP

Received by Caplan, Caplan & Caplan Process Servers on the 17th day of September, 2026 at 4:06 pm to be served on **ANDREW PERRONG, ESQ., 1669 EDGEWOOD RD., SUITE 218, YARDLEY, PA 19067.** I, Shannon Beckler, being duly sworn, depose and say that on the 22 day of Sept, 2026 at 12:41 p.m., executed service by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION AND SCHEDULE A**
in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein,with the date, hour and initials of service endorsed thereon by me, to in compliance with State Statutes.

( ) SUBSTITUTE SERVICE: By serving ____________________________ as__________________________. Served the within-named person residing with defendant/witness, over the age of 15, by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and initials of service endorsed thereon by me in compliance with Florida State Statute.

( ) SUBSTITUTE SERVICE D/B/A: By serving ____________________________ as__________________________. Served the within-named person over the age of 15, by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and initials of service endorsed thereon by me after 2 or more attempts to serve the owner have been made at the placeof business in compliance with Florida State Statute. Attempts were made: Date_____________ Time:_________ and Date:______________Time:_________

( )SERVED:Served a Authorized person by delivering a true copy with date and hour of service endorsed to ________________ as ________________ who stated they are authorize to accept

( ) POSTED SERVICE: After attempting service on ___/___/___ at _____ and on ___/___/___ at _____ to a conspicuous place on the property described hereinwith the date,hour and initials of service endorsed thereon by me according to State Statue

( ) POSTED SERVICE: To a conspicuous place on the property described hereinwith the date, hour and initials of service endorsed thereon by me according to State Statute

(X) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No If yes, what branch?__________________

Marital Status: ( ) Married or ( ) SingleName of Spouse ______________________

COMMENTS: Subject rents a room for office space at address provided. Door locked. Server confirmed with leasing office employee, W/F/55/5'6/160/Blue office is not manned and subject does not hold regular business hours. Server called phone #215-225-5529 and left a message for Attorney Andrew Perrong to arrange for service. Mr. Perrong returned server's call and asked server if she was a process server. When server confirmed that she was, Mr. Perrong hung up on server. Uncooperative.

Age ____ Sex M F Race _________ Height _______ Weight _______ Hair _________ Glasses Y N

# AFFIDAVIT OF SERVICE For 3:25-V-00396-SI

I certify that I am over the age of 18, have no interest in the above action, Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in good standing in the judicial circuit in which the process was served in the county in which this defendant/ witness was served. Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

Subscribed and Sworn to before me on the 23 day of SEPT, 26 by the affiant who is personally known to me.

NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
ERIC M. AFFLERBACH, Notary Public
Berks County
My Commission Expires November 18, 2029
Commission Number 1000860

PROCESS SERVER # n/c
Appointed in accordance with State Statutes

**Caplan, Caplan & Caplan Process Servers**
**351 SW 136th Avenue**
**Suite 207**
**Davie, FL 33325**
**(305) 374-3426**

Our Job Serial Number: 2026034653

# RETURN OF NON-SERVICE

**State of Oregon** **County of OREGON** **District Court**

Case Number: 3:25-V-00396-SI Court Date: 10/2/2026 10:00 am

Plaintiff: **LEON WEINGRAD**
vs.
Defendant: **DABELLA EXTERIORS LLC**

For:
DIANE J. ZELMER
BERENSON LLP
4495 MILITARY TRAIL
#203
JUPITER, FL 33458

Received by Caplan, Caplan & Caplan Process Servers on the 17th day of September, 2026 at 4:06 pm to be served on **ANDREW PERRONG, ESQ., 1669 EDGEWOOD RD., SUITE 218, YARDLEY, PA 19067**.

I, Lydia Caplan, do hereby affirm that on the **9th day of October, 2026** at **3:08 pm, I:**

A copy of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION AND SCHEDULE A were EMAILED to ANDREW PERRONG, ESQ., email was not confirmed.

**Additional Information pertaining to this Service:**
9/25/2026 9:59 am From: Lydia Caplan <lydiacaplan@caplanandcaplan.com>
Sent: Friday, September 25, 2026 9:59 AM
To: info@perronglaw.com <info@perronglaw.com>; a@perronglaw.com <a@perronglaw.com>
Cc: Lydia Caplan <lydiacaplan@caplanandcaplan.com>
Subject: SUBPOENA FOR SERVICE

Good Morning Mr. Perrong, please see attached SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION AND SCHEDULE A for service on the case below:

Case Number: 3:25-V-00396-SI
State: Oregon County: OREGON
Plaintiff:
LEON WEINGRAD
vs.
Defendant:
DABELLA EXTERIORS LLC

Kindly confirm receipt

Thank you
34653

CELEBRATING 44 YEARS IN BUSINESS
Lydia Caplan
Caplan, Caplan and Caplan Process Servers
351 SW 136 Ave
Suite 207
Davie, Florida 33325
954-462-1800 Ext 1
9/28/2026 2:39 pm ________________________________________
From: Andrew Perrong <a@perronglaw.com>
Sent: Friday, September 25, 2026 10:14 AM
To: Lydia Caplan <lydiacaplan@caplanandcaplan.com>
Subject: Re: SUBPOENA FOR SERVICE

# RETURN OF NON-SERVICE For 3:25-V-00396-SI

We are not accepting service of a subpoena by email. See FRCP 45(b); WAWA, Inc. v. Christensen, No. CIV.A. 99-1454, 1999 WL 557936, at *1 (E.D. Pa. July 29, 1999).

I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof. Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

**Lydia Caplan**
N/A

**Caplan, Caplan & Caplan Process Servers**
**351 SW 136th Avenue**
**Suite 207**
**Davie, FL 33325**
**(305) 374-3426**

Our Job Serial Number: CPN-2026034653
Service Fee: ________

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**

**AFFIDAVIT OF NON-SERVICE**

**LEON WEINGRAD** **3:25-V-00396-SI**
Plaintiff (Petitioner)

vs.

**DABELLA EXTERIORS LLC**
Defendant (Respondent)

I, **Shannon Beckier** declare that I am a Pennsylvania State Constable and/or a Process Server, in and for the County of Berks, that I am not a party to this action, not an employee of a party to this action, or an attorney to the action, and that within the boundaries of the state where service was effected. I was authorized by law to perform the said service.

**SERVICE UPON: ANDREW PERRONG, ESQ.**

**ADDRESS: 2657 MT. CARMEL AVE GLENSIDE, PA 19038**

**ON: 9/30/2026** **AT: 4:28:00 PM**

**With documents: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION AND SCHEDULE A**

Manner of Service

**NON-SERVICE.**

**COMMENTS: Business closed. Called number 215-885-3510 and no answer. Voicemail is not set up like a business line or phone number. Unable to make contact at address provided.**

SERVICE WAS ATTEMPTED ON THE FOLLOWING DATES AND TIMES:
1.) 9/28/2026, 8:04:00 PM Address provided appears to be a commercial property. No answer at door. Sign for ECAM on property. Appears to be an auto business.
2.) 9/29/2026, 9:24:00 AM Business closed.
3.) 9/30/2026, 4:28:00 PM Business closed. Called number 215-885-3510 and no answer. Voicemail is not set up like a business line or phone number.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 5 DAY OF
OCT, 2026

NOTARY

CONSTABLE / PROCESS SERVER

351 Southwest 136th Avenue
suite 207
Davie, Florida 33325

Commonwealth of Pennsylvania - Notary Seal
ERIC M AFFLERBACH - Notary Public
Berks County
My Commission Expires November 18, 2029
Commission Number 1000860

CAPLAN, CAPLAN & CAPLAN PROCESS SERVERS File # 2026034653

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**
**AFFIDAVIT OF NON-SERVICE**

**LEON WEINGRAD** 3:25-V-00396-SI
Plaintiff (Petitioner)

vs.

**DABELLA EXTERIORS LLC**
Defendant (Respondent)

I, **Shannon Beckier** declare that I am a Pennsylvania State Constable and/or a Process Server, in and for the County of Berks, that I am not a party to this action, not an employee of a party to this action, or an attorney to the action, and that within the boundaries of the state where service was effected. I was authorized by law to perform the said service.

**SERVICE UPON: ANDREW PERRONG, ESQ.**

**ADDRESS:** [redacted] **NEWTOWN, PA 18940**

**ON: 9/30/2026** **AT: 5:36:00 PM**

**With documents: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION AND SCHEDULE A**

Manner of Service

**NON-SERVICE.**

**COMMENTS: No answer at property door, no movement. Bucks county property records lists Andrew Perrong as the current property owner. Unable to make contact at address provided.**

SERVICE WAS ATTEMPTED ON THE FOLLOWING DATES AND TIMES:
1.) 9/28/2026, 7:10:00 PM No answer at property door, no movement. No lights.
2.) 9/29/2026, 8:16:00 AM No answer at property door. No movement.
3.) 9/30/2026, 5:36:00 PM No answer at property door, no movement. Bucks county property records lists Andrew Perrong as the current property owner.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 5 DAY OF
OCT, 2026

NOTARY

CONSTABLE / PROCESS SERVER

351 Southwest 136th Avenue
suite 207
Davie, Florida 33325

Commonwealth of Pennsylvania - Notary Seal
ERIC M AFFLERBACH - Notary Public
Berks County
My Commission Expires November 18, 2029
Commission Number 1000860

CAPLAN, CAPLAN & CAPLAN PROCESS SERVERS File # 2026034653

# AFFIDAVIT OF DUE-DILIGENCE

| Case: 3:25-CV-00396-SI | Court: United States District Court for the District of Oregon | County: N/A | Job: 16923843 (2026039547) |
|---|---|---|---|
| Plaintiff / Petitioner: Leon Weingrad | | Defendant / Respondent: Dabella Exteriors LLC | |
| | | | |
| To be served upon: Andrew Perrong | | | |

I, Scott Segal, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents

**Address:** [redacted]Newtown, PA 18940

**Manner of Service:** Due-Diligence

**Documents:** Subpoena

**Details:**

1) Unsuccessful Attempt: Oct 27, 2026, 7:31 pm EDT at [redacted] Newtown, PA 18940
No answer, not a lot of furniture in house, house dark except one light on upstairs, no vehicles present

2) Unsuccessful Attempt: Oct 28, 2026, 12:24 pm EDT at [redacted] Newtown, PA 18940
No answer, no changes

Note: Also called his business phone number twice and left messages but no returned contact

The facts herein set forth are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to penalties relating to unsworn falsifications to authorities.

[signature] 10/29/2026

Scott Segal Date

# AFFIDAVIT OF NON-SERVICE

| Case: 3:25-CV-00396-SI | Court: United States District Court for the District of Oregon | County: N/A | Job: 17200331 (2026039547) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Leon Weingrad | | **Defendant / Respondent:** Dabella Exteriors LLC | |
| | | | |
| **To be served upon:** Andrew Perrong | | | |

I, Scott Segal, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents

**Address:** 1669 Edgewood Road, Yardley, PA 19067
**Manner of Service:** Unsuccessful Attempt
**Documents:** Subpoena

**Details:**
Unsuccessful Attempt: Oct 28, 2026, 11:28 am EDT at 1669 Edgewood Road, Yardley, PA 19067 address is a one man office, office dark, no answer when knocking on door

Note: Also called phone number for business twice and left messages but no returned contact

The facts herein set forth are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to penalties relating to unsworn falsifications to authorities.

[signature] 10/29/2026

Scott Segal **Date**

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 3:25-cv-00396-SI

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* Andrew Perrong
on *(date)* 10/26/2026 .

❒ I served the subpoena by delivering a copy to the named person as follows: ______________________________ on *(date)* __________ ; or

☑ I returned the subpoena unexecuted because: No person was present at residence or place of business. .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ __________ .

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/28/2026

*Server's signature*

Carmen A. De Gisi, Esquire

*Printed name and title*

De Gisi Law Group, LLC
462 Germantown Pike, Suite 11
Lafayette Hill, PA 19462

*Server's address*

Additional information regarding attempted service, etc.:

Subject owns a residential property at [redacted], Newtown, PA 18940. Service was attempted on the 28th day of October, 2026 at that address at 2:43 PM. Server rang the doorbell camera at that property without answer. Unable to make contact at the residential address. Service was attempted on the 28th day of October, 2026 at 3:04 PM at subject's business address at 1 669 Edgewood Road, Suite 218, Yardley, PA 19067. Server spoke to an employee of the landlord named Dawn who confirmed subject's office location but indicated he was not present that day. Server knocked on the door to Suite 218, which had a frosted glass panel allowing server to see lights were off. The business appeared closed and server was unable to make contact. Server drove by residential address at 3:13 PM but did not see any cars in the driveway or lights on in the house. Server was unable to make contact at either address.